```
 1  Michael J. Coffino (SBN 88109)
    MCoffino@ReedSmith.com
 2  Brandon W. Corbridge (SBN 244934)
    BCorbridge@ReedSmith.com
 3  James E. Heffner (SBN 245406)
    JEHeffner@ReedSmith.com
 4  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 5  San Francisco, CA  94111-3922

 6  Mailing Address:
    P.O. Box 7936
 7  San Francisco, CA  94120-7936

 8  Telephone:    415.543.8700
    Facsimile:    415.391.8269
 9
10  Attorneys for Plaintiffs
    Robert Carl Patrick Keane and Chieko Strange
```

**ORIGINAL FILED**
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: C 07 4894 SBA<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |

Pursuant to Civil LR 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 20, 2007.

REED SMITH LLP

By _____
James E. Heffner
Attorneys for Plaintiffs

– 1 –

CERTIFICATE OF INTERESTED ENTITIES AND PERSONS