| Attorney or Party without Attorney:<br>James E. Heffner (CSB# 245406)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Attorney for: Plaintiffs | Telephone<br>(415) 543-8700 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Robert Carl Patrick Keane and Chieko Strange v. Seth M. McMullen, Paul Accornero and John Silva | | |
| PROOF OF SERVICE | | Case Number: C 07 4894 SBA |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: John Silva
   b. Person Served: Bryan Andreozzi, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: October 2, 2007
   (2) TIME: 11:01am
   (3) ADDRESS: United States Drug Enforcement Administration
   450 Golden Gate Avenue, 14th Floor
   San Francisco, CA 94102

4. I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. Mailed on 10/02/2007 from San Francisco, California.

5. Witness fees were not demanded or paid.

Fee for Service: $30.00

Person Serving: Joshua Bennett
Registered California Process Server
County: San Francisco   Registration #: 1007

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: October 2, 2007   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 07 4894 SBA

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS UNDER 42 U.S.C. 1983;
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
4. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS[L.R. 3-16];
5. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
7. STANDING ORDER FOR UNITED STATES JUDGE SAUNDRA BROWN ARMSTRONG;
8. ECF REGISTRATION INFORMATION HANDOUT;
9. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
10. UNITED STATES DISTRICT COURT FILING GUIDELINES