Michael J. Coffino (SBN 88109)
Email: mcoffino@reedsmith.com
Brandon W. Corbridge (SBN 244934)
Email: bcorbridge@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: C 07 4894 SBA<br><br>**DECLARATION OF SERVICE OF THE UNITED STATES** |

I, James E. Heffner, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. My place of employment and business address is Reed Smith, Two Embarcadero Center, San Francisco, CA 94111.

3. On, October 2, 2007, I served the United States with the following documents:

    (1) Summons in a Civil Case;

    (2) Complaint for Violations of Civil Rights Under 42 U.S.C. 1983;

– 1 –

DECLARATION OF SERVICE OF THE UNITED STATES

1     (3) Order Setting Initial Case Management Conference and ADR Deadlines;

2     (4) Certificate of Interested Entities or Persons [L.R. 3-16]

3     (5) Notice of Availability of Magistrate Judge to Exercise Jurisdiction

4     (6) Standing Order For All Judges of the Northern District of California;

5     (7) Standing Order for United States Judge Saundra Brown Armstrong;

6     (8) EFC Registration Information Handout;

7     (9) Alternative Dispute Resolution (ADR) Information Package;

8     (10) United States District Court Filing Guidelines

9   4. Service was effected pursuant to F.R.C.P. 4(i)(1), as compelled by F.R.C.P. 4(i)(2)(B), by sending a copy of the summons and complaint by certified mail to the Attorney's Office Processing Clerk, authorized to accept service on behalf of the U.S. Attorney's Office for the Northern District of California and to the Attorney General of the United States at Washington, District of Columbia.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    DATED: October 16, 2007.

By _____
    James E. Heffner