Michael J. Coffino (SBN 88109)
Email: mcoffino@reedsmith.com
Brandon W. Corbridge (SBN 244934)
Email: bcorbridge@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA, <br><br> Defendants. | No.: C 07 4894 SBA <br><br> **DECLARATION OF SERVICE ON PAUL ACCORNERO** |

I, James E. Heffner, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. My place of employment and business address is Reed Smith, Two Embarcadero Center, San Francisco, CA 94111.

3. On, October 3, 2007, I served Paul Accornero with the following documents:

    (1) Summons in a Civil Case;

    (2) Complaint for Violations of Civil Rights Under 42 U.S.C. 1983;

    (3) Order Setting Initial Case Management Conference and ADR Deadlines;

    (4) Certificate of Interested Entities or Persons [L.R. 3-16]

    (5) Notice of Availability of Magistrate Judge to Exercise Jurisdiction

    (6) Standing Order For All Judges of the Northern District of California;

    (7) Standing Order for United States Judge Saundra Brown Armstrong;

    (8) EFC Registration Information Handout;

    (9) Alternative Dispute Resolution (ADR) Information Package;

    (10) United States District Court Filing Guidelines;

    (11) Two copies of a Notice of service and Acknowledgment of Receipt of Summons attached to this document as <u>Exhibit A</u>;

    (12) A prepaid envelop addressed to my office.

4. Service was made pursuant to both section 415.30 and section 415.20 of the California Code of Civil Procedure by placing the above-listed documents in a sealed envelope with postage fully pre-paid for delivery by the U.S. Postal Service, addressed as follows:

    Dan Fish

    969 Petaluma Blvd.

    North Petaluma, CA 94952

5. The Chief of Police for the City of Petaluma told me that they would work to gain authority to accept service on Paul Accornero's behalf and Dan Fish confirmed to me that he is authorized to accept service on behalf of Paul Accornero and is in a position of authority at Paul Accornero's usual place of business:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 17, 2007.

    REED SMITH LLP

    By _____
    James E. Heffner

**EXHIBIT A**

1  Michael J. Coffino (SBN 88109)
   MCoffino@ReedSmith.com
2  Brandon W. Corbridge (SBN 244934)
   BCorbridge@ReedSmith.com
3  James E. Heffner (SBN 245406)
   JEHeffner@ReedSmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA 94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA 94120-7936

8  Telephone:   415.543.8700
   Facsimile:   415.391.8269
9
   Attorneys for Plaintiffs
10 Robert Carl Patrick Keane and Chieko Strange

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13 ROBERT CARL PATRICK KEANE,             No.: C 07 4894 SBA
   individually; and CHIEKO STRANGE,
14 individually,                          **NOTICE**

15              Plaintiffs,

16         vs.

17 SETH M. MCMULLEN, PAUL ACCORNERO
   and JOHN SILVA,
18
                Defendants.
19

20

21                                  **NOTICE**

22 TO: Paul Accornero

23 This summons is served pursuant to section 415.30 of the California Code of Civil Procedure.

24 Failure to complete this form and return it to the sender within 20 days may subject you (or the party

25 whose behalf you are being served) to liability for the payment of any expenses incurred in serving a

26 summons upon you in any other manner permitted by law. If you are served on behalf of a

27 corporation, unincorporated association (including a partnership), or other entity, this form must be

28 signed in the name of such entity by you or by a person authorized to receive service of process on

1  behalf of such entity. In all other cases this form must be signed by you personally or by a person
2  authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons
3  is deemed served on the date of execution of an acknowledgement of receipt of summons is deemed
4  served on the date of execution of an acknowledgment of receipt of summons.

REED SMITH LLP

By _____
James E. Heffner
Attorney for Plaintiffs

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS**

This acknowledges receipt on 10/02/2007 of a copy of the summons and of the complaint at 969 Petaluma Blvd. North, Petaluma, CA 94952.

Date: 10/3/07

Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person: _____ DANNY FISH POLICE CAPTAIN