SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

Appearing Specially On Behalf of the United States

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>              Plaintiffs,<br><br>    v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>             Defendants. | No. C 07-4894 SBA<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SETH MCMULLEN TO ENTER APPEARANCE AND FILE RESPONSIVE PLEADING |

      Pursuant to Local Rule 6-1, plaintiffs and the below-signed United States Attorney, appearing specially, hereby stipulate to permit defendant Seth McMullen until and including December 17, 2007, to file a responsive pleading to the complaint. This stipulation is entered into pursuant to the automatic authority of the United States Attorney to seek extensions of time for federal employees and on the ground that the United States has not yet resolved whether Defendant McMullen is entitled to representation by the Office of the United States Attorney.

                                                                          Respectfully submitted,

                          REED SMITH, LLP        SCOTT N. SCHOOLS
                                                      United States Attorney

Dated: December 4, 2007       /s/                         /s/
                                    JAMES HEFFNER        ABRAHAM A. SIMMONS
                                    Attorneys for Plaintiffs   Assistant United States Attorney