1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   PAUL ACCORNERO and JOHN SILVA
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT CARL PATRICK KEANE,          | Case No: C07-4894 SBA
   | individually; and CHIEKO STRANGE,   |
12 | individually,                       |
   |                                     | **NOTICE OF UNAVAILABILITY OF**
13 |           Plaintiffs,               | **COUNSEL**
   |                                     |
14 | v.                                  |
   |                                     |
15 | SETH MCMULLEN, PAUL ACCORNERO       |
   | and JOHN SILVA,                     |
16 |                                     |
   |           Defendants.               |
17

18

...

28

Notice of Unavailability of Counsel [C07-4894 SBA]

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendants Paul Accornero and John Silva will be unavailable December 21, 2007 through January 2, 2008, for all purposes including but not limited to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers, responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299, 304-305.)

Dated: October 22, 2007

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:_____/s/_____
Tricia L. Hynes
Attorneys for Defendants
PAUL ACCORNERO and JOHN SILVA

1036710_1.DOC

| | |
|---|---|
| **PROOF OF SERVICE** | **FRCP RULE 5(b)** |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On December 7, 2007, I served the within:

- **NOTICE OF UNAVAILABILITY OF COUNSEL**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Michael J. Coffino, Esq.<br>Brandon W. Corbridge, Esq.<br>James E. Heffner, Esq.<br>REED SMITH<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922 | Attorneys for Plaintiffs<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>Email: heronlaw@sbcglobal.net |

**Mailing Address:**
PO BOX 7936
San Francisco, CA 94120-7936

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on December 7, 2007.

_____
Kathleen K. Yanaga