Michael J. Coffino (SBN 88109)
MCoffino@ReedSmith.com
Brandon W. Corbridge (SBN 244934)
BCorbridge@ReedSmith.com
James E. Heffner (SBN 245406)
JEHeffner@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: C-07-04894 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER**<br><br>Compl. Filed:   September 20, 2007<br>Trial Date:     None<br><br>*Hon. Saundra Brown Armstrong* |

## STIPULATION

WHEREAS, on September 20, 2007, Plaintiffs filed the Complaint in this action ("Action");

WHEREAS, on September 20, 2007, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order"), scheduling the parties' meet and confer, disclosure and Rule 26 filing obligations in this Action ("Deadlines") pursuant to FRCP 26, ADR L.R. 3-5, and Civil L.R. 16-8, *et seq.*; and

WHEREAS, Defendants Paul Accornero and John Silva have answered the Complaint in this action; and

WHEREAS, plaintiffs provided Defendant Seth McMullen's supervisor with summons and complaint on October 5, 2007 after the supervisor represented to plaintiffs he was authorized to accept service of summons and complaint on behalf of Defendant McMullen and afterwards mailed a separate copy of summons and complaint to the supervisor; and

WHEREAS, on October 23, 2007, Assistant United States Attorney Abraham A. Simmons represented to plaintiffs' counsel that Defendant McMullen had timely requested representation from the Department of Justice but had not received such representation; and

WHEREAS, on December 4, 2007, on eve of when Defendant McMullen was required to respond to the Complaint, the U.S. Attorney's office represented to counsel for plaintiffs that Defendant McMullen still had not received authorization from the Department of Justice to be represented in this case and had not obtained independent counsel to represent him in this matter; and

WHEREAS the U.S. Attorney's office appeared specially on behalf of the United States to seek from plaintiffs a two-week extension of time for Defendant McMullen to obtain representation and respond to the Complaint, which plaintiffs unconditionally provided; and

WHEREAS, the stipulated extension has elapsed, the U.S. Attorney's office has not received authority to represent Defendant McMullen and Defendant McMullen still has not retained independent counsel; and

WHEREAS the U.S. Attorney's office represents it has obtained assurances from the relevant officials from the Department of Justice that the question of representation will be resolved within the week and Defendant McMullen has authorized the U.S. Attorney's office to enter into an agreement whereby he waives any alleged defects in service in exchange for an agreement to respond to the Complaint on or before January 14, 2008; and

WHEREAS, it would be in the best interests of the parties to meet and confer regarding ADR, discovery, initial disclosures and early settlement and file their joint case management statement after the further extension for McMullen to respond to the Complaint, at which time it is expected all Defendants will have responded to the Complaint.

IT IS THEREFORE STIPULATED between Plaintiffs and Defendants John Silva, Paul Accornero and Seth McMullen, by and through their undersigned attorneys of record and the Office of the United States Attorney for the Northern District of California that:

1. For the convenience of the parties and the Court, the meet and confer, initial disclosure, ADR and Rule 26 filing dates and deadlines should apply to this Action:

**1/31/2008**

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. [FRCP 26(f); ADR L.R. 3-5]
- Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. [Civil L.R. 16-8]

**2/14/2008**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Court's Standing Order re Contents of Joint Case Management Statement. [FRCP Rule 26(a)(1); Civ. L.R. 16-9]

2. The Initial Case Management Conference should be held on February 21, 2008, or at the Court's convenience, as ordered below.

**SO STIPULATED:**

DATED: December 19, 2007        REED SMITH LLP

1  
2          By _____  
           James E. Heffner  
           Attorneys for Plaintiffs  
3          ROBERT CARL PATRICK KEANE and CHIEKO  
           STRANGE  

4  DATED: December __, 2007    MEYERS, NAVE, RIBACK, SILVER & WILSON LLP  

5  

6          By _____  
           Tricia L. Hynes  
           Attorneys for Defendants  
7          PAUL ACCORNERO and JOHN SILVA  

8  DATED: December __, 2007    SCOTT N. SCHOOLS, United States Attorney  

9  

10         By _____  
           ABRAHAM A. SIMMONS  
11         Assistant United States Attorney  
           Appearing Specially for the United States  

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

```
 1                                       By_____
                                            James E. Heffner
 2                                          Attorneys for Plaintiffs
                                            ROBERT CARL PATRICK KEANE and CHIEKO
 3                                          STRANGE

 4       DATED: December 18, 2007         MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

 5
                                         By /s/ Tricia L. Hynes
 6                                          Tricia L. Hynes
                                            Attorneys for Defendants
 7                                          PAUL ACCORNERO and JOHN SILVA

 8       DATED: December __, 2007         SCOTT N. SCHOOLS, United States Attorney

 9

10                                       By_____
                                            ABRAHAM A. SIMMONS
11                                          Assistant United States Attorney
                                            Appearing Specially for the United States
12
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

—4—

STIPULATION AND PROPOSED ORDER RE CMC DEADLINES

DOCSSFO-12501783.2-JEHEFFNE

| | |
|---|---|
| | By_____<br>James E. Heffner<br>Attorneys for Plaintiffs<br>ROBERT CARL PATRICK KEANE and CHIEKO STRANGE |
| DATED: December __, 2007 | MEYERS, NAVE, RIBACK, SILVER & WILSON LLP |
| | By_____<br>Tricia L. Hynes<br>Attorneys for Defendants<br>PAUL ACCORNERO and JOHN SILVA |
| DATED: December 12, 2007 | SCOTT N. SCHOOLS, United States Attorney<br><br>By_____<br>ABRAHAM A. SIMMONS<br>Assistant United States Attorney<br>Appearing Specially for the United States |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 4 —

DOCSSFO-12501763.2-JEHEFFNE

STIPULATION AND PROPOSED ORDER RE CMC DEADLINES

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court orders as follows:

1. The following deadlines shall apply to this Action:

**1/31/2008**

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. [FRCP 26(f); ADR L.R. 3-5]
- Last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. [Civil L.R. 16-8]

**2/14/2008**

- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Court's Standing Order re Contents of Joint Case Management Statement. [FRCP Rule 26(a)(1); Civ. L.R. 16-9]

2. The case management conference in this Action shall be held on _____, 2008, at _____ (AM/PM).

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

DATED: _____, 2007

_____
Hon. Saundra Brown Armstrong
United States District Court Judge