```
ORIGIN ID: NOTA (707)762-8150        Ship Date: 29NOV06
Petaluma Mail Depot                  ActWgt: 6 LB
Petaluma Mail Depot                  System#: 2436136/WBUS0200
40 Fourth St.                        Account: S *********
                                     Dimmed: 12x12x10 IN
PETALUMA, CA 94952
UNITED STATES US

                                              (555)000-0000
TO Kerry Keane                                FedEx
                                              Express
39 Sandy Point

BRICK, NJ 08723                                  E

Ref: (PCS)Keane
INV:
PO:                              Dept:
```



Delivery Address Barcode

BILL SENDER

```
** 2DAY **                              FRI
                                        Deliver By:
TRK# 7911 7719 8742   Form              01DEC06
                      0201
                                EWR    AA
08723    -NJ-US      KQ MJXA
RES
```

C. Keane
307 N. Ferndale Ave.
Mill Valley, CA 94941-3421

Kerry Keane
39 Sandy Point
Bricktown, NJ 08723
(732) 262-8875