06436

STATE OF CALIFORNIA

COUNTY OF SONOMA

RETURN TO SEARCH WARRANT

ENDORSED FILED
DEC 2 8 2006
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

The following personal property was taken from the property described as; **307 N. Ferndale Ave., Mill Valley, County of Marin, California**, by virtue of a Search Warrant dated the 15th day of December, 2006, and executed by the Honorable Robert S. Boyd, Judge of the Superior Court for the County of Sonoma, State of California.

**Taken from**

Upstairs loft desk - Wells Fargo deposit slips and United Healthcare indicia.

Dining room table - AT&T telephone bill.

I, Special Agent Seth M. McMullen, by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property received by me under the warrant on the 19th day of December, 2006.

Any item seized during the lawful service of the aforementioned search warrant shall be disposed of in accordance with law by the Drug Enforcement Administration (DEA) upon adjudication of the case. The officers serving the search warrant are hereby authorized, without necessity of further court order, to return seized items to any known victim(s) if such items have been photographically documented.

All of the property taken by virtue of said warrant will be retained in DEA custody subject to the order of this court or of any other court in which the offense in respect to which the property or things taken is triable.

Special Agent Seth M. McMullen

Subscribed and sworn to before me this 28TH day of DECEMBER, 2006.

Judge of the Superior Court for the County of Sonoma,

State of California

SW No.

STATE OF CALIFORNIA - COUNTY OF SONOMA

# SEARCH WARRANT AND AFFIDAVIT

## (AFFIDAVIT)

SPECIAL AGENT SETH M. MCMULLEN, DRUG ENFORCEMENT ADMINISTRATION, swears under oath that the facts expressed by him in this Search Warrant and Affidavit and the attached and incorporated Statement of Probable Cause are true and that based thereon he has probable cause to believe and does believe that the property and/or persons described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affidavit requests that this Search Warrant be issued.

_____, NIGHT SEARCH REQUESTED: YES ( ) NO (X)
Seth M. McMullen

Prepared with the assistance of or reviewed by:

_____
Deputy District Attorney

## (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SONOMA. Proof by Affidavit having been made before me by SETH M. McMULLEN, that there is Probable Cause to believe that the property and/or persons described herein may be found at the locations set forth herein and is lawfully seizable pursuant to Penal Code Section 1524, as indicated below by "X"(s) in that it:

| | |
|---|---|
| _____ | was stolen or embezzled |
| __X__ | was used as the means of committing a felony |
| __X__ | is possessed by a person with the intent to use it as a means of committing a public offense or is possessed by another to whom he/she may have delivered it for the purpose of concealing it or preventing its discovery |
| __X__ | is evidence which tends to show that a felony has been committed or that a particular person has committed a felony |
| _____ | tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, has occurred or is occurring. |

AFF/SW-1

YOU ARE THEREFORE COMMANDED TO SEARCH:

1. **307 N. Ferndale Ave., Mill Valley. County of Marin, California;** more particularly described as a single family dwelling. Traveling south on U.S. 101, turn left (west) on Melrose Ave., then right (south) on Laverne Ave., then left (east) on N. Ferndale. The building is the second residential structure on the east side of N. Ferndale. There is a mailbox marked "307" directly across the structure. The number "307" is marked in five inch black letters on the left side of the front door into the structure. The structure has a wood shingle roof and is green/blue with green/blue trim. There is a brown wood fence in front of the structure. There is a yellow fire hydrant on the east side of N. Ferndale, approximately 50 feet north from the structure. There are no other visible structures on the parcel.

Said search to include all rooms, attics, basements and other parts located within the aforementioned residence; the surrounding grounds and any storage areas, trash containers and outbuildings of any kind located thereon and specifically designated for the sole use of said residence.

2. **Any and all vehicles** under the dominion or control of any and all tenants of the aforementioned residence.

3. **Any and all persons** identified and described below:

KEANE, Robert Carl Patrick - DOB: 12/13/1957; RACE: White; ETHNICITY: Non-Hispanic; SEX: Male; HT: 5-8; WT: 165 lbs.; HAIR: Brown; EYES: Brown; ADDRESS: 307 N. Ferndale Ave., Mill Valley, CA 94941; MISC.#s: CDL – N4197894.

FOR THE FOLLOWING PROPERTY:

1. Marijuana and derivatives of same;

2. Paraphernalia related to the use and sales of marijuana such as but not limited to; scales and other weighing devices, measuring devices, baggies, and other packaging material, growing equipment, and other containers commonly associated with the storage and use of marijuana;

3. Articles of personal property tending to establish the identity of persons in control of any premises, storage areas or containers being searched, such as utility company receipts, rent receipts, charge card receipts, tax receipts, airplane tickets and other receipts, checks, deposit slips, savings account passbooks, passports, drivers licenses, vehicle registration/titles, land titles, escrow papers, legal documents, Social Security cards, Food Stamps, Medi-Cal cards, insurance bills and/or policies, medical records, prescriptions and prescription bottles, doctor bills, hospital bills, cancelled mail, addressed envelopes, photographs, weapons with serial numbers, keys and safes;

4. All papers tending to confirm the possession and/or sales of marijuana, such as personal notebooks, journals, diaries, ledgers, correspondence, records of sales and owe sheets;

5. Electronic devices used to monitor law enforcement radio frequencies and/or activities;

6. United States and foreign currencies, monetary instruments, other negotiable checks and/or bonds;

7. To listen to, note and record any messages left on any telephone answering devices and/or machines and/or pagers inside the location, and to answer any incoming telephone calls during the service of this search warrant;

8. To seize and examine computer equipment including processors, monitors, keyboards, terminals, hard disk drives, floppy disk drives, tape drives, floppy disks (diskettes), modems, cartridges, tapes, computer disks (CD-ROM's), compact disks (CD's), laser disks, video cassettes, recording devices and players for any such recording media, and any information or data stored in a media capable of being read by a computer or other electronic data storage device.

9. Any and all electronic day planners located within said residence for any and all evidence pertaining to the sales and/or possession of controlled substances;

You are authorized to defeat any and all security and/or passwords.

**AND TO SEIZE IT IF FOUND** and bring it forthwith before me, or this court, at the courthouse of this court. Any item seized during the lawful service of the search warrant shall be disposed of in accordance with law by the Drug Enforcement Administration upon adjudication of the case. The officers serving the search warrant are hereby authorized, without necessity of further court order, to return seized items to any known victim(s) if such items have been photographically documented.

This Search Warrant and incorporated Affidavit were sworn to and subscribed before me this _15_ day of December, 2006, at _4:00_ A.M./P.M. Wherefore, I find Probable Cause for the issuance of this Search Warrant and do issue it.

_____, NIGHT SEARCH APPROVED: YES ( ) NO (X)
Judge of the Superior Court, County of Sonoma
State of California

AFF/SW-3

## STATEMENT OF EXPIERTISE

I, Seth M. McMullen, am a Special Agent employed by the Drug Enforcement Administration (DEA) and have been so employed since October 2000. Since May 2001, I have been assigned to the Santa Rosa Resident Office (SRRO).

I have experience and training in the field of narcotics, the various ways narcotics are packaged, the identification of persons under the influence of various narcotics, the common hiding places for narcotics and the dangers involved in dealing with narcotic users and traffickers. I have received training from the DEA in specialized narcotic investigative matters including but not limited to the following: drug interdiction and detection, money laundering techniques and schemes, drug identification, and asset identification and forfeiture. This training included specialized training in the preparation of narcotic and document search warrants and the case law concerning them.

I have personally prepared and participated in the execution of approximately 30 state and federal warrants to search a particular place or premises for controlled substances and/or related paraphernalia, indicia, and other evidence of the commission of state and/or federal felony violations of the law.

As a result, I have encountered and become familiar with various tools, methods, trends, paraphernalia, and related articles utilized to by various traffickers in their efforts to cultivate, import, conceal, and distribute controlled substances. For example, I know marijuana growers and distributors need equipment and paraphernalia for the manufacturing, packaging, weighing, and distributing marijuana. This includes, but is not limited to, scales, high energy grow lights and ballasts, reflective wall coverings such as Mylar, vents and fans, watering equipment, timers, fertilizers and nutrients, buckets, plant stakes, plastic bags, and other agricultural type items.

I have been trained in the recognition of controlled dangerous substances by the DEA Academy and from more experienced narcotics investigators. I have participated in numerous investigations and arrests involving controlled dangerous substances, which have been culminated into issuance of search warrants in more arrests and convictions. I have attended numerous in-service training classes regarding narcotics sponsored by DEA and other agencies.

I have investigated numerous narcotics-related offenses including persons under the influence, persons in the possession of drugs, persons involved in the sale and/or distribution of dangerous drugs and narcotics, and persons transporting illegal drugs. During these arrests, I have had occasion to speak with these persons about the way that narcotics are sold, packaged, used, grown, and manufactured.

I have developed contacts with narcotics experts, narcotic users, narcotic sellers, narcotic informants, and discussed with them the manufacture, sale, use, packaging, and transfer of narcotics and dangerous drugs. Since my assignment to the SRRO, I have participated in undercover narcotics transactions and many other narcotics related operations. I have been involved in the eradication of no less than 30,000 cannabis plants, involving both indoor and outdoor cultivations that have ranged from 1 to 30,000 plants.

## STATEMENT OF PROBABLE CAUSE

1. On November 29, 2006, Special Agent Seth M. McMullen was contacted by Detective Sergeant Jim Stephenson, Petaluma Police Department (PPD), regarding a package dropped off at Mail Depot, 40 4th Street, Petaluma, California.

2. The owner of the facility, Maureen McGuigan, advised the PPD that on November 29 at approximately 10:30 a.m., a white male adult (WMA), approximately 40-years-old, 5'6" tall, 150 lbs., brown hair and wearing sunglasses, came into the store to mail a package to Kerry KEANE, 39 Sandy Point, Bricktown, New Jersey 08723. The address was later confirmed as 39 Sandy Point Drive, Brick, New Jersey 08723. The sending address was 307 North Ferndale Avenue, Mill Valley, California 94941.

3. According to McGuigan, the WMA exhibited suspicious behavior regarding the package. Because of this, McGuigan asked the WMA if the package contained marijuana. The WMA said it did not, and the package contained clothes for his niece. McGuigan again asked the WMA if the package contained marijuana, to which the WMA again reiterated that it did not. The WMA paid for the parcel service and left.

4. After the WMA left, McGuigan opened the package and discovered three individually wrapped packages (Exhibit 1). McGuigan opened each package, viewed a green vegetable substance, and smelled the odor of marijuana. McGuigan put the package in her vehicle and transported it to the PPD, where Sgt. Stephenson assumed custody of it.

5. On November 30, 2006, SAs McMullen and Jeff Hoyt met with Sgt. Stephenson, assumed custody of the package and transported it back to the Santa Rosa Resident Office (SRRO). The contents of the package, three individually wrapped packages, were taken out, photographed and weighed. The weight was approximately two pounds per package for a total of approximately six pounds.

6. SA Hoyt contacted Det. Jason Shepherd of the Brick Township PD and arranged a controlled delivery for the receiving address in Jew Jersey. On the same date, SAs McMullen and Hoyt shipped the package, via FedEx to the Brick Township PD.

7. On November 30, 2006, SAs McMullen and Hoyt went to the Mail Depot in Petaluma and showed McGuigan a photo of a possible suspect. McGuigan positively identified the individual in the photo as the person who dropped the package off a day earlier for shipment to the New Jersey address. The person McGuigan identified was Robert Carl Patrick KEANE, 307 North Ferndale Avenue, Mill Valley, California

94941-3421. McGuigan also said that on May 31, 2006, another package, with an unknown sending address, was sent to 39 Sandy Point Drive, Brick, New Jersey 08723.

8. On December 1, 2006, the Brick Township PD conducted a controlled delivery of the marijuana, which weighed approximately six pounds. Two individuals, Brian William KEANE and his wife Susanne H. KEANE, were arrested for taking possession of the marijuana. Both claimed no knowledge of the marijuana in the package and denied any ownership to it. Both KEANEs were subsequently released, with pending charges for Possession of Marijuana and Possession with Intent to Distribute Marijuana.

9. A records check with the California Department of Motor Vehicles (CDMV) revealed that Robert Carl Patrick KEANE's address is 307 North Ferndale Avenue, Mill Valley, California. A cross directory check indicated that Carl or Carl Patrick KEANE resides at 307 North Ferndale Avenue, Mill Valley, California. A search in the Lexis/Nexis database, revealed that as of 10/26/06, Carl KEANE resides at 307 North Ferndale Avenue, Mill Valley, California.

10. Agents believe that Robert Carl Patrick KEANE and Carl or Carl Patrick KEANE is the same person. Also, the shipping label of the six pounds of marijuana sent to New Jersey for the controlled delivery, had C. KEANE, 307 North Ferndale Avenue, Mill Valley, California as the sending address. When Brian KEANE was arrested, he gave 39 Sandy Point Drive, Brick, New Jersey as his address, and (732) 262-8875 as his telephone number. All of this information was contained on the shipping label. Agents also believe that Robert Carl Patrick KEANE and Brian KEANE are possibly related due to the same last names and a physical resemblance of both.

Based on my experience, expertise, training, observations and information received from my fellow agents, I am of the opinion that marijuana, fruits of the crime, instrumentalities used in the sale of controlled substances, monies, and proof of residency will be found on the premises located at **307 N. Ferndale Ave., Mill Valley. County of Marin, California.**

I swear under the penalty of perjury that the aforementioned facts are true and accurate to the best of my knowledge. Signed this 15TH day of December, 2006, at Santa Rosa, California.

SPECIAL AGENT SETH M. McMULLEN