UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Carl Patrick Keane and Chieko
Strange

                    Plaintiff(s),

                    v.

Seth M. McMullen, Paul Accornero and John
Silva

                    Defendant(s).
_____/

CASE NO. 07-4894 SBA

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  March 5, 2008      ■

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Abraham Simmons, AUSA | Seth McMullen (Defendant) | 415-436-7264 | abraham.simmons@usdoj.gov |
| Trisha Hynes | John Silva*, Paul Accornero (Defendants) | 510-808-2000 | thynes@meyersnave.com |
| Michael Coffino, James Heffner | Robert Keane, Chieko Strange (Plaintiffs) | | jeheffner@reedsmith.com |

        *Mr. Simmons will be filing a substitution of counsel for defendant Silva.  The parties will request that
the matter not be assigned to ADR until the pleadings have been settled.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

Dated: 1/31/2008   ■                    /s/Michael Coffino          ■
                                        Attorney for Plaintiff

Dated: 1/31/08   ■                      /s/TrishaHynes/s/A.Simmons ■
                                        Attorney for Defendant

Rev 1.05