1  Michael J. Coffino (SBN 88109)
   MCoffino@ReedSmith.com
2  Brandon W. Corbridge (SBN 244934)
   BCorbridge@ReedSmith.com
3  James E. Heffner (SBN 245406)
   JEHeffner@ReedSmith.com
4  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
5  San Francisco, CA  94111-3922

6  **Mailing Address:**
   P.O. Box 7936
7  San Francisco, CA  94120-7936

8  Telephone:   415.543.8700
   Facsimile:   415.391.8269
9
   Attorneys for Plaintiffs
10 Robert Carl Patrick Keane and Chieko Strange

11           UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA

13 ROBERT CARL PATRICK KEANE,            No.: C-07-04894 SBA
   individually; and CHIEKO STRANGE,
14 individually,                         **STIPULATION AND [PROPOSED]
                                         ORDER TO ALLOW PLAINTIFFS' TO
15                  Plaintiffs,          FILE FIRST AMENDED COMPLAINT,
                                         WITHDRAW DEFENDANT
16        vs.                            MCMULLEN'S PENDING MOTION TO
                                         DISMISS AND MODIFY CMC
17 SETH M. MCMULLEN, PAUL ACCORNERO      DEADLINES**
   and JOHN SILVA,
18
                   Defendants.
19                                          Compl. Filed:   September 20, 2007
                                            Trial Date:     None
20
                                         ***Hon. Saundra Brown Armstrong***
21

22                    **STIPULATION**

23        WHEREAS, on September 20, 2007, Plaintiffs filed the Complaint in this action ("Action");

24 and

25        WHEREAS, on September 20, 2007, this Court issued its Order Setting Initial Case

26 Management Conference and ADR Deadlines ("CMC Order"), scheduling the parties' meet and

27 confer, disclosure and Rule 26 filing obligations in this Action ("Deadlines") pursuant to FRCP 26,

28 ADR L.R. 3-5, and Civil L.R. 16-8, *et seq.*; and

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    WHEREAS, Defendants Paul Accornero and John Silva have answered the Complaint in this

2    action; and

3    WHEREAS, through stipulation and order of this Court dated December 24, 2007, the Court

4    granted an extension of various court ordered case management deadlines, including its Order

5    Setting Initial Case Management Conference and ADR Deadlines ("CMC Order"), scheduling the

6    parties' meet and confer, disclosure and Rule 26 filing obligations in this Action ("Deadlines")

7    pursuant to FRCP 26, ADR L.R. 3-5, and Civil L.R. 16-8, *et seq.*; and

8    WHEREAS, through that same Court order, the Court granted Defendant McMullen an

9    extension of time for counsel to obtain the requisite authority from the United States government to

10   represent Defendant McMullen and granted an extension of time within which to respond to the

11   complaint; and

12   WHEREAS, Defendant McMullen's counsel obtained that authority and filed a motion to

13   dismiss in this action on January 14, 2008; and

14   WHEREAS, Plaintiffs, after consideration of Defendant McMullen's motion to dismiss, have

15   determined that the filing of a First Amended Complaint is the most efficient course of action; and

16   WHEREAS, the parties have reached an agreement to allow Plaintiffs to file the Proposed

17   First Amended Complaint in this action attached hereto as Exhibit A; and

18   WHEREAS, Plaintiffs and Defendants have agreed that the filing of this First Amended

19   Complaint renders Defendant McMullen's pending motion to dismiss moot; and

20   WHEREAS, it would not be in the interests of the parties, or the Court, to operate under the

21   current case management conference, meet and confer and other Rule 26 deadlines without

22   Defendants having had an opportunity to respond to the first amended complaint; and

23   WHEREAS, one or more Defendant may be taking the position that they are immune from

24   suit and therefore should not be subject to the otherwise-applicable discovery obligations in the

25   federal rules;

26

27

28

STIPULATION AND [PROPOSED] ORDER RE FIRST AMENDED COMPLAINT, MOTION TO DISMISS, AND
CMC DEADLINES

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

IT IS THEREFORE STIPULATED between Plaintiffs and Defendants John Silva, Paul Accornero and Seth McMullen, by and through their undersigned attorneys of record, for the convenience of the parties and the Court:

4

1.      Defendant McMullen's pending motion to dismiss is withdrawn;

5

6

2.      Plaintiffs shall file and serve the attached First Amended Complaint within ten days of the date of this order;

7

8

3.      Defendants shall file a responsive pleading to the First Amended Complaint within twenty-one days of the date that the First Amended Complaint is filed;

9

10

3.      For the convenience of the parties and the Court, the Initial Case Management Conference should be held on April 3, 2008, or at the Court's convenience, as ordered below;

11

12

4.      The meet and confer, initial disclosure, ADR and Rule 26 filing dates should be suspended until the pleadings are settled or until further order of this Court.

13

**SO STIPULATED**:

14

DATED:  February 8, 2008            REED SMITH LLP

15

16

By____/s/ James E. Heffner_____
        James E. Heffner
        Attorneys for Plaintiffs

17

        ROBERT CARL PATRICK KEANE and CHIEKO STRANGE

18

19

DATED:  February 8, 2008            MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

20

By____/s/ Tricia L. Hynes_____
        Tricia L. Hynes

21

        Attorneys for Defendants
        PAUL ACCORNERO and JOHN SILVA

22

23

DATED:  February 8, 2008            SCOTT N. SCHOOLS, United States Attorney

24

25

By____/s/ Abraham A. Simmons_____
        ABRAHAM A. SIMMONS
        Assistant United States Attorney

26

        United States Department of Justice
        Attorneys for Defendant Seth McMullen

27

28

STIPULATION AND [PROPOSED] ORDER RE FIRST AMENDED COMPLAINT, MOTION TO DISMISS, AND CMC DEADLINES

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court orders as follows:

1.      Plaintiffs are permitted to file their Proposed First Amended Complaint.  The Complaint shall be filed within ten days of the date of this order.

2.      Defendant McMullen's pending motion to dismiss is deemed moot as of the filing of the Plaintiffs' first amendment complaint and all dates associated with the motion are deemed TERMINATED;

3.      Defendants each shall file a responsive pleading within twenty-one days of the date the First Amended Complaint is filed;

4.      The Initial Case Management Conference will be held telephonically on April 3, 2008;

5.      The parties are relieved of the meet and confer, initial disclosure, ADR and Rule 26 filing and disclosure obligations or until further order of this Court.  The parties shall be prepared to discuss at the initial Case Management Conference their respective views on the proper procedure that should be followed.


**PURSUANT TO STIPULATION IT IS SO ORDERED:**

DATED: _____, 2008



_____
Hon. Saundra Brown Armstrong
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE FIRST AMENDED COMPLAINT, MOTION TO DISMISS, AND CMC DEADLINES

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED:  February 8, 2008.

REED SMITH LLP

By____/s/ James E. Heffner_____
     James E. Heffner
     Attorneys for Plaintiffs
     Robert Carl Patrick Keane and Chieko Strange

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12506034.2

STIPULATION AND [PROPOSED] ORDER RE FIRST AMENDED COMPLAINT, MOTION TO DISMISS, AND CMC DEADLINES