**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>SETH M. MCMULLEN, *et al.*,<br><br>    Defendants. | No. C 07-04894 SBA<br><br>**ORDER**<br><br>[Docket No. 18.] |

Based upon the stipulation of the parties [Docket No. 18], and for good cause shown, the Court orders as follows:

1.   Plaintiffs are permitted to file their Proposed First Amended Complaint. The Complaint shall be filed within ten days of the date of this order.

2.   Defendant McMullen's pending motion to dismiss [Docket No. 15] is deemed moot as of the filing of the Plaintiffs' Proposed First Amendment Complaint and all dates associated with this motion, including the hearing currently set for March 4, 2008, are deemed VACATED.

3.   Defendants each shall file a responsive pleading within twenty-one days of the date the First Amended Complaint is filed.

4.   The meet and confer, initial disclosure, ADR, and Rule 26 filing and disclosure deadlines established by the parties' Stipulation and [Proposed] Order Modifying Case Management Order, filed on December 19, 2007 [Docket No. 13] are VACATED.  The parties shall be prepared to discuss at the initial Case Management Conference, *see infra* para. 5, their respective views on the proper procedure that should be followed.

5.   The Case Management Conference currently scheduled for March 5, 2008 at 3:30 p.m. shall be CONTINUED to April 3, 2008 at 2:30 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order

1 of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the
2 conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated
3 date and time.

4     IT IS SO ORDERED.

6 February 19, 2008                       Saundra Brown Armstrong
                                                   United States District Judge