1  JOSEPH P. RUSSONIELLO (SNB 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7264
6      Facsimile:   (415) 436-6748
       Email:       abraham.simmons@usdoj.gov
7
   Attorneys for Seth McMullen and John Silva
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 ROBERT CARL PATRICK KEANE,            )   No. C 07-4894 SBA
   individually; and CHIEKO STRANGE,     )
13 individually,                         )
                                         )   SUBSTITUTION OF COUNSEL
14                 Plaintiffs,           )
                                         )
15         v.                            )
                                         )
16 SETH M. MCMULLEN, PAUL                )
   ACCORNERO and JOHN SILVA,             )
17                                       )
                   Defendants.           )
18 _____)

19

20     TO THE COURT AND ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that Assistant United States Attorney Abraham A. Simmons

22 hereby shall substitute as counsel for John Silva in the place and instead of Kimberly E. Colwell

23 and Tricia L. Hynes of the Meyers,Nave, Riback, Silver & Wilson lawfirm.

24     The Clerk is requested to change the docket sheet and other Court records so as to reflect

25 that all Orders and communications from the Court will in the future be directed to AUSA

26 Abraham A. Simmons at the above mailing address, telephone number, facsimile number and e-

27 mail address.

28

|   |   |
|---|---|
| 1 | Please also take notice that, from the date of this request, service on Defendants Seth |
| 2 | McMullen and John Silva should be made on Mr. Simmons only. Please amend your service |
| 3 | lists accordingly. While Joann M. Swanson, Chief of the Civil Division, and Joseph P. |
| 4 | Russoniello, United States Attorney, will appear on the pleadings with Mr. Simmons, no service |
| 5 | need be made on them. |

DATED: February 19, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

ABRAHAM A. SIMMONS
Assistant United States Attorney

Meyers, Nave, Riback, Silver & Wilson

2/21/08

*[signature]*

Tricia L. Hynes

Substitution of Counsel
C 07-4894 SBA

2