JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>              Plaintiffs,<br><br>   v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>              Defendants. | No. C 07-4894 SBA<br><br>DECLARATION OF JOHN SILVA IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT |

I, John Silva, declare as follows:

1. I am an officer of the Petaluma, California, Police Department. I have personal knowledge of the facts in this declaration and if called to testify, I would and could competently testify as to the facts herein.

2. I have reviewed the allegations made by plaintiffs in this case in their <u>First Amended Complaint For Violations Of Civil Rights Under 42 U.S.C. § 1983 And "Bivens" Claim Under Fourth And Fifth Amendments Of The U.S. Constitution</u>. With respect to all of the relevant allegations, I was at all times a Drug Enforcement Administration Task Force Officer ("TFO"), duly deputized pursuant to 21 U.S.C. § 878.

/ / /

/ / /

3. With respect to all the allegations in the complaint, I was acting as a DEA TFO and was acting under color of federal law.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 11th day in March, 2008, in San Francisco, California.

_____
John Silva