1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA 94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendant
   PAUL ACCORNERO
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT CARL PATRICK KEANE,           Case No: C07-4894 SBA
   individually; and CHIEKO STRANGE,
12 individually,
                                         **DEFENDANT OFFICER PAUL
13              Plaintiffs,              ACCORNERO'S CERTIFICATION OF
                                         INTERESTED ENTITIES OR PERSONS**
14 v.
                                         [Local Rule 3-16]
15 SETH MCMULLEN, PAUL ACCORNERO
   and JOHN SILVA,
16
                Defendants.              First Amended Complaint Filed:
17                                            February 19, 2008

18

19

20

21

22

23

24

25

26

27

28

---

Defendant's Certification of Interested Entities [C07-4894 SBA]

1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

4 | Dated: March 19, 2008          Respectfully submitted,

5 |                                MEYERS, NAVE, RIBACK, SILVER & WILSON

7 |                                By:_____/s/_____
8 |                                     Tricia L. Hynes
                                       Attorneys for Defendant
9 |                                    PAUL ACCORNERO

12 | 1074261.1