Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
PAUL ACCORNERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SETH MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | Case No: C07-4894 SBA<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Tricia L. Hynes, counsel for Defendant Paul Accornero
3  will be unavailable March 28, 2008 through April 7, 2008, for all purposes including but not limited
4  to receiving notice of any kind, appearing in court, responding to ex parte applications, filing papers,
5  responding to communications, or attending depositions. (See *Tenderloin Housing Clinic v. Sparks*
6  (1992) 8 Cal. App. 4th 299, 304-305.)

8  Dated: March 26, 2008          Respectfully submitted,

9                                 MEYERS, NAVE, RIBACK, SILVER & WILSON

11                                 By:_____/s/_____
12                                    Tricia L. Hynes
                                      Attorneys for Defendant
13                                    PAUL ACCORNERO

14  1036710_2.DOC

| | |
|---|---|
| **PROOF OF SERVICE** | **FRCP RULE 5(b)** |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On March 26, 2008, I served the within:

- **NOTICE OF UNAVAILABILITY OF COUNSEL**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Brandon W. Corbridge, Esq.<br>REED SMITH<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922 | Attorneys for Plaintiffs<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |

**Mailing Address:**
PO BOX 7936
San Francisco, CA 94120-7936

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on March 26, 2008.

_____
Kathleen K. Yanaga