UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 4/3/08

C-07-04894 SBA        JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:** ROBERT C.P. KEANE vs. SETH M. MCMULLEN
**Atty.:** MICHAEL COFFINO        KIM COLWELL

   JAMES HEFFNER        ABRAMS SIMMON

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R
**PROCEEDINGS**
Plt  DFT
( ) ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE -HELD
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
             ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( ) Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 5/7/08 for a Telephone Case Management Conference at 2:45 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** CASE REFERRED TO COURT MEDIATION TO BE HELD IN 60 TO 90 DAYS; PARTIES TO MEET & CONFER AND FILE A JOINT CMC STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC WITH SCHEDULING SUGGESTIONS
cc: ADR VIA FAX