Michael J. Coffino (SBN 88109)
MCoffino@ReedSmith.com
James E. Heffner (SBN 245406)
JEHeffner@ReedSmith.com
Christopher C. Foster (SBN 253839)
CFoster@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: CV-07-4894 SBA<br><br>**DECLARATION OF JAMES HEFFNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS SETH M. MCMULLEN AND JOHN SILVA'S MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:   April 29, 2008<br>Time:   1:00 p.m.<br>Place:   Courtroom 3, 3rd Floor<br><br>Hon. Saundra B. Armstrong |

I, James Heffner, declare as follows.

1. I am an attorney admitted to practice law in the Northern District and the State of California, and an Associate at Reed Smith LLP, attorneys of record for plaintiffs Robert Carl Patrick Keane and Chieko Strange ("Plaintiffs"). I have personal knowledge of the matters stated in this declaration.

2. Defendant Seth McMullen ("McMullen") filed an Answer that provides a paragraph by paragraph response to Plaintiffs' Amended Complaint. A true and correct copy of McMullen's

– 1 –    DOCSSFO-12511220.1-JEHEFFNE

Decl. Of James Heffner In Support Of Opposition to Defendants Seth McMullen and John Silva's Motion

1 | Answer is attached to this declaration as <u>Exhibit A</u>.

2 |     3.    Defendant John Silva ("Silva") filed an Answer that provides a paragraph by paragraph response to Plaintiffs' Amended Complaint. A true and correct copy of Silva's Answer is attached to this declaration as <u>Exhibit B</u>.

    4.    Defendant Paul Accornero ("Accornero") filed an Answer that provides a paragraph by paragraph response to Plaintiffs' Amended Complaint. A true and correct copy of Accornero's Answer is attached to this declaration as <u>Exhibit C</u>.

    5.    The Notice of Electronic Filing of McMullen and Silva's motion for a more definite statement states that the Motion was filed with the court on March 11, 2007, at 5:24 p.m., a true and correct copy of that Notice of Motion is attached to this declaration as <u>Exhibit D</u>. The Notice of Electronic Filing of McMullen's Answer states that the Answer was filed on March 11, 2008, at 5:27 p.m., a true and correct copy of that Notice of McMullen's Answer is attached to this declaration as <u>Exhibit E</u>. The Notice of Electronic Filing of Silva's Answer states that his Answer was filed on March 11, 2008, at 5:28 p.m., a true and correct copy of that Notice of Silva's Answer is attached to this declaration as <u>Exhibit F</u>.

    6.    Prior to stipulating to the filing of the First Amended Complaint, I circulated a copy of that complaint to McMullen, Silva and Accornero. The attorney for each defendant represented that they reviewed the First Amended Complaint and approved of its filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on April 8, 2008 at San Francisco, California.

                            /s/ James E. Heffner
                            James E. Heffner

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –     DOCSSFO-12511220.1-JEHEFFNE

Decl. Of James Heffner In Support Of Opposition to Defendants Seth McMullen and John Silva's Motion