# EXHIBIT C

1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA 94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendant
   PAUL ACCORNERO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT CARL PATRICK KEANE,                Case No: C07-4894 SBA
   individually; and CHIEKO STRANGE,
12 individually,
                                             DEFENDANTS OFFICER PAUL
13              Plaintiffs,                  ACCORNERO'S ANSWER TO
                                             PLAINTIFFS' FIRST AMENDED
14 v.                                        COMPLAINT FOR VIOLATIONS OF
                                             CIVIL RIGHTS UNDER 42 U.S.C. §1983
15 SETH MCMULLEN, PAUL ACCORNERO              AND "BIVENS" CLAIM UNDER
   and JOHN SILVA,                           FOURTH AND FIFTH AMENDMENTS
16                                           AND REQUEST FOR JURY TRIAL
                Defendants.
17

18                                           First Amended Complaint Filed:
                                                   February 19, 2008
19

20

21

22

23

24

25

26

27

28

Defendant's Answer to First Amended Complaint [C07-4894 SBA]

COMES NOW OFFICER PAUL ACCORNERO (hereinafter "Defendant") who answers Plaintiffs' First Amended Complaint ("Complaint") as follows:

### INTRODUCTION

1.  In answer to paragraph 1, Defendant admits the date and time of the incident described in plaintiff's complaint. Defendant denies the remaining allegations of the paragraph.

### JURISDICTION

2.  In answer to paragraph 2, Defendant admits that this Court has jurisdiction over this matter. Defendant denies the remaining allegations of the paragraph

3.  In answer to paragraph 3, Defendant admits that this Court has pendant jurisdiction over the state claims alleged in this matter. Defendant denies the remaining allegations of the paragraph.

### VENUE

4.  In answer to paragraph 4, Defendant admits that this Court has venue over this matter.

### PARTIES

5.  In answer to paragraph 5, Defendant denies the information contained therein based on a lack of information and belief.

6.  In answer to paragraph 6, Defendant denies the information contained therein based on a lack of information and belief.

7.  In answer to paragraph 7, Defendant is unable to admit or deny the information contained therein based on a lack of information and belief.

8.  In answer to paragraph 8, Defendant is unable to admit or deny the information contained therein based on a lack of information and belief.

9.  In answer to paragraph 9, Defendant admits the information contained therein on information and belief.

10. In answer to paragraph 10, Defendant admits the named individuals are referred to as defendants.

///
///

## STATEMENT OF FACTS

11. In answer to paragraph 11, Defendant denies the information contained therein based on a lack of information and belief.

12. In answer to paragraph 12, Defendant denies the information contained therein based on a lack of information and belief.

13. In answer to paragraph 13, Defendant denies the information contained therein based on information and belief.

14. In answer to paragraph 14, Defendant denies the information contained therein based on information and belief.

15. In answer to paragraph 15, Defendant denies the information contained therein based on information and belief.

16. In answer to paragraph 16, Defendant denies the information contained therein based on information and belief.

17. In answer to paragraph 17, Defendant denies the information contained therein based on information and belief.

18. In answer to paragraph 18, Defendant denies the information contained therein based on information and belief.

19. In answer to paragraph 19, Defendant denies the information contained therein based on a lack of information and belief.

20. In answer to paragraph 20, Defendant denies the information contained therein based on a lack of information and belief.

21. In answer to paragraph 21, Defendant denies the information contained therein based on information and belief.

22. In answer to paragraph 22, Defendant denies the information contained therein based on a lack of information and belief.

23. In answer to paragraph 23, Defendant denies the information contained therein based on a lack of information and belief.

1  24. In answer to paragraph 24, Defendant denies the information contained therein based on a lack of information and belief.

3  25. In answer to paragraph 25, Defendant denies the information contained therein based on a lack of information and belief.

5  26. In answer to paragraph 26, Defendant denies the information contained therein based on information and belief.

7  27. In answer to paragraph 27, Defendant denies the information contained therein based on information and belief.

9  28. In answer to paragraph 28, Defendant denies the information contained therein based on information and belief.

11  29. In answer to paragraph 29, Defendant denies the information contained therein based on information and belief.

13  30. In answer to paragraph 30, Defendant denies the information contained therein based on information and belief.

15  31. In answer to paragraph 31, Defendant denies the information contained therein based on information and belief.

17  32. In answer to paragraph 32, Defendant denies the information contained therein based on information and belief.

19  33. In answer to paragraph 33, Defendant denies the information contained therein based on a lack of information and belief.

21  34. In answer to paragraph 34, Defendant denies the information contained therein.

**INJURIES AND DAMAGES**

23  35. In answer to paragraph 35, Defendant denies the information contained therein.

24  36. In answer to paragraph 36, Defendant denies the information contained therein.

25  37. In answer to paragraph 37, Defendant denies the information contained therein.

26  38. In answer to paragraph 38, Defendant denies the information contained therein.

27  39. In answer to paragraph 39, Defendant denies the information contained therein.

28  40. In answer to paragraph 40, Defendant denies the information contained therein.

41. In answer to paragraph 41, Defendant denies the information contained therein.

## FIRST CAUSE OF ACTION

## (42 U.S.C. Section 1983)

42. In answer to paragraph 42 Defendant realleges his answers to paragraphs 1 through 41 with the same force and effect as if they were herein set out in full.

43. In answer to paragraph 43, including all subparts a through g, Defendant denies the information contained therein.

44. In answer to paragraph 44, including all subparts a through i, Defendant denies the information contained therein.

45. In answer to paragraph 45, including all subparts a through c, Defendant denies the information contained therein.

46. In answer to paragraph 46, Defendant denies the information contained therein

## SECOND CLAIM FOR RELIEF

47. In answer to paragraph 47, Defendant realleges his answers to paragraphs 1 through 41 with the same force and effect as if they were herein set out in full.

48. In answer to paragraph 48, including all subparts a through g, Defendant denies the information contained therein.

49. In answer to paragraph 49, Defendant denies the information contained therein.

50. In answer to paragraph 50, including all subparts a through c, Defendant denies the information contained therein.

51. In answer to paragraph 51, Defendant denies the information contained therein.

## JURY DEMAND

52. In answer to paragraph 52, Defendant requests a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant denies that Plaintiffs are entitled to judgment against defendants, and each of them, as follows:

In answer to the damages allegations, paragraphs 1 through 4, Defendant denies Plaintiffs were damaged at all or are entitled to an award of damages, punitive damages, or any other relief they are seeking and take nothing by their Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant at all times acted in good faith, without malice and within the scope and course of his employment, and under the reasonable belief that his actions were lawful. Accordingly, Defendant is entitled to qualified immunity herein.

### THIRD AFFIRMATIVE DEFENSE

To the extent that the Plaintiffs' claims are founded upon principals of negligence, Plaintiffs themselves were negligent in and about the matters referred to in their Complaint. Such negligence bars or diminishes Plaintiffs' recovery against Defendant.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of California Government Code Sections 820.2 and 815.2.

### FIFTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of California Government Code Sections 820.4 and 815.2.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' prayer for exemplary damages is precluded under California Government Code Section 818.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to California Government Code Sections 818.8 and 815.2.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to California Government Code Sections 820.8 and 815.2.

### NINTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to California Government Code Sections 821.6 and 815.2.

### TENTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to California Government Code Sections 822.2 and 815.2.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that he had probable cause to believe that his actions toward the Plaintiffs were lawful.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant is immune from the claims contained in Plaintiffs' Complaint pursuant to the provisions of California Penal Code Section 835.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant is immune from the claims contained in Plaintiffs' Complaint pursuant to the provisions of California Penal Code Section 835(a).

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant is immune from the claims contained in Plaintiffs' Complaint pursuant to the provisions of California Penal Code Section 836.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant is immune from the claims contained in Plaintiffs' Complaint pursuant to the provisions of California Penal Code Section 836.5.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Defendants under 42 U.S.C. § 1983 are contrary to law, in that they are founded upon the doctrine of *respondeat superior*. Neither a municipality nor its officers, supervisors, or policymakers can be held liable under 42 U.S.C. § 1983 under a *respondeat superior* theory. (*Monell v. Department of Social Services*, 436 U.S. 658, 691 (1978).)

///

///

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and thereby alleges that Plaintiffs' alleged damages or injuries, if any, were aggravated by the failure of Plaintiffs and/or other individuals to use reasonable diligence to mitigate those injuries or damages.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendants took reasonable precautions with regard to protecting against any risk of injury complained of by Plaintiffs.

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiffs had the express knowledge of the risks and hazards set forth in the Complaint, as well as the magnitude of the risks and hazards and thereafter knowingly and willingly assumed those risks.

### TWENTIETH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs have waived their right to maintain the action filed in the Complaint.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs are barred by the principal of estoppel from maintaining the action filed in this case.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendant alleges that he was privileged to detain Plaintiffs at the time and place alleged.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute an award of attorneys' fees against this Defendant.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs were comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Company* (1975) 13 Cal. 3d 804, and this Defendant prays that any and all damages sustained by said Plaintiffs be reduced by the percentage of their negligence.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs are guilty of willful misconduct which contributed to the happening of the incident which resulted in their alleged injuries.

### JURY DEMAND

Defendant hereby demands trial by jury.

### PRAYER

WHEREFORE, Defendant prays as follows:

1. That Plaintiffs takes nothing by reason of their Amended Complaint and judgment be rendered in favor of Defendant including but not limited to the named Defendant herein;

2. That Defendant be awarded his costs incurred in the defense of this action;

3. For such other relief as the Court deems proper.

Dated: March 11, 2008            Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:_____/s/_____
    Tricia L. Hynes
    Attorneys for Defendant
    PAUL ACCORNERO

1070206_1

---

Defendant's Answer to First Amended Complaint [C07-4894 SBA]                 8

# EXHIBIT D

## Heffner, James E.

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, March 11, 2008 5:24 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:07-cv-04894-SBA Keane et al v. McMullen et al Motion for More Definite Statement |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Simmons, Abraham entered on 3/11/2008 5:24 PM and filed on 3/11/2008
**Case Name:**     Keane et al v. McMullen et al
**Case Number:**  4:07-cv-4894
**Filer:**         John Silva
                   Seth M. McMullen
**Document Number:** 24

**Docket Text:**
**Second MOTION for More Definite Statement filed by Seth M. McMullen, John Silva. Motion Hearing set for 4/29/2008 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (Simmons, Abraham) (Filed on 3/11/2008)**

04/08/2008

**4:07-cv-4894 Notice has been electronically mailed to:**

Michael J. Coffino    mcoffino@reedsmith.com

Kimberly E. Colwell    kcolwell@meyersnave.com, calendardept@meyersnave.com, elabella@meyersnave.com

James Edward Heffner    jeheffner@reedsmith.com, adevor@reedsmith.com

Tricia L. Hynes    thynes@meyersnave.com, calendardept@meyersnave.com, kyanaga@meyersnave.com

Abraham A. Simmons    abraham.simmons@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**4:07-cv-4894 Notice has been delivered by other means to:**

Brandon W. Corbridge
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\asimmons\Keane\more def statement1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/11/2008] [FileNumber=4210116-0]

[398ab672ecf0103b7ef6bd752cfdfd82fccbd0aff055ea01450fd57b989142cd7412a
43652bd4391d535ad9641b58c1806abfad39bc41957f58359daa642924d]]

04/08/2008

# EXHIBIT E

Heffner, James E.
_____

From: ECF-CAND@cand.uscourts.gov
Sent: Tuesday, March 11, 2008 5:28 PM
To: efiling@cand.uscourts.gov
Subject: Activity in Case 4:07-cv-04894-SBA Keane et al v. McMullen et al Answer to Amended Complaint

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court<br>
Northern District of California<br>
<b>Notice of Electronic Filing or Other Case Activity</b>

_____

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

_____

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

_____

The following transaction was received from by Simmons, Abraham entered on 3/11/2008 5:27 PM and filed on 3/11/2008
**Case Name:**      Keane et al v. McMullen et al
**Case Number:**    4:07-cv-4894
**Filer:**          Seth M. McMullen
**Document Number:** 26

Docket Text:
**ANSWER to Amended Complaint bySeth M. McMullen. (Simmons, Abraham) (Filed on 3/11/2008)**


**4:07-cv-4894 Notice has been electronically mailed to:**



04/08/2008

Michael J. Coffino     mcoffino@reedsmith.com

Kimberly E. Colwell     kcolwell@meyersnave.com, calendardept@meyersnave.com, elabella@meyersnave.com

James Edward Heffner     jeheffner@reedsmith.com, adevor@reedsmith.com

Tricia L. Hynes     thynes@meyersnave.com, calendardept@meyersnave.com, kyanaga@meyersnave.com

Abraham A. Simmons     abraham.simmons@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**4:07-cv-4894 Notice has been delivered by other means to:**

Brandon W. Corbridge
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\asimmons\Keane\answer 1 McMullen.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/11/2008] [FileNumber=4210137-0]

[56bc0932b4b413682a8214151e687aa4f0ca1227857b17a2957474fc764579f6ca95a
86e87a1076527ffce98441edb43aae610c024cafbf7bdd02e54c2389cc3]]

04/08/2008

**EXHIBIT F**

**Heffner, James E.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, March 11, 2008 5:29 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 4:07-cv-04894-SBA Keane et al v. McMullen et al Answer to Amended Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Simmons, Abraham entered on 3/11/2008 5:28 PM and filed on 3/11/2008

| | |
|---|---|
| **Case Name:** | Keane et al v. McMullen et al |
| **Case Number:** | 4:07-cv-4894 |
| **Filer:** | John Silva |
| **Document Number:** | 27 |

**Docket Text:**
**ANSWER to Amended Complaint byJohn Silva. (Simmons, Abraham) (Filed on 3/11/2008)**


**4:07-cv-4894 Notice has been electronically mailed to:**

04/08/2008

Michael J. Coffino     mcoffino@reedsmith.com

Kimberly E. Colwell    kcolwell@meyersnave.com, calendardept@meyersnave.com, elabella@meyersnave.com

James Edward Heffner    jeheffner@reedsmith.com, adevor@reedsmith.com

Tricia L. Hynes    thynes@meyersnave.com, calendardept@meyersnave.com, kyanaga@meyersnave.com

Abraham A. Simmons    abraham.simmons@usdoj.gov, lily.c.ho-vuong@usdoj.gov

**4:07-cv-4894 Notice has been delivered by other means to:**

Brandon W. Corbridge
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\asimmons\Keane\answer 1 Silva.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/11/2008] [FileNumber=4210146-0]

[3410ff6781ca8f641a50c710d159d04c4ab580b25b65074d25215fc7d861b41a85a4f
c20a093e4eb25a46333bfb1151b895c020d6cd711f967bf2fb132e1fd02]]

04/08/2008