```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

     450 Golden Gate Avenue, 9th Floor
     San Francisco, California 94102-3495
     Telephone:   (415) 436-7264
     Facsimile:   (415) 436-6748
     Email: abraham.simmons@usdoj.gov
```

Attorneys for Federal Defendant Seth McMullen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>    Defendants. | No. C 07-4894 SBA<br><br>**DEFENDANT McMULLEN'S WITHDRAWAL OF MOTION FOR A MORE DEFINITE STATEMENT Fed.R.Civ.P. 12(e)**<br><br>Date:    April 29, 2008<br>Time:    1:00 p.m.<br>Place:    Courtroom 3, 3rd Floor<br>Before:  Hon. Saundra B. Armstrong |

    The meritlessness of Plaintiffs' opposition notwithstanding, defendant McMullen hereby withdraws the pending motion for a more definite statement currently scheduled for hearing on April 29, 2008.

                                         Respectfully submitted,

                                         JOSEPH R. RUSSONIELLO
                                         United States Attorney

Dated: April 15, 2008                             /s/
                                         ABRAHAM A. SIMMONS
                                         Assistant United States Attorney