JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendants
   Seth McMullen and John Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>                Plaintiffs,<br><br>        v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>                Defendants. | No. C 07-4894 SBA<br><br>**FEDERAL DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and government entities or their agencies exempt under subsection (a), there is no such interest to report.

                                                    Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

Dated: April 25, 2008                                      /s/
                                                      ABRAHAM A. SIMMONS
                                                      Assistant United States Attorney
                                                      Counsel of Record