## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 5/7/08

C-07-04894 SBA          **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:** ROBERT C.P. KEANE vs. SETH M. MCMULLEN
**Atty.:** MICHAEL GRAFFINO          TRISH HINDS

    REED SMITH                ABRAHAM SIMMONS

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. TELEPHONE CMC - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
          ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 12/22/08   Expert Discovery Cut-off 2/27/09
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off) 2/10/09
Case Continued to 3/17/09           for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 2/24/09    Motions in limine/objections to evidence due 3/3/09 Responses to motions in limine and/or responses to objections to evidence due 3/10/09
Case Continued to 3/23/09       for Trial(Court/Jury: 4   Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 2/11-2/20/09 BEFORE A MAGISTRATE JUDGE; MEDIATION TO BE COMPLETED BY 7/7
cc: WINGS HOM & ADR VIA FAX