JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7264
    Facsimile:    (415) 436-6748
    Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>           Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>           Defendants. | No.: C-07-04894 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE TO COMPLETE MEDIATION**<br><br>Compl. Filed:  September 20, 2007<br>Trial Date:     March 23, 2008<br><br>***Hon. Saundra Brown Armstrong*** |

**STIPULATION**

WHEREAS, on September 20, 2007, Plaintiffs filed the Complaint in this action ("Action"); and

WHEREAS, on September 20, 2007, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order"), scheduling the parties' meet and confer, disclosure and Rule 26 filing obligations in this Action ("Deadlines") pursuant to FRCP 26, ADR L.R. 3-5, and Civil L.R. 16-8, *et seq.*; and

WHEREAS, through stipulation and order of this Court dated December 24, 2007, the Court granted an extension of various court ordered case management deadlines, including its Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order"), scheduling the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

parties' meet and confer, disclosure and Rule 26 filing obligations in this Action ("Deadlines") pursuant to FRCP 26, ADR L.R. 3-5, and Civil L.R. 16-8, *et seq.*; and

WHEREAS, Plaintiffs filed their First Amended Complaint February 19, 2008; and

WHEREAS, on April 3, 2008, this Court ordered that the parties engage in mediation with said mediation to be completed on or before July 7, 2008; and

WHEREAS, on April 23, 2008, this Court appointed William A. Herbert as the mediator in this case; and

WHEREAS, the mediator scheduled the pre-mediation conference on May 12, 2008; and

WHEREAS, at the May 12, 2008 pre-mediation conference, and with the approval of the parties, the mediator scheduled the mediation for June 25, 2008; and

WHEREAS, at the time that the mediator scheduled the mediation, the Assistant United States Attorney assigned to represent Seth McMullen was aware of periods of the defendant's unavailability but misunderstood that the defendant's departure on June 15, 2008 for military leave would extend for three weeks; and

WHEREAS, Seth McMullen now is, in fact, on military leave and is unavailable to be physically present for a mediation until July 7, 2008, which is both the Monday after the July 4th weekend and the last day to mediate this case under the Court's order; and

WHEREAS, the mediator is unavailable until June 20, 2008, to discuss the possible rescheduling of the mediation; and

WHEREAS, the parties agree that there is a substantial likelihood that not all the parties would be available for a mediation within the July 7, 2008, deadline established by the court; and

WHEREAS, this case is scheduled for a jury trial to commence March 23, 2009;

IT IS THEREFORE STIPULATED between Plaintiffs and Defendants John Silva, Paul Accornero and Seth McMullen, by and through their undersigned attorneys of record, for the convenience of the parties and the Court as follows:

The parties do hereby stipulate and request that the Court grant an Order extending the

deadline to complete the mediation until July 18, 2008.

**SO STIPULATED**:

DATED: June 16, 2008         REED SMITH LLP

By  /s/
    James E. Heffner
    Attorneys for Plaintiffs
    ROBERT CARL PATRICK KEANE and CHIEKO STRANGE

DATED: June 16, 2008         MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

By  /s/
    Tricia L. Hynes
    Attorneys for Defendants
    PAUL ACCORNERO and JOHN SILVA

DATED: June 16, 2008         JOSEPH P. RUSSONIELLO, United States Attorney

By  /s/
    ABRAHAM A. SIMMONS
    Assistant United States Attorney
    United States Department of Justice
    Attorneys for Defendant Seth McMullen

### [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court orders as follows:

The stipulation is APPROVED. The Court's April 3, 2008, Order is modified. The parties are to complete mediation on or before July 18, 2008.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

_____     _____
**Date**                            Hon. Saundra Brown Armstrong
                                    United States District Court Judge