**JOSEPH P. RUSSONIELLO (SBN 44332)**
United States Attorney
**JOANNE M. SWANSON (SBN 88143)**
Chief, Civil Division
**ABRAHAM A. SIMMONS (SBN 146400)**
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California  94102-3495
    Telephone:  415-436-7264
    Facsimile:  415-436-6748
    Email:  Abraham.simmons@usdoj.gov

Attorneys for Federal Defendant Seth McMullen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, Individually; and CHIEKO STRANGE, Individually,<br><br>                Plaintiffs,<br><br>v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>                Defendants. | No. C 07-4894 SBA<br><br>**DECLARATION OF ROBERT ARMSTRONG IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF ISSUES**<br>**Fed.R.Civ.P. 56** |

I, Robert Armstrong, declare as follows:

    1.    I am a Senior Assistant Prosecutor assigned to the Grand Jury Unit of Ocean County Prosecutor's Office.  I have reviewed and have personal knowledge of the facts in State of New Jersey v. Brian Keane, No. 06-12-4361.

    2.    In this case, Brian Keane, a New Jersey resident, was prosecuted for having possession with the intent to distribute a controlled substance, in this case, marijuana.

3. At no time did I contact officials from the U.S. Drug Enforcement Agency ("DEA") in connection with this case. In addition, to the best of my knowledge, no one other than an investigator in this office, John Murphy, had any contact with employees of the DEA regarding the Brian Keane case.

4. To the best of my knowledge, this office never did ascertain the person from whom Brian Keane received the marijuana.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this  2nd  day in  May , 2008, in Toms River, New Jersey.

Robert Armstrong
Senior Assistant Prosecutor