# EXHIBIT 3

# EXHIBIT 3(a)

```
1  John F. LemMon
   Law Offices of John F. LemMon, JD, MBA
2  13750 Arnold Drive
   PO Box 826
3  Glen Ellen, CA  95442-0826

4  Attorney for Defendant
   Robert Carl Patrick Keane
5
```

[FILED stamp: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA, APR 25 2007, BY [signature] Deputy Clerk]

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SONOMA

| | |
|---|---|
| The People of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>Robert Carl Patrick Keane,<br><br>Defendant. | Case No.: SCR 502356<br><br>Notice of Motion/Petition and Motion/Petition for Finding of Factual Innocence ~~and Order~~ thereon<br><br>Date: 5-22-07<br>Time: 130 pm<br>Dept: 3 |

Please take notice that on ~~April~~ May 22, 2007 at 130 ~~AM~~/PM, or as soon thereafter as the matter may be heard in Dep't 3 of the above-entitled court, Defendant Robert Carl Patrick Keane will, and hereby does, move the court for a finding of factual innocence and order thereon.

**SUMMARY**

On or about December 15, 2006, the People of the State of California filed a two count felony complaint against the defendant. Post arraignment, and pre-preliminary hearing investigation revealed that the defendant was a victim of

---

Request for Order: Factual Innocence- Law Offices of John F. LemMon, JD, MBA
                                        13750 Arnold Drive, PO Box 826

identity theft. On March 13, 2007 the preliminary hearing was vacated and the case was dismissed.

This Petition to seal and destroy arrest records under Penal Code §851.8 timely follows.

### Petition

Robert Carl Patrick Keane hereby petitions for a declaration of factual innocence per Penal Code section 851.8 and, subsequently, for the arrest record to be sealed for three years from the date of the arrest and thereafter destroyed.

Information relating to the arrest:

Name, Last: Keane First: Robert Carl Patrick

Address: 307 North Ferndale Avenue, Mill Valley, CA  94941

Phone No.: (415)388-7179

Date of Birth: 12-13-57

Driver's License No.: N4197894

Date of Arrest: 12-19-06

Arresting Agency: DEA

Charge: Penal Code §§11359,11360(a)

Dated ~~March~~ April 23, 2007.

Respectfully Submitted,      _____
                             John F. LemMon

### AGREEMENT OF OFFICE OF PROSECUTOR

The Sonoma County District Attorney has reveiewed it's files in this matter, and has reveiewed this Petition and has no

Request for Order: Factual Innocence-    Law Offices of John F. LemMon, JD, MBA
                                         13750 Arnold Drive, PO Box 826

1 | opposition to this Petition for Finding of Factual Innocence

2 | Dated: March ____, 2007    _____
3 |                             Deputy District Attorney

**TO BE COMPLETED BY COURT**
**HAVING JURISDICTION OVER THE OFFENSE**

Agency or Court Name: Sonoma County Superior Court

Agency or Case No.: SCR 502356

Petitioner's Name: Robert Carl Patrick Keane

Date of Birth: 12-13-57

Arrested: 12-19-06

Agency No.: DEA #070013, DAR 543495

Charge: Penal Code §§11359, 11360(a)

Disposition: Dismissed 3-13-07

Found Factually Innocent: April ____, 2007

Signature Court Officer: _____
                          Lawrence Antolini
                          Sonoma County Superior Court Judge

**DECLARATION OF FACTUAL INNOCENCE**
**UNDER PENAL CODE SECTION 851.8**

Declared by Sonoma County Superior Court

For Robert Carl Patrick Keane

Having jurisdiction in the matter, the above court has determined that the above-named petitioner is factually innocent of the arrest indicated below and is hereby exonerated. Hereafter, the arrest shall be deemed not to have occurred, and

Request for Order: Factual Innocence-    Law Offices of John F. LemMon, JD, MBA
                                          13750 Arnold Drive, PO Box 826

1  the petitioner may answer any questions relating to the arrest
2  accordingly.
3  Arrest Date: 12-19-06
4  Arresting Agency: DEA
5  Agency Number: 070013
6  Charge: Penal Code §§11359, 11360(a)
7  Date: April ____, 2007
8  _____
   The Honorable Lawrence Antolini
   Superior Court Judge
9
10 Attachment: Judicial Council Form CR-150
   Judicial Finding of Factual Innocence
11

# EXHIBIT 3(b)

```
 1  STEPHAN R. PASSALACQUA, #138293
    District Attorney, County of Sonoma
 2  Hall of Justice, Room 212-J
    600 Administration Drive
 3  Santa Rosa, CA 95403
    (707) 565-2311
 4
    TROYE SHAFFER, #203418
 5  Deputy District Attorney

 6  Attorney for the People
```

FILED
MAY 17 2007
Clerk of the Superior Court of California
County of Sonoma
By _____ Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) | Court No.: SCR-502356 |
| Plaintiff, ) | |
| ) | D.A. No.: DAR-543495 |
| ) | |
| ) | Courtroom No.: 3 |
| v. ) | |
| ) | PEOPLE'S OPPOSITION TO |
| ) | PETITION FOR A FINDING OF |
| ) | FACTUAL INNOCENCE |
| ROBERT CARL PATRICK KEANE, ) | |
| Defendant. ) | Hearing: May 22, 2007, at 1:30 p.m. |

### I.

### STATEMENT OF THE CASE

Defendant, ROBERT CARL PATRICK KEANE, was charged by way of Felony Complaint SCR-502356 with violation of Health & Safety Code §11359, 11360(a). On March 13, 2007, the People moved to dismiss the case in accordance with the interests of justice.

On April 25, 2007, Defendant filed a Petition for a Finding of Factual Innocence. The People respectfully request that Defendant's petition be denied at this time. The People base this opposition on the ground that at the time of Defendant's arrest for the offenses, probable cause indeed existed for the arrest.

//
//
//

1

2

## II.

## FACTUAL SUMMARY

On November 29, 2006, Maureen McGuigan, owner of the Petaluma Mail Depot, received a package from a customer identifying himself as Robert Carl Patrick Keane. The box for shipment listed the man's return address as 307 North Ferndale Avenue, in Mill Valley, California, zip code 94941. The addressee was listed as Kerry Keane, 39 Sandy Point, Bricktown, New Jersey, zip code 08723.

Ms. McGuigan requested the sender's telephone number in order to contact him if there were problems with the delivery. The sender refused, stating that he did not want to receive marketing calls. Ms. McGuigan explained that the request was for her database only, and would not be seen by others. The man firmly refused. Ms. McGuigan was suspicious, and asked the man if he was attempting to ship narcotics. He replied that he was sending clothes to his niece for her birthday. Ms. McGuigan recognized the man's name in her computer as a previous customer, however, and let the subject drop.

After the customer left, he called Ms. McGuigan to change the address on the package. Her suspicions unyielding, she opened the parcel in accordance with the Mail Depot's reserved right to open any package. Cutting through one of the bundles within the box, Ms. McGuigan smelled a strong odor of marijuana. At this time, she transported the box to the Petaluma Police Department and met with Sergeant Stephenson.

Drug Enforcement Administration Special Agent McMullen responded to the station and assumed custody of the package of marijuana bundles. A controlled FedEx delivery to the New Jersey address was organized with the DEA and Detective Shepherd of the Brick Township Police Department in that state. Suspects Brian and Susanne Keane were consequently arrested on suspicion of receiving the marijuana. The addressee on the package, Kerry Keane, is the couple's three-year-old daughter.

//
//
//

In the interim, on November 30, 2006, Agents McMullen and Hoyt spoke with Ms. McGuigan at the Mail Depot, and showed her a photograph of a possible suspect responding to the name of Robert Carl Patrick Keane. Ms. Guigan positively identified the photograph as depicting the customer who attempted to ship marijuana on the prior day. From her database, Ms. McGuigan was also able to tell the agents that the same customer had sent a package to the identical New Jersey address on May 31, 2006.

Subsequently, Ms. McGuigan reviewed a photographic lineup and selected a photograph which did not depict Defendant. She remained steadfast in her identification of Defendant from the November viewing. As far as law enforcement is aware, the available evidence does not conclusively establish that Defendant was not the individual who successfully shipped a package on May 31, 2006, and attempted to ship a package of marijuana from the Mail Depot on November 29, 2006.

### III.

### ARGUMENT

**DEFENDANT IS NOT ENTITLED TO A FINDING OF FACTUAL INNOCENCE.**

California Penal Code §851.8(c) states:

> In any case where a person has been arrested, and an accusatory pleading has been filed, but where no conviction has occurred, the defendant may, at any time after dismissal of the action, petition the court which dismissed the action for a finding that the defendant is factually innocent of the charges for which the arrest was made. A copy of such petition shall be served on the district attorney of the county in which the accusatory pleading was filed at least 10 days prior to the hearing on the petitioner's factual innocence. The district attorney may present evidence to the court at such hearing. Such hearing shall be conducted as provided in subdivision (b). If the court finds the petitioner to be factually innocent of the charges for which the arrest was made, then the court shall grant the relief as provided in subdivision (b).

In the case of *People v. Adair* (2003) 29 Cal. 4th 895, the jury found the defendant not guilty of the charged offenses. The defendant then petitioned the court for a finding of factual innocence, which the trial court granted. The People appealed, and the Court of Appeals reversed, holding that the trial court abused its discretion. The California Supreme Court affirmed, stating that "[t]he arrestee [or defendant] thus must establish that facts exist which

would lead no person of ordinary care and prudence to believe or conscientiously entertain any honest and strong suspicion that the person arrested [or acquitted] is guilty of the crimes charged. [Citation.]" *People v. Adair, supra,* 29 Cal. 4th 895, 904. The Court emphasized, "a finding of factual innocence '*shall not be made unless* the court finds that no reasonable cause exists to believe' the defendant committed the offense charged." (Italics in original.) *People v. Adair, supra,* 29 Cal. 4th 895, 906.

In the matter at bar, an arrest was made based upon probable cause. Law enforcement received information from a witness, made further inquiries, and corroborated the information with results of their investigation. A warrant was issued on the basis of these representations. Subsequently, the strength of the initial information shifted; initially resolute in her identification, the witness changed her mind after reviewing additional photographs. At the time of Defendant's arrest, there was a clear showing of probable cause. Based on the California Supreme Court's interpretation of Penal Code 851.8 in *Adair*, Defendant is not entitled to a finding of factual innocence at this time.

Moreover, if there is a pending civil action filed against the arresting officers or respective agencies, there is no relief available at this time to Defendant, pursuant to Penal Code §851.8(k). It is Defendant's burden to establish that relief is proper and to produce evidence in promotion of any claims of factual innocence.

//
//
//
//
//
//
//
//
//
//

## IV.

## CONCLUSION

On the basis of the foregoing facts and case law, the People respectfully request that Defendant's petition be denied at this time.

DATED: 5/17/07

Respectfully Submitted:

STEPHAN R. PASSALACQUA, District Attorney
County of Sonoma, State of California

BY: _____
TROYE SHAFFER
Deputy District Attorney

Prepared by Caitlin M. Casey, Certified Law Student

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SONOMA

I, the undersigned, state that I am employed in the County of Sonoma; I am over eighteen years of age and not a party to the within-entitled action; my business address is Hall of Justice, 600 Administration Drive, Santa Rosa, California, 95403-2870.

I am serving today the following document(s) described in

<u>PEOPLE'S OPPOSITION TO PETITION FOR A FINDING OF FACTUAL INNOCENCE</u>

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follow:

> **JOHN F. LEMMON**
> Law Offices of John F. LemMon
> P.O. Box 826
> Glen Ellen, CA 95442
>
> Attorney for Defendant
> **ROBERT CARL PATRICK KEANE**

☐ **BY MAIL**: I am "readily familiar" with this office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Santa Rosa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE**: I am serving said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number(s) of the sending facsimile machine is 707-565-2482 or 707-565-2762. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. I am prepared to present a transmission report confirming that the transmission was complete and without error issued by the sending facsimile machine (or the machine used to forward the facsimile).

☐ **BY HAND DELIVERY**: I caused such document(s) to be delivered by hand to the office or proper representative of the addressee(s).

☒ **BY ATTORNEY BOX**: I caused such document(s) to be delivered to the specified courthouse box of the foregoing attorney and/or firm: ___.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Executed  05/17/07 , at Santa Rosa, California.

                                                  Caitlin M. Casey
                                                Certified Law Clerk

# EXHIBIT 3(c)

COURT FILE COPY

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SONOMA**      1/09/07

| Case # SCR-502356 | Date: 5/22/07 | Time: 0130 | Courtroom # 3 | 1st App: | Target: |

Judge: L G ANTOLINI       Reporter: VALERIE B PAP    Sworn Interpreter: _____ [INT]
Deputy D.A.: RJW          Clerk: TENA HUDSON         [I12] _____ Interpreter needed next date
PEOPLE VS.                                    IDE 1
KEANE, ROBERT CARL PATRICK

Agency # DEA-070013    DDL: CA N4197894    DOB: 12/13/57

Charges:

*Case Called early*

**A  NATURE OF PROCEEDINGS:** MOTION

**DEFENDANT** [1] present (2) not present [3] present in custody [4] not present in custody [A] pro per [5] Waiver of personal appearance filed
[6] Pub. Def. _____ [7] appointed [A] PD reg fee [8] relieved      [21] True name is _____
(9) Defense Csl. J. Lemmon [10] generally [11] relieved            [22] Defendant advised of charges/allegations
[12] Conflict Csl. _____                                           [23] Stipulates to arraignment [24] Advised of constitutional rights
[13] assigned [14] appointed [A] reg fee [15] relieved                   Waives [25] reading [26] further advisement of rights
[16] Complaint filed [17] _____ Amended complaint filed            Complaint not filed [27] Defendant discharged [28] Continued for complaint
[18] Defense provided with [A] Complaint [B] Report [C] Cite        [29] Mutual discovery granted by _____ [30] Judge recuses self per 170.1 CCP
[19] Complaint amended to _____                                    [31] 170.6 CCP filed re: Judge _____ by [A] DA [B] Defense
[20] Charge(s) amended to _____                                        P.O. _____ [32] present [A] gives oral report
                                                                    [33] City Attorney _____ present
                                                                    [34] Criminal Protective Order [A] issued & filed [B] vacated [C] served

**B  BAIL/CUSTODY STATUS**                                          WARRANT [15] RECALLED [18] remains out
**DEFENDANT** [1] REMANDED [2] RELEASED FROM CUSTODY                [19] Bail set $ _____ [A] as set [20] NO BAIL
BAIL [3] forfeited [4] reinstated [5] exonerated [7] reinstated and exon   Bail [21] increased to $ _____ [22] reduced to $ _____
[8] Bench warrant to issue per _____ Bail $ _____                 Mtn. for [24] OR [25] Sup. OR [A] granted [B] denied [C] conditions attached
Do not [9] cite out/release on OR [10] recalendar                   [26] OR [27] Sup. OR [A] reinstated [B] revoked [C] terminated [D] continued
[11] Bail may be forfeited in lieu of appearance [12] EXECUTION STAYED  [28] Summary judgment extended to _____
Declaration & warrant to be prepared by [13] DA [14] City Attorney  [29] Reassumption of liability filed

**C  DEFENDANT INFORMED OF RIGHTS/ADVISEMENTS**                     **DEFENDANT** [10] waives each right [11] waives time
[1] to counsel [2] of time for trial [3] to confront/cross exam witnesses  [12] does not waive time [13] withdraws time waiver
[4] against self-incrimination [5] to jury/court trial [6] to VOP hearing  [14] waives VOP hearing [15] waives jury trial [16] People waive jury trial
[7] possible assessment of P.D. fees [8] alien advisement per 1016.5PC  DNA test [DNA1] ordered _____ [DNA2] previously done
[9] Faretta advisement given re: counsel & waived                   Qualifying offense _____

**D  DEFENDANT PLEADS** [1] Not Guilty [A] NGI [2] Not guilty plea w/drawn  Enters [28] Arbuckle [29] Harvey waiver _____
[3] Absentia plea filed [4] Priors denied [5] Enhancements/allegations denied  [30] Referred to [31] Accepted in [A] 1210 PC Court [B] Drug Court
Advised of [6] max. penalties [7] future consequences [8] understands &   [C] DV Court [D] FACT Court _____
waives each right [9] Defense Csl. joins in waiver [10] TAHL waiver filed  CRIMINAL PROCEEDINGS [32] suspended [33] reinstated
[11] **GUILTY** [12] **NO CONTEST** _____                          Refer to [34] Project Intercept [35] Educational Sentencing - contact w/in 48 hrs
**Admits** [13] _____ priors [14] enhancement [15] enhancement stricken  [36] P.I. [37] ESP [38] NBRC on ct(s) _____ [A] accepted [B] denied [C] vacated
[16] **Violation of Probation** [A] denied [B] admitted [C] dropped  Terminate [39] successfully [40] unsuccessfully [A] P.I. [B] NBRC
[17] **Priors** _____ found constitutionally [A] valid [B] invalid  [41] GUILTY plea for deferred entry of judgment on ct(s) _____
[18] **Stipulates to** [A] factual basis for plea [B] probable cause for arrest  Deferred entry completed [41A] successfully [41B] unsuccessfully
[C] Commissioner [19] Report/memo filed [A] Bail [B] PI             [42] Dr. _____ appointed to examine defendant
**COURT FINDS** [20] factual basis for plea [21] admission [22] Def. knowingly  [43] Report due _____, appointed per _____
intelligently, freely, voluntarily waives rights [23] Def guilty [24] in Viol. Prob.  **DEFENDANT** [44] found mentally [A] competent [B] incompetent
[25] People's motion to dismiss remaining counts at time of sentencing granted  [45] committed to Norton Center [A] contested [B] uncontested
**DEFENDANT** waives time for [26] sentencing [27] referral to Probation  [46] If sentenced to Jail, term would be _____ yrs/mos. Credits _____

**E  PROBATION** [1] Referred to Prob. Dept. for RPO [2] re-referral [A] OR Bail Reduction [B] Presentence [C] VOP [D] NBRC [E] Post Sentence
[F] Other _____ [3] **PROBATION SUMMARILY REVOKED** [4] Prob. Rpt filed [5] See P.O. today [6] Test today
[7] Cont. to _____ Ctrm _____ [8] Refer to [A] Mental Health [B] Mental Health Review Team [9] Report due _____

**F  CALENDAR SETTINGS**                                            HELD [9] Cert per 1368 PC for hrg. _____ Ctrm _____ [A] HELD
[1] Sett. Conf. set _____ Ctrm _____ [A]                          [10] Proceeding suspended & case Certified to Juvenile Court
[2] Readiness Conf. set _____ Ctrm _____ [A]                      MOTION [11] 1538.5 PC [12] 1050 PC [13] Other _____
[3] Jury trial set _____ Ctrm _____ [A]                           Set _____ Ctrm _____ [A] HELD [B] granted
[4] Court trial _____ Ctrm _____ [A]                              [14] P & A's by _____ [15] Response by _____
[5] Vio. Probation hrg. set _____ Ctrm _____ [A]                  [16] Plea of guilty/conviction set aside [17] Case dismissed per 1203.4 PC
[6] Hearing _____                                                  [18] Case [19] Cts. _____ DISMISSED [A] People's motion
[7] VACATED _____                                                  [B] Interest of Justice [C] Insufficient Evidence [D] With TWS proof
[8] Cont. to _____ Ctrm _____                                     [E] On condition(s): _____
Motion dropped                                                      Judge _____