| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | ABRAHAM A. SIMMONS (SBN 146400)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102-3495<br>Telephone:    (415) 436-7264 |
| 6 | Facsimile:    (415) 436-6748<br>Email: abraham.simmons@usdoj.gov |
| 7 | |
| 8 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ROBERT CARL PATRICK KEANE,<br>individually; and CHIEKO STRANGE,<br>individually, | ) ) ) ) | No. C 07-4894 SBA |
| Plaintiffs, | ) ) | **EXHIBIT 2(a) TO DECLARATION OF ABRAHAM A. SIMMONS** |
| v. | ) ) | |
| SETH M. MCMULLEN, PAUL<br>ACCORNERO and JOHN SILVA, | ) ) ) | |
| Defendants. | ) ) | |

**MANUAL FILING NOTIFICATION**

Regarding: Compact Disk Containing Audio File

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ _ ] Voluminous Document (PDF file size larger than the efiling system allows)

[ _ ] Unable to Scan Documents

1  [ ] Physical Object (description): _____.

2  [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media:

3       <u>Compact disk containing an audio file of the admonitions given to Robert</u>

4       <u>Carl Patrick Keane on December 19, 2006</u>.

5  [_] Item Under Seal

6  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

7  [_] Other (description): _____

8  _____

10  Dated:   June 24, 2008                                    Respectfully submitted,

11                                                            JOSEPH P. RUSSONIELLO
                                                              United States Attorney

13                                                            _____/s/_____
                                                              ABRAHAM A. SIMMONS
14                                                            Assistant United States Attorney
                                                              Attorneys for Defendant

28  Exhibit 2(a) to Simmons Declaration
    Notification of Manual Filing
    C 07-4894 SBA                         2