# EXHIBIT 2

# EXHIBIT 2(a)

PLEASE SEE MANUAL FILING NOTIFICATION

[DOCKET NO. 55]

# EXHIBIT 2(b)

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   - - - - - - - - - - - - - - - -
 5   ROBERT CARL PATRICK KEANE,       )
 6   et al.,                          )
 7              Plaintiffs,
 8                                    ) CASE NO.
 9   V.                               ) C 07-4894 SBA
10                                    )
11   SETH M. MCMULLEN, et al.,        )
12              Defendants.           )
13   - - - - - - - - - - - - - - - -
14
15
16         AUDIO-RECORDED CONVERSATION BETWEEN
17   OFFICER PAUL ACCORNERO AND ROBERT CARL PATRICK KEANE
18              TUESDAY, DECEMBER 19, 2006
19
20
21                BEHMKE REPORTING & VIDEO SERVICES
22                BY:  JILL BAIONI, CSR #8812
23                160 SPEAR STREET, SUITE 300
24                SAN FRANCISCO, CALIFORNIA  94105
25                           (415) 597-5600
```

1

1       OFFICER ACCORNERO: What's his last name
2  again? "Keane"? "Keane"?
          Mr. Keane, my name's Paul Accornero and I'm
4  with Petaluma Police Department.
5       MR. KEANE: Okay.
6       OFFICER ACCORNERO: I'm a -- I'm a patrol dog
7  handler and also a narcotics detection dog handler.
8  My dog does both.
9       MR. KEANE: Mm-hmm.
10      OFFICER ACCORNERO: Okay? I'm going to
11 search your house with the police dog. He's -- again,
12 he's a narcotics detection dog, and he finds
13 marijuana, methamphetamine, heroine, cocaine, and
14 opium and all the derivatives of those drugs: Rock,
15 ice, hash, crack, and all the -- basically all the
16 ingredients that are made to make those drugs.
17      MR. KEANE: Mm-hmm.
18      OFFICER ACCORNERO: Okay? So what I try to
19 do is I try to explain to people before I bring the
20 dog in that he's what I call an -- or what the
21 industry calls is an aggressive alert dog. So in
22 essence, if there was drugs that were hidden inside
23 that vent, for instance, drug -- the drug dog, the
24 aggressive alert dog, will run over to where that --
25 the odor of the drug is coming from and he

will aggressively alert. And what I mean by that is he scratches, chews, gnaws, rips things apart to get to it. He's play- -- it's a game of hide and go seek for him. He's trying to find the drugs and he gets rewarded when he finds those drugs. Okay?

So basically, in lack of better terms, he tears shit up but he finds it. He'll -- he'll literally rip things apart.

MR. KEANE: Mm-hmm.

OFFICER ACCORNERO: Okay?

And I tell people this because I don't want to come in here and ruin your house with the dog. Okay?

Now, the dog -- if there was drugs here and they're not here now, the dog will still alert to them. And I -- and I give people the understanding or the reasoning of this, is the dog -- it's like putting popcorn in your microwave. If you put popcorn in your microwave and you pop it all and you eat it all up, you can still smell the popcorn afterwards. Right?

MR. KEANE: Mm-hmm.

OFFICER ACCORNERO: Okay. The same thing is, if the drugs were here but they're not there now, the dog will still smell them. Okay? The dog is trained to find the odor of the drug, not the drug itself.

Okay? And I give people this and I tell them this
because I want to try and save your house. If there's
somewhere where there has been drugs but they're not
there now, you need to let me know and I can try and
save your stuff. If you tell me that there have been
no drugs in this house and the dog alerts and
scratches somewhere, then we're not gonna be
responsible for any damage that's caused by that.
Okay? Because he is a drug dog and he's pretty
reliable as far as knowing where there has been and
hasn't been drugs.

       MR. KEANE: Mm-hmm.

       OFFICER ACCORNERO: Not only your house, I
need to know about your car that's out front, because
we have a search warrant for the car also, and any
other areas on the property where there has been
anything.

       Has there been any drugs in your car, in this
house, anywhere?

       MR. KEANE: No.

       OFFICER ACCORNERO: Okay. In addition to
that, let me explain something to you about money.
Okay? Money, when it's -- when it's used in a
transaction of drugs, when it's been around people
that have been handling drugs and then handle money,

```
 1  the money now assumes the odor of the drugs.  Okay?
 2  So the dog has the ability to smell money and tell me
 3  if there's drug odor on it.  Okay?
 4          And not all money is tainted with drug odor
 5  like people think.  There is a difference between
 6  that.  Okay?  My dog is alerted to drug money and
 7  has -- he's alerted to -- or is not alerted to non
 8  drug money.  Okay?  So he knows the difference between
 9  those two.
10          So are there any large sums of money that are
11  in this house that the dog would -- would find?
12          MR. KEANE:  No.
13          OFFICER ACCORNERO:  Okay.  So you're telling
14  me --
15          MR. KEANE:  I have -- I have absolutely
16  nothing to do with what (unintelligible).  I'm
17  baffled.  (Unintelligible) I'm wondering when I can
18  get a lawyer.  This -- this is absolute insanity.
19          OFFICER ACCORNERO:  That will be up to you
20  whenever you get a lawyer.  My -- my questioning here
21  right now to you is basically --
22          MR. KEANE:  There's never been any --
23          OFFICER ACCORNERO:  -- just want -- try to
24  ruin your house.  Okay?
25          MR. KEANE:  There's never -- I'm worried more
```

5

```
 1  about my dogs than --
 2          OFFICER ACCORNERO:  Your dogs are fine.  My
 3  dog is not gonna do anything to your dogs.  Your dogs
 4  are locked in the bathroom upstairs, so they're fine.
 5  We were playing with them.  He was chasing his little
 6  frog toy, so.
 7          MR. KEANE:  Okay.  So I'm worried about him.
 8          OFFICER ACCORNERO:  Yeah.  No.  He's gonna be
 9  fine.
10          Okay.
11          (End of transcription.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
    STATE OF CALIFORNIA      )
 2  COUNTY OF SAN MATEO       )
 3          I hereby certify that the transcript is a true
 4  record of the audio CD recording as reported by me, a
 5  duly certified shorthand reporter and a disinterested
 6  person, and was thereafter transcribed into typewriting
 7  by computer.
 8          I further certify that I am not interested in
 9  the outcome of the said action, nor connected with, nor
10  related to any of the parties in said action, nor to
11  their respective counsel.
12          IN WITNESS WHEREOF, I have hereunto set my hand
13  this 29th day of February, 2008.
14
15
16          _____
17          JILL BAIONI, CSR # 8812
18          STATE OF CALIFORNIA
```