# EXHIBIT 5

```
12/19/2006   1250              FULL BOOKING                           Page    1

Booking Number:  9962523              Booking Date: 12/19/2006  Time: 1250
Name: KEANE, ROBERT CARL PATRICK

                                      D-FILE:  209348
        307 N FERNDALE AVE            CII   :
        MILL VALLEY      CA 94941     FBI   :
        (415) ████████                CLASS : P00L
DFile Name: KEANE, ROBERT CARL PATRICK
AKA:
Arrival Date: 12/19/2006 at: 1030     Bkd By: whyde
Arresting Officer: MCMULLEN           Number: 01703
Transport Officer: SAME               Number:
Agency: DRUG ENFORCEMENT ADMIN        Number: BK070013
Arrested For:
Arrest Date: 12/19/2006 at: 0730
Location: 307 N FERNDALE AVE, MILL VALLEY, CA

Year :       Make:         Color:
Model:                     License Number:         State:
Vehicle Location:
Sex   : MALE                DOB: 12/13/1957   Birth Place: LA, CA
Race  : White                                 Occupation : SALES PERSON
Height: 5' 08''                               SSN         : ████████
Weight: 165                                   DLN         : ████████
Eyes  : BROWN
Hair  : BROWN
Length: Short
Style/Type: Fine, Thinning                    ** Emergency Contact **
Complexion: Light/Pale                        KAY STRANGE
Face Hair : Unshaven(stubble)                 GIRLFRIEND/SAME
                                              ████████

** Scars/Marks/Tattoos **


WARRANT   SCR-502356              5339379 DO NOT CITE                  20,000
11359                   HS    F   POSS MARIJUANA FOR SALE
11360(a)                HS    F   SELL MARIJUANA

** Holds **
NONE

    Court Appearance set - 12/21/2006 at 0830 in 3      Total Bail:   $20,000
```

# SONOMA COUNTY DETENTION PRE-BOOKING FORM

**DETENTION USE ONLY**
- PH CLASS: 
- HOLDING: WJT
- D#: 309348 (illegible)

| LEGAL NAME | LAST | FIRST | MIDDLE | CII | FBI |
|---|---|---|---|---|---|

**RESIDENCE ADDRESS:** [illegible] Fernwood [illegible]   **TELEPHONE:** [redacted]

| SEX | RACE | DATE OF BIRTH | AGE | HEIGHT | WEIGHT | HAIR | EYES | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|
| M | W | 12-13-57 | 49 | 5-8 | 165 | Brn | Brn | L.A. California |

| DDL# | STATE (if not CA) | SOC.SEC.# | EMPLOYER | OCCUPATION |
|---|---|---|---|---|
| [redacted] | CA | [redacted] | Self | Sales [illegible] |

**ALIAS/MONIKERS:** [illegible]

**EMERGENCY CONTACT NAME:** [illegible]   **RELATIONSHIP/ADDRESS:** [illegible]   **TELEPHONE NUMBER:** [redacted]

FIRST COLUMN IN EACH CATEGORY IS MANDATORY. SELECT ONLY ONE ITEM PER COLUMN

**HAIR LENGTH:** 1st=5 Short
**HAIR TYPE:** 1st=2 Fine, 2nd=4 Thinning
**HAIR STYLE:** 1st=8 Wavy
**FACIAL HAIR:** 1st=9 Unshaven (Stubble)
**COMPLEXION:** 1st=2 Light/Pale

**SCARS, MARKS, TATOOS, TEETH, AMPUTATIONS:** N/A

| ARRESTING AGENCY | CASE# | ARREST DATE/TIME | LOCATION |
|---|---|---|---|
| DEA | BK-07-0013 | 12/19/06 (approx) | 30 N. Ferndale Ave, Mill Valley CA |

| ARRESTING OFFICER | ID NUMBER | TRANSPORTING OFFICER(S) | ID NUMBER |
|---|---|---|---|
| SA Seth McMullen | 1763 | SA Seth McMullen | 1763 |

**ARRIVAL AT JAIL DATE:** 12/19/06   **TIME:** 1230 hrs   **VEHICLE LOCATION:** —

**VEHICLE INFORMATION** YEAR/MAKE/MODEL/COLOR/LICENSE#/STATE: —

| LOCAL CHARGES | CODE SECTION | F/M/I/C | CRIME TITLE/WARRANT NUMBER | BAIL |
|---|---|---|---|---|
| WARRANT ☒ | 11359 H&S/11360 (a) | F | [illegible] Transportation of M.J. | 20,000 |
| | | | SCR# 502356 | |

**HOLDS/OUT OF COUNTY WARRANTS:** 

**OBSERVATIONS OF BEHAVIOR WHILE IN CUSTODY:**
- ESCAPE RISK: ☒ NO
- VIOLENT/ASSAULTIVE: ☒ NO
- SUICIDAL: ☒ NO
- SPECIAL CUSTODY: ☒ NO
- BLOOD ALCOHOL LEVEL IF KNOWN: Unkn

**VICTIMS TO BE NOTIFIED UPON RELEASE:** [illegible]   **TELEPHONE NUMBER:** [illegible]

MEDICAL STATEMENT: HOSPITAL CLEARANCE IS REQUIRED PRIOR TO THE CUSTODY OF any individual who is or has been unconscious or is unable to walk under his/her own power, having or recently had convulsions, significant external bleeding, obvious fractures, signs of head injuries, serious injury or illness, symptoms of possible internal bleeding or with abdominal bleeding, complaints of pain or trauma, displaying signs of drug/alcohol withdrawal, or pregnant women with any illness or injury or in labor.

**DESCRIBE INJURY/ILLNESS:** ___   **HOSPITAL CLEARANCE:** ☐ YES  ☒ N/A

**REASONS FOR NON-RELEASE OF MISDEMEANANT** — CHECK APPROPRIATE BOXES AS IT APPLIES. ONE OR MORE REASONS MUST BE NOTED.

1. ☐ INTOXICATION THE ARRESTEE COULD BE A DANGER TO SELF OR OTHERS.
2. ☐ MEDICAL AID SUCH AID IS NEEDED BY SUSPECT OR HE IS UNABLE TO CARE FOR HIS OWN SAFETY.
3. ☐ ARRESTED FOR ONE OR MORE OFFENSES WHERE SUCH OFFENSES ARE LISTED IN SECTION 40302 CVC.
4. ☒ OUTSTANDING WARRANTS ONE OR MORE WARRANTS OF ARREST ARE OUTSTANDING FOR A PERSON.
5. ☐ SATISFACTORY IDENTIFICATION SUCH IDENTIFICATION COULD NOT BE ESTABLISHED WITHIN REASON.
6. ☐ RELEASE WOULD JEOPARDIZE PROSECUTION JEOPARDIZED, WOULD BE THIS OFFENSE OR ANY OTHER.
7. ☐ REASONABLE LIKELIHOOD THE OFFENSE WOULD CONTINUE THE OFFENSE WOULD CONTINUE OR THE SAFETY OF PERSONS OR PROPERTY BE IMMEDIATELY ENDANGERED BY THE SUSPECT'S RELEASE.
8. ☐ ARRESTEE DEMANDS TO SEE MAGISTRATE CUSTODY MUST RESULT WHERE SUSPECT REFUSES TO SIGN A PROMISE TO APPEAR OR DEMANDS TO SEE A MAGISTRATE.
9. ☐ ANY OTHER REASON IN THE EVENT 1-8 HAS NO APPLICATION, OR ADDITIONAL GROUNDS EXIST, THEY MUST BE LISTED BELOW.

**TOTAL CASH: $** ___   **OFFICER'S SIGNATURE:** [signature]

# SUICIDE PREVENTION SCREENING GUIDELINES

| Arrestee's Name KEANE, ROBERT CARL | M | Date of Birth 12-13-1957 | Screening Officer-ID# HUIJON 1826 | Date 12-19-06 | Time 1405 |
|---|---|---|---|---|---|
| Facility: MADF | Most Serious Charge(s) 11359 | | Was arrestee housed in Mental Health Module during prior incarceration? Yes ☐ No ☒ | | |
| D Number 0209348 | | | | | |

| Check appropriate column for each question. | Column A YES | Column B NO | General Comments/Observations |
|---|---|---|---|
| **OBSERVATIONS OF TRANSPORTING OFFICER** | | | |
| 1. Arresting or Transporting Officer believes that arrestee may be a suicide risk, and Mental Health staff was notified. | ☐ | ☒ | |
| **PERSONAL DATA** | | | |
| 2. Arrestee lacks close family or friends in the community. | ☐ | ☒ | |
| 3. Arrestee has experienced a significant loss within the last six months (e.g. loss of job, loss of relationship, death of a close family member). | ☐ | ☒ | |
| 4. Arrestee is very worried about major problems other than legal situation (e.g. financial or family problems, medical condition, fear of losing job). | ☐ | ☒ | |
| 5. Arrestee's family or significant other (spouse, parent, close friend, lover) has attempted or committed suicide. | ☐ | ☒ | |
| 6. Arrestee has psychiatric history. (Note current psychotropic medications and name of most recent treatment agency.) | ☐ | ☒ | |
| 7. Arrestee has history of drug or alcohol abuse. | ☐ | ☒ | |
| 8. Arrestee holds position of respect in community (e.g. professional, public official) and/or alleged crime is shocking in nature. If YES, notify Mental Health staff. | ☐ | ☒ | |
| 9. Arrestee is thinking about killing him/herself. If YES, notify Mental Health. | ☐ | ☒ | |
| 10. A. Arrestee has previous suicide attempt(s). (Check wrists and note method.) | ☐ | ☒ | |
| B. Arrestee has previous in-custody suicide attempt(s). | ☐ | ☒ | |
| 11. Arrestee feels there is nothing to look forward to in the future (expresses feelings of helplessness or hopelessness). If YES, notify Mental Health staff. | ☐ | ☒ | |
| **BEHAVIOR/APPEARANCE** | | | |
| 12. Arrestee shows signs of depression (e.g. crying, emotional flatness). | ☐ | ☒ | |
| 13. Arrestee appears overly anxious, afraid, or angry. | ☐ | ☒ | |
| 14. Arrestee appears to feel unusually embarrassed or ashamed. | ☐ | ☒ | |
| 15. Arrestee is acting and/or talking in a strange manner (e.g. cannot focus attention, hearing or seeing things which are not there). If YES, notify Mental Health staff. | ☐ | ☒ | |
| 16. A. Arrestee is apparently under the influence of alcohol or drugs. | ☐ | ☒ | |
| B. If YES to 16A, is the arrestee showing signs of mental illness? If YES, notify Mental Health staff. | ☐ | ☒ | |
| **CRIMINAL HISTORY** | | | |
| 17. This is arrestee's first arrest. | ☐ | ☒ | |
| TOTAL Column A | **0** | | |

ACTION: If checks in Column A total 8 or more, or if there is a check in any shaded box, NOTIFY MENTAL HEALTH STAFF.

Arrestees charged with the following crimes should be referred to Mental Health staff: homicide, arson, vehicular manslaughter, child endangerment, or child sexual abuse.

Referred to Mental Health Staff: **No**

Mental Health Staff Comments and Disposition: _____

Housing Recommendation: _____ Special Handling Recommendations: _____
Mental Health Staff Signature: _____ Date: _____ Time: _____

DD 918 (Rev 12/00)    One Copy to Mental Health    One Copy to Classification

ONOMA COUNTY DETENTION FACILI   S
ARREST REPORT FORM

## Pre-Acceptance Medical Screening Questions

Inmate Name: _____   Date: _____

**To be completed by Correctional Staff**

| | | |
|---|---|---|
| 1. Is the arrestee unable to walk under his own power? | ☐ Yes | ☐ No |
| 2. Is significant external bleeding visible?<br>*(Look for signs of blood on clothing or body)* | ☐ Yes | ☐ No |
| 3. Are bone fractures visible? | ☐ Yes | ☐ No |
| 4. Are there visible or obvious symptoms of a head injury?<br>*(Look for bleeding from ears, nose, mouth or head; swelling, bruising dizziness, disorientation, or confusion)* | ☐ Yes | ☐ No |
| 5. Is the arrestee a pregnant female with complications?<br>*(Complaints of pain, vaginal bleeding, or discomfort caused by contractions)* | ☐ Yes | ☐ No |
| 6. Are there visible or obvious symptoms that the arrestee is currently under the influence or withdrawing from drugs or alcohol?<br>*(Look for tremors, hallucinations, profuse sweating, vomiting, severe agitation, dehydration--i.e. dry mouth, dizziness, or pale)* | ☐ Yes | ☐ No |
| 7. Is the arrestee complaining of or demonstrating symptoms of severe pain or trauma, or other serious injuries or illnesses? | ☐ Yes | ☐ No |

**CORRECTIONAL STAFF MAY CONSULT WITH MEDICAL STAFF ON ABOVE YES ANSWERS IF THEY FEEL IT IS NECESSARY.**

**IF ARRESTEE DISPLAYS ANY OF THE ABOVE, THE ARRESTING/TRANSPORTING OFFICER IS REQUIRED TO TAKE THE THE INDIVIDUAL TO AN EMERGENCY MEDICAL FACILITY FOR EVALUATION, EXAMINATION, AND TREATMENT AS NECESSARY. CORRECTIONAL STAFF WILL NOT ACCEPT THE ARRESTEE INTO CUSTODY WITHOUT A MEDICAL CLEARANCE FROM THE HOSPITAL.**

## Pre-Booking Medical Screening Questions

**To be completed by Correctional Staff**
**Ask Arresting Officer the following questions:**

| | | |
|---|---|---|
| 1. Has the arrestee been to the hospital before coming here? | ☐ Yes | ☐ No |
| 2. If yes, do you have a release from the hospital? | ☐ Yes | ☐ No |
| 3. Do you believe the arrestee may be a suicide risk?* | ☐ Yes | ☐ No |
| 4. Was any type of device used to affect the arrest?<br>*(baton, chemical agent, dog, taser, etc.)* | ☐ Yes | ☐ No |
| 5. Has the arrestee been unconscious?** | ☐ Yes | ☐ No |
| 6. Has the arrestee had convulsions?** | ☐ Yes | ☐ No |
| 7. Do you suspect the arrestee may be physically impaired or disabled? | ☐ Yes | ☐ No |
| 8. Does the arrestee have any injuries Correctional Staff should be aware of? | ☐ Yes | ☐ No |

\* **Contact Mental Health Staff**   Name of MH Staff Member: _____

\*\* **Contact Medical Staff**   Name of Medical Staff Member: _____

Correctional Staff Signature & ID# _____

DD 547 (Rev. 10/05)   Distribution: White - Medical   Yellow - Classification

209348

## SONOMA COUNTY DETENTION FACILITY
### PRE-BOOKING MEDICAL/MENTAL HEALTH SCREENING

| Booking Cell: BKWT | Partial? Yes (No) Unpartial Date/Time: | Medical #: | BA Level: |
|---|---|---|---|
| NAME: ROBERT KEANE | DOB: 12/13/57 | SEX: (MALE)/FEMALE   DATE: 12-19-06 | TIME: 1041 |

****** COMPLETE PRE-ACCEPTANCE FORM BEFORE CONTINUING ******

Are you ☐ hearing impaired  ☐ sight impaired  ☐ mobility impaired?
Do you have any disabilities?  ☐ Yes  ☒ No
Do you require an accommodation?  ☐ Yes  ☒ No
Initiate an Inmate Disability Evaluation Form for affirmative responses and/or visible disabilities.

### MENTAL HEALTH CONDITION/DEVELOPMENTAL DISABILITIES

Observations: Disoriented/Confused ___ Despondent/Depressed ___ Severely Anxious/Afraid/Agitated ___  ☐ None
Developmental Disabilities (Describe:_____)  ☐ None

INITIATING OFFICER PLACE ID NUMBER ON LEFT SIDE    UNPARTIALING OFFICER PLACE ID NUMBER ON RIGHT SIDE

                                                                                        YES        NO
1. Are you currently under the care of a mental health professional, such as a
   social worker, counselor, psychologist, psychiatrist? ----------------------    ___|___ 1836 |___
2. Have you ever tried to kill yourself? (In custody? ___ ) (In past 12 months? ___)  ___|___ 1836 |___
3. Are you thinking about killing yourself now? --------------------------          ___|___ 1836 |___
4. Are you now taking, or have you ever taken psychiatric medications? ---------    ___|___ 1836 |___
   If yes, what are the names of the medications?_____

If arrestee is charged with homicide, arson, vehicular manslaughter, child endangerment, or child sexual abuse,
refer to Mental Health Staff.
☐ Contact Mental Health Staff for all affirmative responses   Name of MH Staff member notified:_____
Mental Health Staff Comments and Recommendation:_____

Mental Health Staff Signature:_____   Date:_____   Time:_____

### MEDICAL/CONTAGIOUS DISEASE CONDITION

Observations: Shaking ___  Alcohol on Breath ___  Needle Tracks ___  Sweaty ___
              Sores/Rash ___  Swelling/Bruises ___  Sleepy ___
Has arrestee used drugs or alcohol today:   What _____   How much _____

INITIATING OFFICER PLACE ID NUMBER ON LEFT SIDE    UNPARTIALING OFFICER PLACE ID NUMBER ON RIGHT SIDE

                                                                                        YES        NO
1. Does arrestee have deep yellow skin or eyes? -------------------------      ___|___ 1836 |___
2. Do you have any contagious disease or infectious condition? ---------------  ___|___ 1836 |___
3. Are you ill, have dental problems; or have you been injured in the past 2 days;
   are you under the care of a doctor? ---------------------------------       ___|___ 1836 |___
4. Are you taking any medications which you should continue to take while in jail? -- ___|___ 1836 |___
5. Are you allergic to any food or medications? -------------------------      ___|___ 1836 |___
6. Do you have a drug or alcohol habit which could cause you to withdraw in jail? -- ___|___ 1836 |___
7. Have you ever had DT's or the shakes when you stop drinking? -------------  ___|___ 1836 |___
8. Have you ever had tuberculosis or had a positive test for it? ---------------  ___|___ 1836 |___
9. Have you had a productive cough for more than 2 weeks with any of the following:
   chest pain __ fever __ weight loss __ fatigue __ night sweats __ ? ----------  ___|___ 1836 |___
10. Have you ever had a positive test for the HIV (AIDS) virus? ---------------  ___|___ 1836 |___
11. Do you wear a prosthesis, contact lenses, dentures? -----------------------  ___|___ 1836 |___
12. Do you have (circle)   Lice    Crabs    Scabies
    WOMEN: (circle)   Baby in the last 6 weeks?   Pregnant?
                     Abortion/Miscarriage in the past year?
13. Do you have medical insurance: (circle)   (Yes)    No
☐ Contact Medical Staff for all affirmative responses   Name of Medical Staff notified:_____

Medical Staff Comments and DISPOSITION: BP:_____ T:_____ P:_____ R:_____

Medical Staff Signature:_____   Date:_____   Time:_____

**READ TO INMATE:** MEDICAL AND MENTAL HEALTH SERVICES ARE AVAILABLE TO YOU WHILE YOU ARE IN JAIL. TELL AN OFFICER IF YOU NEED TO SEE A NURSE OR A MENTAL HEALTH WORKER.
I have read this form, or it was read to me, and I understand its contents.

Inmate's Signature:_____
Officer's Signature:_____   Date:_____   Time:_____

I wish to be placed in Protective Custody or other special housing because my safety would be at risk if I am housed with other inmates. I understand my access to programs may be limited in Protective Custody.
No [ ] Yes [ ] Reason:_____
Inmate's Signature:_____   Date:_____   Time:_____

Inmate required a translator: Yes___   No ✓

INITIATING OFFICER: _____ 1836 _____   UNPARTIALING OFFICER:_____
               (Signature & ID#)                                    (Signature & ID#)

DD 568 (Rev. 10/05)    Distribution: White - Medical   Yellow - Classification