1 | Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
2 | Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, CA  94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Attorneys for Defendant
PAUL ACCORNERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SETH MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | Case No: C07-4894 SBA<br><br>**DEFENDANT PAUL ACCORNERO'S JOINDER IN MOTIONS FOR SUMMARY JUDGMENT BY JOHN SILVA AND SETH McMULLEN, PARTS I, II and III (A), (B), and (E)**<br><br>DATE: July 29, 2008<br>TIME:  1:00 p.m.<br>DEPT: Courtroom 3, 3rd Floor<br>JUDGE: Honorable Saundra B. Armstrong |
|---|---|

Comes now Defendant PAUL ACCORNERO and files this Joinder in the Federal Defendants Seth McMullen and John Silva's Motions for Summary Judgment, Parts I, II, and III(A, B & E), served on or about June 24, 2008, and also scheduled for hearing on July 29, 2008.

Dated: June 27, 2008

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/
Tricia L. Hynes
Attorneys for Defendant
PAUL ACCORNERO

1116128.1

| | |
|---|---|
| PROOF OF SERVICE | FRCP RULE 5(b) |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On June 27, 2008, I served the within:

- **DEFENDANT PAUL ACCORNERO'S JOINDER IN MOTIONS FOR SUMMARY JUDGMENT BY JOHN SILVA AND SETH McMULLEN, PARTS I, II and III (A), (B), and (E)**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Brandon W. Corbridge, Esq.  
REED SMITH  
Two Embarcadero Center, Suite 2000  
San Francisco, CA 94111-3922

**Mailing Address:**  
PO BOX 7936  
San Francisco, CA 94120-7936

Attorneys for Plaintiffs  
Telephone: (415) 543-8700  
Facsimile: (415) 391-8269

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on June 27, 2008.

_____  
Kathleen K. Yanaga

Def Accornero's Proof of Service [C07-4894 SBA]