Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
PAUL ACCORNERO and JOHN SILVA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> SETH MCMULLEN, PAUL ACCORNERO and JOHN SILVA, <br><br> Defendants. | Case No: C07-4894 SBA <br><br> **DEFENDANT PAUL ACCORNERO'S DECLARATION IN SUPPORT OF JOINDER IN MOTIONS FOR SUMMARY JUDGMENT BY JOHN SILVA AND SETH McMULLEN, PARTS I, II and III (A), (B), and (E)** <br><br> DATE: July 29, 2008 <br> TIME: 1:00 p.m. <br> DEPT: Courtroom 3, 3rd Floor <br> JUDGE: Honorable Saundra B. Armstrong |

I, Paul Accornero, declare as follows

    1.    I am an Officer with the City of Petaluma Police Department. I have personal knowledge of the matters stated herein, and could testify competently thereto if called upon to do so as a witness.

    2.    I was asked to participate in a federal operation that was investigating narcotics violations and was led by federal DEA Agent Seth McMullen. I was asked to participate because the local DEA field of operations does not have its own narcotic detection canine. The City of Petaluma assists the DEA in this manner approximately once or twice a year.

    3.    On December 19, 2006, I entered the plaintiffs' residence after the federal agents had already knocked and announced their presence, and had entered and secured the scene. Only after both plaintiffs were detained and seated did I come in with my Police Service K-9 Roy.

1    4.    I explained to the plaintiffs why I was there that morning and what actions K-9 Roy

2  was going to do.

3    5.    After K-9 Roy completed the search of the residence, I escorted him out of the house

4  and completed our assignment. This is the sum total of my involvement with this federal

5  investigation and operation. I was not acting as a representative of the City of Petaluma's Police

6  Department. It was and is my understanding that the City had nothing to do with this investigation.

7    I declare under penalty of perjury under the laws of the State of California that the foregoing

8  is true and correct.

9    Executed this 27th day of June, 2008 at Petaluma, California.

10

11

12    _____

13    Paul Accornero

14

15

16  1116100.1

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**                                        **FRCP RULE 5(b)**

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On June 27, 2008, I served the within:

- **DEFENDANT PAUL ACCORNERO'S DECLARATION IN SUPPORT OF JOINDER IN MOTIONS FOR SUMMARY JUDGMENT BY JOHN SILVA AND SETH McMULLEN, PARTS I, II and III (A), (B), and (E)**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Brandon W. Corbridge, Esq.<br>REED SMITH<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922 | Attorneys for Plaintiffs<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |

**Mailing Address:**
PO BOX 7936
San Francisco, CA 94120-7936

___X___   **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on June 27, 2008.

_Kathleen K. Yanaga_
Kathleen K. Yanaga