1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
6       Facsimile:    (415) 436-6748
        Email: abraham.simmons@usdoj.gov
7
    Attorneys for Federal Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12  ROBERT CARL PATRICK KEANE,            No.: C-07-04894 SBA
    individually; and CHIEKO STRANGE,
13  individually,                         **STIPULATION AND [PROPOSED]
                                          ORDER RESCHEDULINGING MOTIONS
14                  Plaintiffs,           FOR SUMMARY JUDGMENT,
                                          MODIFYING BRIEFING SCHEDULE AND
15      vs.                               IMPLEMENTING PARTIAL STAY ON
                                          DISCOVERY**
16  SETH M. MCMULLEN, PAUL ACCORNERO
    and JOHN SILVA,
17
                    Defendants.               Trial Date:      March 23, 2008
18

19                                        *Hon. Saundra Brown Armstrong*

20                             STIPULATION

21

22      WHEREAS, on June 24, 2008, Federal Defendants Seth McMullen and John Silva filed

23  Motions for Summary Judgment in this action; and

24
        WHEREAS, the Motions for Summary Judgment both were properly scheduled to be heard
25
    on this Court's July 29, 2008, calendar; and
26

27      WHEREAS, on June 27, 2008, Defendant Accornero filed a Joinder to John Silva's Motion

28  for Summary Judgment and to portions of Seth McMullen's Motion for Summary Judgment; and

                                    – 1 –                        DOCSSFO-12505940.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS, the Local Rules of this Court require that Plaintiffs file a response to the motions on or before July 8, 2008; and

WHEREAS, Plaintiffs have requested and defendants have agreed to permit the parties additional time to brief the motions;

IT IS THEREFORE STIPULATED between Plaintiffs and Defendants John Silva, Paul Accornero and Seth McMullen, by and through their undersigned attorneys of record, for the convenience of the parties and the Court as follows:

The parties do hereby stipulate and agree that the pending motions for summary judgment shall be heard on the Court's September 16, 2008, calendar;

Plaintiffs' papers in opposition to the motions shall be filed on or before August 5, 2008;

Defendants' papers in reply shall be filed on or before September 2, 2008;

Defendants shall respond to Plaintiffs' discovery served on or before June 27, 2008; however, Plaintiffs will not serve further discovery on Seth McMullen or John Silva that requires a response before ten (10) calendar days after the hearing on the motions, nor will plaintiffs serve additional discovery on third parties, including defendants' employers, that reasonably would require defendants to participate in responses to such discovery prior to ten (10) calendar days after the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSSFO-12505940.1

hearing on the motions.

**SO STIPULATED**:

DATED:  July 9, 2008                    REED SMITH LLP


By____/s/_____
    James E. Heffner
    Attorneys for Plaintiffs
    ROBERT CARL PATRICK KEANE and CHIEKO
    STRANGE

DATED:  July 9, 2008          **MEYERS, NAVE, RIBACK, SILVER & WILSON** LLP


By____/s/_____
    Tricia L. Hynes
    Attorneys for Defendants
    PAUL ACCORNERO and JOHN SILVA

DATED:  July 9, 2008          JOSEPH P. RUSSONIELLO, United States Attorney


By____/s/_____
    ABRAHAM A. SIMMONS
    Assistant United States Attorney
    United States Department of Justice
    Attorneys for Defendant Seth McMullen

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court orders as follows:

The stipulation is APPROVED.   The pending motions for summary judgment shall be heard on the Court's September 16, 2008, calendar.  Plaintiffs' papers in opposition to the motions shall be filed on or before August 5, 2008 and Defendants' papers in reply shall be filed on or before September 2, 2008.

Defendants shall respond to Plaintiffs' discovery served on or before June 27, 2008, however, Plaintiffs will not serve further discovery on Seth McMullen or John Silva that requires a response before ten (10) calendar days after the hearing on the motions, nor will plaintiffs serve additional discovery on third parties, including defendants' employers, that would be due prior to ten (10) calendar days after the hearing on the motions and which reasonably would require defendants

1  McMullen or Silva to participate in responses to such discovery.

2  **PURSUANT TO STIPULATION IT IS SO ORDERED:**

3

4

_____         _____

5          **Date**                                    Hon. Saundra Brown Armstrong

6                                                        United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSSFO-12505940.1

STIPULATION AND PROPOSED ORDER RE HEARING, BRIEFING and DISCOVERY

REED SMITH LLP

A limited liability partnership formed in the State of Delaware