1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:     (415) 436-7264
6       Facsimile:     (415) 436-6748
        Email: abraham.simmons@usdoj.gov
7
    Attorneys for Federal Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  ROBERT CARL PATRICK KEANE,          No.: C-07-04894 SBA
    individually; and CHIEKO STRANGE,
13  individually,                       **STIPULATION AND ORDER
                                        RESCHEDULINGING MOTIONS FOR
14                Plaintiffs,           SUMMARY JUDGMENT, MODIFYING
                                        BRIEFING SCHEDULE AND
15       vs.                            IMPLEMENTING PARTIAL STAY ON
                                        DISCOVERY**
16  SETH M. MCMULLEN, PAUL ACCORNERO
    and JOHN SILVA,
17
                  Defendants.              Trial Date:      March 23, 2009
18

19                                      *Hon. Saundra Brown Armstrong*

20                        **STIPULATION**

21

22       WHEREAS, on June 24, 2008, Federal Defendants Seth McMullen and John Silva filed

23  Motions for Summary Judgment in this action; and

24       WHEREAS, the Motions for Summary Judgment both were properly scheduled to be heard

25  on this Court's July 29, 2008, calendar; and

26

27       WHEREAS, on June 27, 2008, Defendant Accornero filed a Joinder to John Silva's Motion

28  for Summary Judgment and to portions of Seth McMullen's Motion for Summary Judgment; and

                                    – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, the Local Rules of this Court require that Plaintiffs file a response to the motions on or before July 8, 2008; and

WHEREAS, Plaintiffs have requested and defendants have agreed to permit the parties additional time to brief the motions;

IT IS THEREFORE STIPULATED between Plaintiffs and Defendants John Silva, Paul Accornero and Seth McMullen, by and through their undersigned attorneys of record, for the convenience of the parties and the Court as follows:

The parties do hereby stipulate and agree that the pending motions for summary judgment shall be heard on the Court's September 16, 2008, calendar;

Plaintiffs' papers in opposition to the motions shall be filed on or before August 5, 2008;

Defendants' papers in reply shall be filed on or before September 2, 2008;

Defendants shall respond to Plaintiffs' discovery served on or before June 27, 2008; however, Plaintiffs will not serve further discovery on Seth McMullen or John Silva that requires a response before ten (10) calendar days after the hearing on the motions, nor will plaintiffs serve additional discovery on third parties, including defendants' employers, that reasonably would require defendants to participate in responses to such discovery prior to ten (10) calendar days after the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

– 2 –

DOCSSFO-12505940.1

1  hearing on the motions.

2      **SO STIPULATED**:

3      DATED:  July 9, 2008                REED SMITH LLP

4

5                                          By_____/s/_____
                                              James E. Heffner
6                                             Attorneys for Plaintiffs
                                              ROBERT CARL PATRICK KEANE and CHIEKO
7                                             STRANGE

8      DATED:  July 9, 2008                MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

9

10                                         By_____/s/_____
                                              Tricia L. Hynes
11                                            Attorneys for Defendants
                                              PAUL ACCORNERO and JOHN SILVA

12     DATED:  July 9, 2008                JOSEPH P. RUSSONIELLO, United States Attorney

13

14                                         By_____/s/_____
                                              ABRAHAM A. SIMMONS
15                                            Assistant United States Attorney
                                              United States Department of Justice
16                                            Attorneys for Defendant Seth McMullen

17                                         **ORDER**

18      Based upon the stipulation of the parties, and for good cause shown, the Court orders as

19  follows:

20      The stipulation is APPROVED.   The pending motions for summary judgment shall be heard

21  on the Court's September 16, 2008, calendar.  Plaintiffs' papers in opposition to the motions shall be

22  filed on or before August 5, 2008 and Defendants' papers in reply shall be filed on or before

23  September 2, 2008.

24      Defendants shall respond to Plaintiffs' discovery served on or before June 27, 2008,

25  however, Plaintiffs will not serve further discovery on Seth McMullen or John Silva that requires a

26  response before ten (10) calendar days after the hearing on the motions, nor will plaintiffs serve

27  additional discovery on third parties, including defendants' employers, that would be due prior to ten

28  (10) calendar days after the hearing on the motions and which reasonably would require defendants

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

McMullen or Silva to participate in responses to such discovery.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

**7/9/08**

**Date**

Hon. Saundra Brown Armstrong

United States District Court Judge

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

DOCSSFO-12505940.1

STIPULATION AND PROPOSED ORDER RE HEARING, BRIEFING and DISCOVERY