**FILED**

JUL 21 2008

RICHARD W. ~~~~~~
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Keane, | No. C 07-04894 SBA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| McMullen, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __July 18, 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __July 18, 2008__          _[signature]_
Mediator, William N. Hebert
Calvo & Clark LLP
One Lombard Street
San Francisco, CA 94111

**Certification of ADR Session**
07-04894 SBA MED