# EXHIBIT A

# MICHAEL LEVINE
**CONSULTING**

RÉSUMÉ

August 5, 2008

Michael Levine, Consultant & Investigator
NY PI License 11000084000
Post Office Box 533
Stone Ridge, New York, 12484
http://www.policetrialexpert.com

LANGUAGE:          Spanish (bilingual)

EXPERIENCE:

1990 - Present     EXPERT WITNESS – TRIAL CONSULTANT

Since 1990, as a civilian, I've been retained in more than 250 criminal and civil matters. My expert testimony has been accepted in the following areas:
1. Use of Force.
2. Domestic and International Narcotic Enforcement Procedures—all aspects, all levels.
3. Confessions –Interrogations
4. Criminal Informants, corroboration, management and control, reliability, etc.
5. Law Enforcement Investigative Procedures (local and federal).
6. Due Diligence in Obtaining Probable Cause. (adherence to Search-for-truth doctrine).
7. Undercover & Surveillance Tactics.
8. Entrapment (Undercover & Informant).
9. Smuggling, Controlled Delivery Operations & Blind Mule defense.
10. RICO/Conspiracy investigations,(civil and criminal).
11. Money Laundering and other related matters.
12. Asset Seizures.
13. Medical Marijuana.
14. Physical and Plant Security
15. Official and Police Corruption & Misconduct

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell:  845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

    16. Law enforcement hiring practices and background investigations.

1990 - Present      LAW ENFORCEMENT INSTRUCTOR/LECTURER

<u>Law Enforcement Instructor (since 1990)</u>
I am currently a New York State Certified Police Instructor, lecturing on Undercover Tactics (includes Use of Force Segment) and Informant Handling, as per assignments received from the State of New York, Criminal Justice Services. In January, 2008, I authored the police instructional manual, "Undercover Tactics and Informant Handling," for that agency.

Since my retirement from the Drug Enforcement Administration in 1990, to date, I have lectured on a contractual basis for many local enforcement agencies on Human Intelligence, Undercover/Covert Operations, Narcotics Investigations [from street level to international], International Operations and more (details on request) across the United States, Canada and Australia. I served as a regular instructor of Undercover Tactics, Narcotic and Money Laundering Investigations and Informant Handling for Ontario Provincial Police Academy for 7 years.

<u>Law Enforcement Instructor (1973-1990:</u>
From 1973 to 1990, I was assigned co-duty as a Police Instructor in the Department of Justice, Drug Enforcement Administration, Training Division, two-week narcotic investigations school offered for law enforcement agencies nationwide. The subjects of my lectures encompassed the following: UNDERCOVER TACTICS *(including Use of Force as related to undercover work)*, INFORMANT HANDLING, RAIDS, NARCOTIC INVESTIGATIVE PROCEDURES, SURVEILLANCE and UNARMED SELF-DEFENSE. The following are some of the highlights of this period of time:
- Became a New York State Certified Police Instructor.
- Regular DEA Instructor at the New York State Police Academy.
- Developed a course of self-defense for plainclothes operations.

2

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

**MICHAEL LEVINE**
TRIAL - CONSULTING - SECURITY

- Received DEA Commendation for training activities.
- Specially invited lecturer to FBI Academy, Quantico, VA, to lecture Advanced Undercover Seminar.

As a <u>lecturer/consultant,</u> on the subject of Undercover Tactics, Informant Handling, Narcotics Investigative Procedures and related subjects, (1990-present), I have appeared before a wide variety of audiences, from the United Nations and the World Presidents Organization to the New York City Council, and The Cato Institute. I lecture frequently at colleges and universities across the US and Canada. In 1993, I was voted the Canadian College Speaker of the Year. I have also been invited as a lecturer/consultant to international drug conferences sponsored by the French, Spanish and Dutch governments. (complete list available on request).

| | |
|---|---|
| 2004 - present | SECURITY CONSULTANT TO INTERNET PHARMACEUTICAL INDUSTRY |
| 1993 - 1994 | Named as member of the Mayoral and City Council Automated Teller Machine (ATM) Task Force at the special request of Mayor David Dinkins. The work of this task force resulted in new laws increasing security at the 25,000 automated teller machines in the City of New York. |
| 1992 - 1993 | DRUG BUREAU CHIEF<br>Barnstable County, Mass. (Cape Cod) Sheriffs Department. |
| 1973 - 1990 | DRUG ENFORCEMENT ADMINISTRATION<br>During this period, I was considered one of DEA's top Undercover/Deep Cover and international narcotic trafficking specialists. I was charged with design and orchestration of some of the government's most significant national and international Deep Cover and conspiracy investigations. |

<u>Highlights:</u>
Some of my international RICO and Conspiracy investigations were considered among the most significant in drug war history (see publications) and were featured on

3

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - C O N S U L T I N G - SECURITY

nationally televised shows such as *60 Minutes, Inside Edition, Crier Report, MacNeill Leherer, Good Morning America, CBS Morning Show, Nightline, Dick Cavett, Phil Donahue, Twentieth Century,* and more.

DEA Positions held:

- Country Attaché, Argentina and Uruguay. 1979 – 1982. For a period of time I was the senior US law enforcement officer in the Southern Cone;
- Special Operations Officer, worldwide. DEA Headquarters Washington, D.C.
- Inspector of DEA field Operations, worldwide, Office of Professional Responsibility;
- Desk Officer, Cocaine Desk and Heroin Desk, DEA Headquarters, Washington, DC;
- Miami Airport Supervisor, Vice President's South Florida Task Force;
- Instructor/Lecturer, Public Affairs and Training Office. As part of my duties (a co-duty).
- Group Supervisor, New York City Field Division (Included co-duties supervising and conducting Internal Affairs Investigations);
- Group Supervisor, New York City Joint Federal State Task Force;
- Acting Group Supervisor, International Group, New York City Field Division.
- Assistant Group Supervisor FBI/DEA Task Force.
- Acting ASAC (Division Leader), New York Field Division.
- Liaison Officer with government of Israel.

Expert Witness
During my career as a DEA officer, I qualified as an Expert Witness testifying as to Undercover Tactics, Controlled Delivery operations, Narcotic trafficking, Informant Handling, Organized Crime, Conspiracy, Blind Mules, Use of Force, investigative procedures and other matters directly and/or peripherally related to violations of US Narcotic, RICO and conspiracy laws, on more than 190 occasions.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - C O N S U L T I N G - SECURITY

| | |
|---|---|
| 1970 - 1973 | ASSISTANT GROUP SUPERVISOR, HARD NARCOTICS SMUGGLING DIVISION, US CUSTOMS. Also held positions of Special Agent and Special Agent/Sky Marshal. |

<u>Highlights</u>:  Deep Cover investigation in South East Asia during Vietnam conflict resulting in Special Act US Treasury Award, for taking down one of the most significant international heroin smuggling organizations of the time.

<u>Expert Witness</u>
During my career as a Customs officer, I qualified as an Expert Witness testifying as to Narcotic trafficking, Blind Mules, Informant Handling,  Controlled Delivery Operations, Organized Crime, Conspiracy and other matters directly and/or peripherally  related to violations of US Customs laws, informant handling and other enforcement investigative procedures on more than 50 occasions.

| | |
|---|---|
| 1966 - 1970 | SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO & FIREARMS (BATF). |

<u>Expert Witness</u>
During my career as a BATF officer, I qualified as an Expert Witness testifying as to all matters related to weapons, narcotics trafficking, Organized Crime, Conspiracy and other matters directly and/or peripherally related to violations of laws enforced by BATF on more than 35 occasions, including but not limited to informant handling.

| | |
|---|---|
| 1965 - 1966 | SPECIAL AGENT, INTELLIGENCE DIVISION OF THE INTERNAL REVENUE SERVICE, OCD  (Organized Crime Division).<br>Testified on 3 occasions as an Expert Witness. |
| 1958 - 1961 | MILITARY SERVICE, US AIR FORCE:<br>Military Police School; Sentry Dog Handling School |

US Air Force – trained and served as military police officer and sentry dog handler;. Strategic Air Command - Base Security Division of Air Police.

5

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - C O N S U L T I N G - SECURITY

EDUCATION:
BBA degree in Accounting with a minor in Economics, June, 1965, Hofstra University.

OTHER SIGNIFICANT TRAINING AND BACKGROUND RELATED TO LAW ENFORCEMENT:

| | |
|---|---|
| IRS Intelligence Schools | (Tax Fraud Investigations) |
| Special Agent School | Tax Law School |
| | |
| US Treasury Schools | Treasury Law Enforcement Academy |
| BATF Schools | ATF Investigator School |
| | Bomb Investigation and Weapon Schools |
| | Executive Protection School. |
| | Seminars on Crime Scene Investigation. |
| | Seminars on Gun Crimes |
| | |
| US Customs Schools | Customs Special Agent Academy (Enforcement of all US Custom laws). |
| | Conspiracy Investigations Seminar. |
| | Sky Marshal Training Course. |
| | |
| DEA  Schools | Senior and Mid Level Management Schools, Police Instructor School |

- Multiple Seminars given by various US Attorneys offices and DEA - Conspiracy/RICO).
- Two seminars on money laundering investigations.
- Numerous seminars on Title III investigations given by U.S Attorneys offices, as well as DEA Training Division.
- Drug Related Homicide seminar.
- Drug Related Death Seminar (Dr. Michael Baden).
- Methamphetamine investigations seminars.
- Seminars on Crime Scene investigations given by NYPD .
- Intelligence Gathering Principles, (given by CIA).

6

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

|  |  |
|---|---|
|  | - Internal Security Inspectors School |
|  | - Executive Protection (given by Secret Service) |
|  | - <u>State Department Schools while in DEA</u>: Foreign Service Institute (foreign Diplomacy and diplomatic Spanish). |
| Reid Institute: | I have been a member of the Institute since 2003 and have taken their certificate training in Advanced Interrogation and Interview Tactics. |

## <u>AWARDS</u>

I was considered one of the most decorated agents in the Drug Enforcement Administration.  My awards include the Octavio Gonzalez Award, given by the International Narcotic Enforcement Officer's, for the undercover penetration of the Roberto Suarez, Bolivian cocaine cartel; the, then, biggest case in drug war history, along with more than twenty other Justice and Treasury Department awards, and awards from foreign police agencies.

## <u>PUBLICATIONS</u>

- *Deep Cover*, nonfiction, *New York Times* bestseller, (Delacorte Publishers, March 1990, since republished by special arrangement between the Author's Guild and iuniverse-numerous foreign translations)—Currently used by Universities and Police agencies as required reading text.
- *Fight Back , How to Take Your own neighborhood Back From the Drug Dealers* (Dell Publications). Recommend reading by the Clinton Administration Drug Policy Office for communities with drug problems.
- *The Big White Lie,* (Thunder's Mouth Press), nonfiction, co-written by my wife, LAURA KAVANAU was published October, 1993 (Numerous foreign translations). Currently used by Universities and Police agencies as required reading text.
- *The Triangle of Death*, also co-written with Laura Kavanau, published August, 1996 (Delacorte).
- I was a contributing writer in the Cato Institute Book  *After  Prohibition* (April 2000.
-  I contributed a chapter to  *Into The Buzzsaw,* Edited by Kristina Borjesson. (Prometheus, March, 2002).

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

- *Undercover* by Donald Goddard, Times Books, 1988. Currently used by Universities and Police agencies as required reading text.

Articles

The following is a list of publications and articles from 1993 to 2005:

- "King Rat" by Michael Levine, article on Informant Entrapment, based on documented cases taken from the author's experience. Published by Utne Reader, and many other venues.
- "Going Bad" by Michael Levine, article on corruption in the war on drugs, based on cases taken from the author's experience, Spin magazine and republished in numerous other venues.
- "A Time Warner Executive Executes Cops" opinion piece published in New York Newsday, The NARC Officer, and other venues, concerning the murder of law enforcement officers inspired by certain rap music pieces irresponsibly released by music company executives.
- "The Expert Witness" published by Texas Lawyer Magazine.
- "That Nightmare Moment" (use of deadly force), published by the Los Angeles Times.
- "Blind Mules-Fact or Fiction"-unwitting participation in crime, published in Law Enforcement Executive Forum a publication of the Illinois Law Enforcement Training and Standards Board, the University of Western Illinois.

Police Instructional Manual:

- In January of 2008, I authored the police instructional manual "Undercover Tactics and Informant Handling" for the New York State Division of Criminal Justice Services.

MEDIA CONSULTANT & GUEST/EXPERT APPEARANCES:

I have appeared as a guest/expert on the following nationally televised shows: Rivera Live, 60 Minutes, Donahue, Geraldo Rivera (both Daytime show and Rivera Live), Inside Edition Good Morning America (3 times), NBC Morning Show, CBS Morning Show, MacNeil Lehrer News Hour (interviewed by Charlene Hunter Gault), Dick Cavett (2 times), 9 Broadcast Plaza, Bill Moyers (2 times), Like It Is (Gil Noble, 2 times), Dan Rather News (several times), 20/20 (ABC), CBS Eye On America, Night Watch, Crier Report (Fox News Net), Crossfire, HBO documentary on undercover work; Arts and Entertainment Movie

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

Undercover, and more. Most recently can be seen on the History Channel in the Mike Wallace's "20th Century Special "Losing the Drug War."

I have also been retained by Spelling Productions as technical consultant in a new television series "Kingpin" based on Mexican drug trafficking and government corruption.

I have appeared as an expert on various law enforcement related topics on numerous local television shows around the country including Miami, New York, Connecticut, Westchester County, Dallas, San Diego, San Francisco, Chicago, Detroit, Tampa, Houston, Seattle, Los Angeles, New Orleans, Boston, Cape Cod, Portland, Washington, DC, Baltimore, Maryland, Atlanta and more. I have also made guest appearances on hundreds of local and national radio shows around the country.

ASSOCIATIONS

- COPS (Concerns of Police Survivors), an organization of families of police officers killed in the line of duty.
- Survivors of the Shield, an organization of families of New York City police officers killed in the line of duty.
- New York State Shields (Lifetime membership).
- National Organization of Police Concerns.
- American Society of Law Enforcement Trainers.
- The New York State Shields Inc., a police fraternal organization.
- Association of Former Intelligence Officers.
- Association of Former Federal Narcotic Agents.
- Geopolitical Drug Watch.
- Police One – Internet Association of serving and retired law enforcement officers.
- Policetraining.net – Internet Association of Law Enforcement Trainers and Instructors.
- Associate – John Reid Institute.
- Force Science Research Center (Police Use of Force).
- International Associations of Directors of Law Enforcement.
- AELE, American For Effective Law Enforcement.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - C O N S U L T I N G - SECURITY

EXPERT WITNESS TESTIMONY AND CASES:

Since my retirement from the United States Department of Justice on 1/1/1990, I have been retained as an Expert Witness and trial consultant on more than 250 occasions on matters relating to Drug trafficking, Money Laundering, Use of Force, Corruption, Undercover Tactics, Use of Criminal Informants, RICO, Conspiracy, confessions, interrogations, Internet Pharmaceuticals, Physical and Plant Security, and other related criminal and civil matters mentioned above. Most criminal and civil cases have resulted in plea-bargaining arrangements and/or out-of-court settlements based on expert witness reports and/or affidavits.

PORTIONS OF MY CV HIGHLIGHTED AS PARTICULARLY SIGNIFICANT TO A REVIEW AND COMMENTARY IN MATTERS RELATING TO CONTROLLED DELIVERY OPERATIONS & INVESTIGATIONS, THE USE OF FORCE, RAIDS & RAID PLANNING:

a. Nineteen years of training and experience as a Drug Enforcement Administration and US Customs Supervisory Officer with experience in supervising thousands of narcotics trafficking and money laundering investigations, including but not limited to the prosecution and/or supervision and/or supervisory review and/or OPR inspectional review of in excess of 500 interdiction and/or Controlled Delivery investigations.

b. Seventeen years as a Drug Enforcement Administration Supervisory Officer, during which time an important part of my duties and responsibilities included the On the Job Training of all officers under my command in all areas of investigative tactics and procedures, including but not limited to Controlled Delivery Tactics and Procedures, Interdiction Investigative Tactics and Procedures, Investigative Report Writing and the preparation of Probable Cause statements for warrant applications.

c. As part of my supervisory duties I was required by the Drug Enforcement Administration to prepare an official biannual Performance Rating, for each of the agents and officers under my command, judging their performance, specifically in each of the areas named in b above, and more.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

d. Twenty-five years of training and experience as a Federal Law Enforcement Officer with service in IRS Intelligence Unit, BATF, Customs Hard Narcotics Unit and the Drug Enforcement Administration, during which time I was personally involved with instances wherein for motives related to vengeance or perversity, illegal drugs were "planted" on innocent individuals for the purpose of creating a false arrest and even conviction, and/or wherein innocent individuals were likewise targeted with packages containing drugs that were sent to them in a manner that would call their attention to law enforcement authorities.

e. Twenty-five years of experience as an undercover operative and case agent with intensive personal experience working undercover in drug cases at every level of criminal activity throughout the world.

f. Fifteen years of experience during which I was frequently assigned as a DEA Instructor of Narcotic Investigative Procedures in DEA's special two-week schools offered to local and state police throughout the United States, as part of a national effort undertaken by DEA (designated the lead agency in the war on drugs by congress), to introduce national and professional standards in narcotic investigative procedures; a program that continues to this date.

g. Approximately twenty-five years as a federal agent, during which time I was called on by federal and state prosecutors, on in excess of 175 occasions, to testify as an expert in all areas related to narcotic investigative procedures.

h. Training in the Reliable Methods of Investigative File Review, first taught at the DEA Management School at the University of Maryland, and then updated during training for a three year assignment to perform co-duties as an Operations Inspector –in Place attached to the Office of Professional Responsibility.

i. Three years of co-duty as a DEA Inspector of Operations, during which time I was sent to DEA Divisional Offices throughout the world on unannounced operational inspections, which always included a full review of all investigative procedures and tactics, including but not limited to those used in cases involving Interdiction and/or Controlled Delivery tactics and procedures.

11

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

**MICHAEL LEVINE**
TRIAL - C O N S U L T I N G - SECURITY

j. Approximately 8-10 years of my career as both a DEA and Customs agent, during which time I was directly involved with the participation, management, training and review of Controlled Delivery Operations.

> <u>Explanation</u>: In 1973, the Drug Enforcement Administration was created combining the narcotics investigators from US Customs, Hard Narcotics Division, with the Bureau of Narcotics and Dangerous Drugs into one agency under the aegis of the Department of Justice. Thus, from, 1973 to 1979, I was designated as one of the DEA agents (having been transferred from Customs) to have "Customs search powers." It then became, due to Customs advanced expertise and training in the implementation of Controlled Delivery and Interdiction tactics, part of my DEA position to manage a good many of the Controlled Delivery Operations coming into the New York area, as well as to teach the tactics involved with this esoteric area of investigative procedures to new agents and/or to those agents lacking the training and/or experience.

k. Since my retirement from DEA in 1990, I have acquired eighteen years of professional consulting experience during which time I have reviewed in excess of 300 federal, state, local and foreign police agency drug cases involving allegations of substandard investigative procedures.

l. I am currently a Police Instructor for the State of New York working on assignment from the New York State Division of Criminal Justice Services. In January 2008, I was commissioned by that agency to author the instruction manual, *Undercover Tactics & Informant Handling,* which in essence was developed from DEA Training School lecture materials originating in 1973 as well as the Attorney General Guidelines.

m. Since my retirement from DEA in 1990, I have continued to lecture for police agencies in the US and Canada on enforcement tactics and procedures related to narcotic enforcement, including but not limited to Controlled Delivery and Interdiction procedures. Many of these lectures also entailed my attendance at other lectures presented by top experts covering the full gamut of narcotics and other law enforcement activities, in order to maintain my expertise as current as possible.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

**MICHAEL LEVINE**
TRIAL - CONSULTING - SECURITY

## USE OF FORCE EXPERTISE

n. <u>More than 3000 (Personal) Felony Arrests</u>: During my 25-year career with the United States Drug Enforcement Administration ("DEA") and its predecessor agencies, having personally made, (my own cases) in excess of 3,000 "hands on" arrests, most of which involved armed suspects who had committed major felonies including but not limited to narcotics trafficking, homicide and mass murder, vehicular homicide, bank robbery, weapons and bomb possession and trafficking, armed robbery, hijacking, conspiracy to murder, bootlegging, interstate transportation of stolen vehicles, RICO, interstate flight to avoid prosecution, income tax evasion, federal gambling and loan Sharking and more – a significant number of which necessitating the use of force. These arrests emanated out of my own investigative work for which I was solely responsible and are thus counted separately from those arrest and raid operations in which I functioned as a supervisory agent and/or participating agent (see below).

o. <u>Training Attended (Use of Force)</u>: During my 30 years in federal, state and military law enforcement I attended basic and advanced in service training, related to the Use of Force, the Execution of Search and Arrest Warrants, Raid Planning and Execution, Investigative File Review, Personnel (Internal Affairs) Investigations, Interviews & Interrogations as follows:

- United States Air Force Air Police Academy: Use of Force, Interrogations, and Investigations Training.
- United States Air Force: Sentry Dog Handling School (includes Use of Force).
- U.S. Treasury Law Enforcement Academy: Use of Force, Raid Planning, Execution of Search and Arrest Warrant Training, Interviews, Interrogations and Investigations Training.
- United States Secret Service: Executive Protection Training.
- Bureau of Alcohol Tobacco and Firearms: Use of Force, Raid Planning, Execution of Search and Arrest Warrant, Interviews, Interrogations and Investigations Training.
- Bureau of Alcohol Tobacco and Firearms: Destructive Device Training, (including distraction devices), Fort Belvoir, VA.

13

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

- U.S. Customs Agency Service: Use of Force, Raid Planning, Execution of Search and Arrest Warrant, Interviews, Interrogations and Investigations Training.
- Drug Enforcement Administration: Use of Force, Investigations, Interrogations & Interviews, Raid Planning, Execution of Search & Arrest Warrants.
- Drug Enforcement Administration Advanced Schools: Investigative File Reviews, Supervisory & Management School (University of Maryland), Internal Affairs Investigations and Police Instructor.
- DEA, Office of Professional Responsibility: Investigative File Review as relates to all law enforcement and operational matters in the purview of the Drug Enforcement Administration, including but not limited to Personnel (Internal Affairs) Investigations, Undercover Operations, Planning and Execution of Search and/or Arrest Warrants (raids) and Investigative Processes.

p. <u>Supervision of in Excess of 5,000 Felony Arrests and participation in, in Excess of 1,000 Field Enforcement Operations (RAIDS)</u>: During 20 years of my career with the DEA and the US Customs Hard Narcotics Smuggling Division, I was a "street" supervisor, involved in the supervision, planning and physical participation in more than 5,000 arrests as well as the planning, execution and review of in excess of 1000 field operations [Raids], most of which involved armed suspects who had committed major felonies, including but not limited to narcotics trafficking, armed robbery, hijacking, bank robbery, car theft, homicide, vehicular homicide and multiple homicide.

q. <u>Training and Evaluation of Officers Under my Command</u>: During this time as a Department of Justice Street Supervisory Officer, I was charged with primary responsibility for the training and biannual evaluation ratings for officer performance as relates to standards of conduct and performance during all phases of enforcement situations, including but not limited to performance during arrest and raid situations, investigative tactics used to obtain probable cause, search and arrest warrants, raid planning and execution, and appropriate use of force.

r. <u>Responsible for Use of Force Investigations for All Arrests Under my Command</u>: During my 17 years supervisory service with the DEA, in

14

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - C O N S U L T I N G - SECURITY

accordance with Department of Justice and DEA training and SOPs, I was also made responsible for the initial investigation of all violent incidents occurring under my watch, particularly as said incidents related to use of force by officers under my command, which included in excess of 1,000 arrests wherein some elements of physical force that exceeded that of vocal commands were necessary, including but not limited to use of firearms, use of non-lethal weapons including, batons, OC spray, fists etc., use of non-lethal distraction devices and tactics (i.e. flash bang devices and deception). During my years of supervisory service I had occasion to investigate use of force incidents involving federal and state officers assigned to DEA, NYPD, FBI, BATF, US Customs, New York State Police, Miami Police, US Immigration and Naturalization officers and other police agencies involved in DEA task force organizational units.

s. <u>Internal Affairs Experience</u>:  For more than ten years of my supervisory service with the DEA, I was assigned co-duties as an Internal Affairs Investigator, which routinely covered investigations of allegations of excessive use of force, as well as other matters related to official corruption pertinent to this review, including but not limited to violations of Standards of Conduct and/or police misconduct and/or false official statement and/or false reporting.  These investigations covered the actions of federal agents, New York City detectives and other local and state police officers assigned to the DEA Task Force Units.

t. <u>Internal Affairs Duties as Acting Assistant Special Agent in Charge</u>: During 7 years of my DEA career, being the senior Group Supervisor in my Division, I frequently served as Acting Special Agent in Charge, which necessitated that I review the Internal Affairs investigations submitted by Divisional Group Supervisors, including accusations of falsification of reporting, excessive use of force and other related issues. My review would focus on the adherence to investigative and report writing standards and the search-for-truth principles.

u. <u>Office of Professional Responsibility Experience</u>:  During three years of my DEA career, I was assigned co-duties as an Operational Inspector in-Place, Department of Justice, Office of Professional Responsibility. Prior to this assignment I underwent additional training in the reliable methods and principles of investigative file review – again, the same methods and principles employed in the instant review.  During this

15

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

period I was sent by DEA headquarters on rapid deployment unannounced inspection details to inspect the full gamut of enforcement operations (unannounced inspections) of DEA's divisional offices, worldwide.  It was during these 4-6 week inspection details that I was assigned the review of all enforcement-related activities, including the supervision and reporting related thereto.  These inspections routinely involved the review of personnel and internal affairs types of investigations relating to the use force, (including deadly force), as well as other matters related to official corruption, cover-up, perjured testimony, false official statements (Title 18, Section 1001), etc.

v. <u>Police Instructor Experience</u>:  During my now thirty-three years as a police instructor, my lecture specialties were (and continue to be) Undercover Tactics and Survival, which includes instruction on Use of Force; Planning and Execution of Search and Arrest Warrants (raids), high risk car stops and extractions, etc, particularly as applied to undercover operations and/or officers who must make arrests in civilian clothing during volatile street and home situations.

### Design "Use of Force" Course for DEA

I was requested by the Drug Enforcement Administration in 1975 to devise a course aimed at the Use of Force in making arrests for law enforcement officers, with a particular focus on the protection of a gun, while utilizing reasonable force.  I taught the course as a co-duty to my regular assignments from 1975–7.

### Databank of Experts, Serving Officers, Professional Law Enforcement Trainers, Court Decisions, Journalists.

My up-to—date research database in which I compile and review court cases, news reports, law enforcement training materials, studies and research and maintain continuous contact with serving law enforcement officers, researchers and other experts and practitioners, with whom I consult on matters under my review as a trial consultant, journalist and expert witness, including but not limited to issues related to the use of force, raid planning and execution and the review of same.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com

# MICHAEL LEVINE
TRIAL - CONSULTING - SECURITY

EXPERT WITNESS TESTIMONY AND CASES:

Since my retirement from the United States Department of Justice on 1/1/1990, I have been retained as an Expert Witness and trial consultant on more than 250 occasions on matters relating to Drug trafficking, Money Laundering, Use of Force, Corruption, Undercover Tactics, Use of Criminal Informants and other related criminal and civil matters.   Most cases have resulted in plea-bargaining arrangements and/or out-of-court settlements. A list of cases involving my courtroom testimony and/or the submission of reports and affidavits, as per Rule 26, will be furnished on request.

17

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Cell: 845-430-3930
E-mail Expert53@aol.com