# EXHIBIT B

```
Work Product Notes  - Michael Levine
    CONFIDENTIAL - ATTORNEYS EYES ONLY
```

August 4, 2008

Inventory of Materials Received for Review

Robert Carl Patrick KEANE and CHIEKO STRANGE

v.

SETH McMULLEN, PAUL ACCORNERO, and JOHN SILVA

1. Complaint (Keane, et al v. McMullen et al) 9 pages
2. Search Warrant and Affidavit authored by Special Agent SETH McMULLEN, dated 12/15/2006 7 pages
3. Declaration in Support of Warrants of Arrest, by S/A SETH MCMULLEN 1 page
4. Report of Investigation, authored by S/A SETH MCMULLEN dated 1/16/2007 2 pages
5. Report of Investigation, authored by S/A SETH MCMULLEN dated 1/3/2007 3 pages
6. Report of Investigation, authored by S/A SETH MCMULLEN dated 12/15/2006 1 page
7. Report of Investigation, authored by S/A SETH MCMULLEN dated 12/15/2006 3 pages
8. Report of Investigation authored by S/A SETH MCMULLEN dated 11-30-06, "Case Initiation," 3 pages
9. Petaluma Police Department "Incident/Investigation Report, authored by Officer JIM STEPHENSON, entitled "POSSESS MARIJUANA FOR SALE" 3 pages
10. "Full Booking" computer printout, re: arrest of ROBERT CARL PATRICK KEANE on 12/19/06, 1 page
11. Photocopies (5) of photos of suspect package showing addresses and gloved hand revealing interior of package and contents.
12. CA DMV Record for R. CARL KEANE  1 page
13. DOJ/CLETS/NCIC Response on R. CARL KEANE 1 page

```
Work Product Notes  - Michael Levine
      CONFIDENTIAL - ATTORNEYS EYES ONLY
```

14. Mortgage Record for the property address of 307 N Ferndale Ave. Mill Valley, CA 94941 1 page

15. Telephone Listing for R. CARL KEANE and CHIEKO STRANGE 2 pages

16. Report of Investigation/ Incident Report dated 11/29/2006 authored by Officer JIM STEPHENSON. Location of Incident is the MAIL DEPOT 40 4th Street Petaluma, CA. 2 pages

17. DOJ Report of Drug Property dated 11/30/2006 submitted by S/A SETH MCMULLEN. 1 page

18. Receipt for Cash or Other Items dated 12/19/2006 signed by CHIEKO STRANGE and S/A SETH MCMULLEN. Items include a Wells Fargo Deposit Slip, Misc. Indicia United Healthcare and ATT Phone Bill. 1 page

19. Brick Township Police Department Summary for BRIAN W. KEANE 1 page

20. Brick Township Police Department Summary for SUSANNE H KEANE 1 page

21. Memo to JOHN LEMMON from TROYE SHAFFER in regards to the case of PEOPLE v. ROBERT KEANE, dated 2/21/2007. Attached is a copy of Brick township police report number NJ 0150600 and a copy of an additional report prepared by the DEA on 12/19/2007 and 1/10/2007 by S/A SETH MCMULLEN. 3 pages

22. Brick Township Police Report dated 12/2/2006 in regards to SUSANNE and BRIAN KEANE with a date of Occurrence of 12/1/2006. 3 pages

23. Evidence Receipt Form for FedEx Express US Air bill for package received from S/A SETH MCMULLEN. 1 page

24. Evidence Receipt Form for Sealed box containing approximately 4 pounds of marijuana, Three unknown pink tablets stamped S 86/67, FedEx Signature Record Form, Open FedEx Envelope and Form. 1 page

25. Evidence Receipt Form for 1997 Chevy Tahoe. 1 page

26. Supplementary Investigation Report dated 12/2/2006 authored by Officer LASH. 1 page

27. Waiver of Rights signed by BRIAN KEANE and dated 12/1/2006. 1 page

28. Waiver of Rights signed by SUSANNE KEANE and dated 12/1/2006. 1 page

```
Work Product Notes  - Michael Levine
    CONFIDENTIAL - ATTORNEYS EYES ONLY
```

29. Complaint Warrant for the case of The State of NJ v. SUSANNE KEANE for the Possession of over 50 Grams of Marijuana, date of arrest noted as 12/1/2006. 1 page

30. Complaint Warrant for the case of The State of NJ v. BRIAN KEANE for the Possession of over 50 Grams of Marijuana, date of arrest noted as 12/1/2006. 1 page

31. Criminal Docket, Superior Court of California, Sonoma County.

32. Declaration of MAUREEN MCGUIGAN, in support of PLAINTIFF'S motion to DEFENDANT'S motions for Summary Judgment. 5 pages

33. Federal Defendant Seth McMullen's Notice of Motion and Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment Fed. R.Civ.P. 56, 30 pages

34. Federal Defendant John Silva's Notice of Motion and Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment Fed.R.Civ.P. 56, 19 pages

35. Declaration of Abraham A. Simmons in Support of Motions for Summary Judgment (3 pages), and Exhibits 1 (26 pages), 2 (10 pages), 2(a) (audio file), 3 (15 pages), 4 (32 pages)and 5 (6 pages)thereto

36. Supplemental Declaration of Seth McMullen in Support of Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues, 5 pages

37. Supplemental Declaration of John Silva in Support of Motion for Summary Judgment, 6 pages

38. Declaration of Robert W. Scott, II, in Support of Defendants' Motions for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues Fed.R.Civ.P. 56, 2 pages

39. Declaration of Nikos Eliopoulos in Support of Motions for Summary Judgment, 7 pages

40. Declaration of Bridget Coughlin in Support of Defendants' Motions for Summary Judgment, or, in the Alternative, for Summary Adjudication of Issues Fed.R.Civ.P. 56, 2 pages

```
Work Product Notes  - Michael Levine
  CONFIDENTIAL - ATTORNEYS EYES ONLY
```

41. Declaration of Robert Armstrong in Support of Defendants' Motions for Summary Judgment, or, in the Alternative, for Summary Adjudication of Issues Fed.R.Civ.P. 56, 2 pages