# EXHIBIT B

Petaluma Mail Depot
40 Fourth St.
Petaluma, CA 94952
707.762.8150
info@petalumamaildepot.com

```
Shipment--------------------
   DHL 2nd Day Service - Residential
   Ship To:
      Kerry Keane
      36 Sandy Point
      BRICK, NJ 08723
   Package ID: 40793                27.85
   Contents:
      clothes
   Tracking #:  16388828256
   Expected arrival: Fri 06/02 05:00 PM
   Actual Wt: 5 lbs 2 ozs
   Rating Wt: 6 lbs
   Declared value:  $120.00
Handling Fee                         1.00


      SUBTOTAL             28.85
      TAX                   0.00
      TOTAL                28.85
TEND Cash                  28.85

Bob Hart
   (0)
#66707  REPRINT            05/31/2006
                           12:31 PM


Signature _____



**********************************
   Thank you for your business
**********************************
```

3

**Customer:**

Bob Hart

**Ship To:**

Kerry Keane
36 Sandy Point

BRICK, NJ 08723

**Details:**

DHL 2nd Day Service - Residential
Date/Time:        5/31/2006 12:28:11 PM
[User Defined]:
Package ID:       40793
Shipment ID:      39956
Tracking Number: 16388828256
Weight:           5 LB 2.90 OZ
Rating Weight:    6 LB
Dimensions:       12.75 x 10.00 x 12.25
Declared Value:   $120.00

Contents:         clothes

**Charges:**

| | |
|---|---|
| Shipping: | 27.85 |
| Labor: | 0.00 |
| Packing Materials: | 0.00 |
| Sales Tax: | $0.00 |
| Total: | $27.85 |

PC 6.9.2.9 LP 2844



International Shipping Notice - Carriage hereunder may be subject to the rules relating to liability and other items and/or conditions established by the Convention for the Unification of Certain Rules relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited. For shipping please, call 1-800-782-7892.
United Parcel Service, Louisville, KY

1

SHIPPED BY:
**Petaluma Mail Depot**
**40 Fourth St.,**
**PETALUMA, CA 94952**

**Shipment ID: 39956     Package ID: 40793**
**Tracking #: 16388828256**

# DHL 2ND DAY SERVICE

SHIP TO:

Kerry Keane

36 Sandy Point

BRICK, NJ 08723

PC 6.9.2.9 LP 2844

2



Customer

Name: Bob Hart
Company:
Address 1:
Address 2:
City: PETALUMA CA 94952
Phone: 415-122-1240

Ship To

Name: Kody Hart
Company:
Address 1: 15 Second Street
Address 2:
City: SHICK NJ 08123
Phone:

12



13