# EXHIBIT A



KN-000142