# EXHIBIT B



KN-000143