**EXHIBIT C**



KN-000140