Michael J. Coffino (SBN 88109)
Email: mcoffino@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
Christopher C. Foster (SBN 253839)
Email: cfoster@reedsmith.com

REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>              Plaintiffs,<br><br>     vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>              Defendants. | No.: C 07 4894 SBA<br><br>**DECLARATION OF JAMES HEFFNER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:     September 16, 2008<br>Time:     1:00 p.m.<br>Place:    Courtroom 3, 3rd Floor<br>Before:   Hon. Saundra B. Armstrong |

I, James E. Heffner, declare:

1.   I am an attorney at law, duly admitted to practice before all Courts in the State of California and the United States District Court for the Northern District of California.  I am an associate at Reed Smith LLP, attorneys of record in this action for Plaintiffs Robert Carl Patrick Keane ("Keane") and

Chieko Strange ("Strange") (collectively, "Plaintiffs"). I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently to each of them.

2. I have sought discovery from Defendant Paul Accornero ("Accornero") regarding the six-pack photo array that Petaluma Police officers showed to Maureen McGuigan on November 29, 2006. A true and correct copy of Plaintiffs' First Request for Production of Documents and Things propounded on Defendant Paul Accornero on May 28, 2008 ("Accornero RFPs") is attached as Exh. A to the Third Supplemental Declaration of James Heffner in Support of Plaintiffs' Opposition. The six-pack photo array is undeniably responsive to "Request No. 6." Accornero RFPs at 7:12-15. To date, Accornero has not produced a single document responsive to this request or any other request in that document.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an investigation conducted by Investigator Archibald of the Sonoma County District Attorney's office. This document was produced to Plaintiffs by the Sonoma County District Attorney's office in response to a subpoena propounded on them on July 11, 2008. A true and correct copy of that subpoena is attached hereto as <u>Exhibit B</u>.

4. Attached as Exhibit A to the Second Supplemental Declaration of James Heffner is Plaintiffs' First Request for Production of Documents and Things propounded on Defendant John Silva on May 28, 2008. Attached hereto as <u>Exhibit C</u> is a true and correct copy of Plaintiffs' First Request for Production of Documents and Things propounded on Defendant Seth McMullen on May 28, 2008. To date, not a single document has been produced in response to either of these discovery requests.

5. The response to the subpoena propounded on the Sonoma County District Attorney, did not include a copy of the arrest warrant issued for Mr. Keane's arrest. The Sonoma County District Attorney's office has made representations to our office that they do not have a copy of the arrest warrant.

6. Plaintiffs also subpoenaed documents from the Petaluma Police Department on May 16, 2008. A true and correct copy of that subpoena is attached hereto as <u>Exhibit D</u>. Although an arrest

warrant would have been responsive to request number eight in the attachment to that subpoena, the arrest warrant has yet to be produced.

7. The subpoena propounded on the Sonoma County District Attorney sought all documents upon which the district attorney based his decision to prosecute Mr. Keane. Chief Deputy District Attorney Spencer Brady has responded, but provided no documents that existed on or before December 15, other than McMullen's investigative reports. Those investigative reports, attached hereto as Exhibit E contain the same falsities made in McMullen's affidavit in support of his search warrant. For example, the report claims that Maureen McGuigan "positively identified" Mr. Keane, that the identification was made with a single photo and that there was a prior shipment to the same address with no return address.

8. Attached hereto as Exhibit F is an investigation report prepared on December 19, 2006 and signed by McMullen on January 3, 2007. This exhibit was received in response to the subpoena propounded on the Sonoma County District Attorney's office on July 11, 2008. In the report, prepared and signed by McMullen, he does not claim that he waited or that he was granted entry to Plaintiffs' home. He merely states that "agents made entry into the residence." He also states that "occupants were aware of the presence of law enforcement" before "agents made entry."

9. Attached hereto as Exhibit G is a true and correct copy of an e-mail I sent to Mr. Simmons on July 16, 2008. The e-mail specifically points out that the declaration Mr. Simmons filed in support of his motion for summary judgment lacked exhibits that purported to demonstrate that an arrest warrant for Mr. Keane existed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of August, 2008 at San Francisco, California.

REED SMITH LLP

_____
By: James E. Heffner
    Attorneys for Plaintiffs
    Robert Carl Patrick Keane and Chieko Strange

REED SMITH LLP
A limited liability partnership formed in the State of Delaware