# EXHIBIT E

Case 4:07-cv-04894-SBA   Document 73-4   Filed 08/05/2008   Page 1 of 11

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Seth M. McMullen At: Santa Rosa RO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title KEANE, Robert Carl Patrick | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 11-30-2006 | |

9. Other Officers: None

10. Report Re: Case Initiation

### DETAILS

1. The Santa Rosa Resident Office (SRRO) is investigating the narcotics trafficking activities of Robert Carl Patrick KEANE.

2. On November 29, 2006, KEANE dropped off a package at Mail Depot, 40 4th Street Petamluma, California, that contained approximately six pounds of dried and processed marijuana.

3. The Petaluma Police Department assumed custody of the marijuana and turned it over to the SRRO. On November 30, 2006, the Santa Rosa Resident Office (SRRO) sent to marijuana to the Brick Township Police Department (PD) for a controlled delivery to an address in Brick, New Jersey for a controlled delivery.

### TARGETS

The immediate target(s) of this investigation will be KEANE and any members of his narcotics trafficking organization.

### INDEXING

1. KEANE, Robert Carl Patrick - ███████████████ DOB: 12/13/1957; RACE: White; ETHNICITY: Non-Hispanic; SEX: Male; HT: 5-8; WT: 165 lbs.; HAIR: Brown; EYES: Brown; ADDRESS: 307 N. Ferndale Ave., Mill Valley, CA 94941; MISC.#s: CDL - N4197894.

| 11. Distribution: Division  SFFD  District  Other  SARI | 12. Signature (Agent) Seth M. McMullen, SA | 13. Date 12/15/06 |
|---|---|---|
| | 14. Approved (Name and Title) Bryan Andreozzi Resident Agent In Charge | 15. Date 12/15/06 |

DEA Form - 6
(Jul. 1996)

112906 CASE INITIATION SMM
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Seth M. McMullen<br>At: Santa Rosa RO | | | 6. File Title<br>KEANE, Robert Carl Patrick | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>11-30-2006 | |

9. Other Officers: SA Jeff Hoyt and Det. Sgt. Jim Stephenson

10. Report Re: Acquisition of Exhibits 1 and N-1 on 11-29-2006.

### SYNOPSIS

On November 30, 2006, the SRRO sent approximately six pounds of dried and processed marijuana to the Brick Township Police Department (PD) for a controlled delivery to an address in Brick, New Jersey.

### DETAILS

1. Reference is made to Petaluma Police Department report #06-0008483.

2. On November 29, 2006, Special Agent Seth M. McMullen was contacted by Detective Sergeant Jim Stephenson, Petaluma Police Department (PPD), regarding a package dropped off at Mail Depot, 40 4th Street, Petaluma, California.

3. The owner of the facility, Maureen McGuigan, advised the PPD that on November 29 at approximately 10:30 a.m., a white male adult (WMA), approximately 40-years-old, 5'6" tall, 150 lbs., brown hair and wearing sunglasses, came into the store to mail a package to Kerry KEANE, 39 Sandy Point, Bricktown, New Jersey 08723. The address was later confirmed as 39 Sandy Point Drive, Brick, New Jersey 08723. The sending address was 307 North Ferndale Avenue, Mill Valley, California 94941.

4. According to McGuigan, the WMA exhibited suspicious behavior regarding the package. Because of this, McGuigan asked the WMA if the package contained marijuana. The WMA said it did not, and the package

| 11. Distribution:<br>Division  SFFD<br>District<br>Other  SARI | 12. Signature (Agent)<br>Seth M. McMullen, SA<br>14. Approved (Name and Title)<br>Bryan Andreozzi<br>Resident Agent In Charge | 13. Date<br>12/15/06<br>15. Date<br>12/15/06 |
|---|---|---|

DEA Form - 6
(Jul. 1996)

112906 ACQ SMM
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No.
2. G-DEP Identifier
3. File Title
KEANE, Robert Carl Patrick

4. Page 2 of 3
5. Program Code
6. Date Prepared
11-30-2006

contained clothes for his niece. McGuigan again asked the WMA if the package contained marijuana, to which the WMA again reiterated that it did not. The WMA paid for the parcel service and left.

5. After the WMA left, McGuigan opened the package and discovered three individually wrapped packages (Exhibit 1). McGuigan opened each package, viewed a green vegetable substance, and smelled the odor of marijuana. McGuigan put the package in her vehicle and transported it to the PPD, where Sgt. Stephenson assumed custody of it.

6. On November 30, 2006, SAs McMullen and Jeff Hoyt met with Sgt. Stephenson, assumed custody of the package and transported it back to the Santa Rosa Resident Office (SRRO).

7. SA Hoyt contacted Det. Jason Shepherd of the Brick Township PD and arranged a controlled delivery for the receiving address in Jew Jersey. On the same date, SAs McMullen and Hoyt shipped the package, via FedEx to the Brick Township PD.

8. On November 30, 2006, SAs McMullen and Hoyt went to the Mail Depot in Petaluma and showed McGuigan a photo of a possible suspect. McGuigan positively identified the individual in the photo as the person who dropped the package off a day earlier for shipment to the New Jersey address. The person McGuigan identified was Robert Carl Patrick KEANE, 307 North Ferndale Avenue, Mill Valley, California 94941-3421. McGuigan also said that on May 31, 2006, another package, with an unknown sending address, was sent to 39 Sandy Point Drive, Brick, New Jersey 08723.

**CUSTODY OF EVIDENCE**

1. Ex. 1 was seized by SAs Seth M. McMullen and Jeff Hoyt from Sgt. Jim Stephenson of the PPD on 11-30-06. On that date, an individual later identified as Robert KEANE dropped off Ex. 1 at Mail Depot, 40 4th St., Petaluma, CA, for shipment to an address is New Jersey. The store owner opened the package and transported the exhibit to the PPD where Sgt. Stephenson assumed custody of Ex. 1. SAs McMullen and Hoyt assumed custody of the exhibit, transported it back to the SRRO, then sent Ex. 1 via FedEx

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. ███████ | 2. G-DEP Identifier ███████ |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 3. File Title KEANE, Robert Carl Patrick | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 11-30-2006 | |

(tracking #851102206241) to the Brick Township PD for a controlled delivery.

2.   Ex. N-1 were taken of the packaging and marijuana by SA Seth M. McMullen at the SRRO on 11-30-06. On the same date, SA McMullen printed the photos and processed Ex. N-1 for DEA evidentiary purposes as witnessed by TFO John Silva. On the same date, the exhibit was submitted to the SRRO NDEC for storage and safekeeping.

**INDEXING**

1.   KEANE, Kerry ███████████████

2.   KEANE, Robert Carl Patrick ███████████████████████████████

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

# EXHIBIT F

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Seth M. McMullen At: Santa Rosa RO | ☐ ☐ ☐ ☐ | | 6. File Title KEANE, Robert Carl Patrick | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 12-19-2006 | |
| 9. Other Officers: See paragraph 8. | | | | |
| 10. Report Re: Execution of state search and arrest warrants at 307 N. Ferndale Ave., Mill Valley, CA, on 12-19-2006 and acquistion of Exhibits N-2 thru N-4. | | | | |

**SYNOPSIS**

On December 19, 2006, the Santa Rosa Resident Office (SRRO) with assistance from the Marin County Sheriff's Department (MCSD), executed state search and arrest warrants at 307 N. Ferndale Avenue, Mill Valley, California.

**DETAILS**

1. On December 19, 2006, at approximately 7:35 a.m., Special Agent Seth M. McMullen knocked loudly and announced the presence of law enforcement. The occupants were aware of the presence of law enforcement, and agents made entry into the residence, through the unlocked front door. Located inside the residence were a White Male Adult (WMA), later identified as Robert Carl Patrick KEANE and an Asian Female Adult (AFA), later identified as Chieko Ueda STRANGE.

2. When the residence was secured, both individuals, who were originally in the upstairs loft area, were brought downstairs. SA McMullen asked the WMA his name and he replied "Carl KEANE." SA McMullen asked the WMA if he had any identification, the WMA said he did and that it was in his wallet located on a ledge by the main entry. SA McMullen took the California identification card and asked the WMA if that was his identification card, to which the WMA replied that it was. SA McMullen had earlier shown the owner of Mail Depot in Petaluma, California, a copy of this California identification card, to which the owner identified the depicted individual

| 11. Distribution: Division District Other | 12. Signature (Agent) Seth M. McMullen, SA | 13. Date 1/3/07 |
|---|---|---|
| | 14. Approved (Name and Title) Bryan Andreozzi Resident Agent In Charge | 15. Date 1-3-07 |

DEA Form -6
(Jul. 1996)
121906 SW SMM
3 – Originating Office

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

E-MAILED
1-4-2007

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

1. File No.: █████
2. G-DEP Identifier: █████
3. File Title: KEANE, Robert Carl Patrick
4. Page 2 of 3
5. Program Code:
6. Date Prepared: 12-19-2006

as the person who attempted to ship a package to New Jersey that contained approximately six pounds of marijuana.

3. At approximately 8:04 a.m., SA McMullen and TFO John Silva interviewed KEANE. Prior to questioning, SA McMullen read KEANE his rights from a Miranda card. KEANE said he understood his rights and agreed to answer questions. KEANE denied any knowledge of the package containing marijuana that was sent from Mail Depot. KEANE also denied knowing the individuals who were arrested, Brian William KEANE and Susanne H. KEANE, who retrieved the package in New Jersey. At approximately 8:15 a.m., the interview with KEANE was terminated.

4. At approximately 8:16 a.m., SA McMullen and TFO Silva interviewed STRANGE. Prior to questioning, SA McMullen read STRANGE her rights from a Miranda card. STRANGE said she understood her rights and agreed to answer questions. STRANGE denied any involvement or knowledge about the package of marijuana sent to New Jersey. She also denied any knowledge about Robert KEANE's involvement in marijuana and marijuana trafficking. At approximately 8:26 a.m., the interview with STRANGE was terminated.

5. At approximately 9:20 a.m., agents departed the residence and transported KEANE to the Sonoma County Main Adult Detention Facility (MADF) pursuant to a Sonoma County arrest warrant.

6. All evidence pursuant to this search warrant was transported to the SRRO for processing and safekeeping. All items of evidentiary value were seized by SA Seth M. McMullen.

7. The following non-drug items were seized and processed as evidence:

Exhibit N-2 - One DEA evidence bag containing Wells Fargo deposit slips and United Healthcare indicia seized by SA Seth M. McMullen and found on the desk in the upstairs loft area.

Exhibit N-3 - One DEA evidence bag containing an AT&T telephone bill seized by SA Seth M. McMullen and found on the dining room table.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Case 4:07-cv-04894-SBA    Document 73-4    Filed 08/05/2008    Page 9 of 11

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
|---|---|---|
| | 3. File Title KEANE, Robert Carl Patrick | |
| 4. Page 3 of 3 | | |
| 5. Program Code | 6. Date Prepared 12-19-2006 | |

Exhibit N-4 - One DEA evidence bag containing copies of digital photos of the search warrant location taken by SA Mark Macanga.

8. Other Officers: DEA - RAC Bryan Andreozzi, SAs Jeff Hoyt, Mark Macanga, Charles Pierce IV and TFO John Silva. Petaluma Police Department - Officer Paul Accornero. Marin County Sheriff's Department - Sgt. Steve De La O, Deputies Mike Brovelli and Brian Cabaud.

**CUSTODY OF EVIDENCE**

1. Exhibit N-2 was seized by SA Seth M. McMullen on 12-19-2006 at 307 N. Ferndale Ave., Mill Valley, California. Exhibit N-2 was located on the desk in the upstairs loft area. Exhibit N-3 was located on the dining room table. Exhibit N-4 were digital photos of the search warrant location taken by SA Mark Macanga. On the same date, SA McMullen transported the exhibits to the Santa Rosa Resident Office (SRRO) secure storage. On 12-19-2006, SA McMullen processed the exhibits for DEA evidentiary purposed as witnessed by TFO John Silva. On the date indicated below, SA McMullen delivered the exhibits to the SRRO NDEC.

**INDEXING**

1. KEANE, Robert Carl Patrick - ▮▮▮

2. STRANGE, Chieko Ueda - DOB: 11/15/1942; RACE: White; ETHNICITY: Non-Hispanic; SEX: Female; POB: Tokyo, Japan; HT: 5-2; WT: 110 lbs.; HAIR: Brown; EYES: Brown; ADDRESS: 307 N. Ferndale Ave., Mill Valley, CA 94941; MISC.#s: CDL - N9497406, SSN - 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; HOME TELEPHONE NUMBER - 415-388-7179, CELLULAR TELEPHONE NUMBER - 415-652-4421, WORK TELEPHONE NUMBER - 415-438-5497

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

# EXHIBIT G

## Heffner, James E.

| | |
|---|---|
| **From:** | Heffner, James E. |
| **Sent:** | Wednesday, July 16, 2008 2:24 PM |
| **To:** | 'Simmons, Abraham (USACAN)'; whebert@calvoclark.com; thynes@meyersnave.com; kcolwell@meyersnave.com; Foster, Christopher C.; Peters, Matthew T.; Coffino, Michael J. |
| **Subject:** | RE: Keane v. McMullen |

Trish and Abraham:

To facilitate the making of a settlement demand, we need to have copies of the signed arrest warrant and supporting sworn affidavit, which despite duties under the initial disclosure rules and in response to our formal document requests, defendants have not supplied us. The arresting officers never provide one to Mr. Keane and the prosecution in the criminal case did not produce copies either. Oddly, defendants refer to evidence of the arrest warrant as an exhibit in support of the pending summary judgment motion, but the exhibit is not included in the submissions. Please provide copies as soon as practical to facilitate the settlement process. If, of course, these documents do not exist, please let us know.

With respect to Silva, as is expected of all other parties, we expect Mr. Silva to attend and participate in good faith in the mediation. He is a named defendant for a reason. For example, evidence supports the finding that, at the very least, he was an integral participant in both the search and arrest. E.g., Boyd v. Benson County, 374 F.3d 773, 780 (9th Cir. 2004). Whether Mr. Silva should submit a mediation brief is matter between counsel and client and so we decline to offer a view.

James E. Heffner
415.659.5996
JEHeffner@reedsmith.com

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
415.543.8700
>Fax 415.391.8269
>