1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7264
6      Facsimile:    (415) 436-6748
       Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12  ROBERT CARL PATRICK KEANE,        )    No. C 07-4894 SBA
    individually; and CHIEKO STRANGE, )
    individually,                     )
13                                    )    DECLARATION OF
                        Plaintiffs,   )    ABRAHAM A. SIMMONS
14                                    )    IN SUPPORT OF MOTION TO COMPEL
              v.                      )
15                                    )
    SETH M. MCMULLEN, PAUL            )
16  ACCORNERO and JOHN SILVA,         )
                                      )
17                      Defendants.   )
                                      )
18

19      I, Abraham A. Simmons, declare as follows:

20  1.    I am an Assistant United States Attorney in the Northern District of California and I have

    been assigned to represent the federal defendants Seth McMullen and John Silva in the above-
21
    captioned matter.  If called to testify I would and could competently testify as to the facts in this
22
    declaration.
23
    2.    Attached as Exhibit 1 electronically to this declaration is a true and correct copy of the
24
    Initial Disclosures the Plaintiffs served on Accornero prior to Defendants McMullen's and
25
    Silva's appearance in this case.
26
    3.    Attached as Exhibits 2 through 7 electronically to this declaration are true and correct
27
    copies of the discovery served by plaintiffs Keane and Strange on the federal defendants.  The
28
    discovery consists of the following:

1

2    Exhibit 2    Chieko Strange's Responses to Defendant Accornero's First Request for

3                  Production of Documents

4    Exhibit 3    Chieko Strange's Responses to Defendant Accornero's Interrogatories, Set

5                  Two

6    Exhibit 4    Robert C.P. Keane's Responses to Defendant Accornero's Interrogatories,

7                  Set One

8    Exhibit 5    Robert C.P. Keane's Responses to Defendant Accornero's First Request

9                  for Production of Documents

10   Exhibit 6    Chieko Strange's Responses to Defendant Accornero's First Set of

11                 Requests For Admission

12   Exhibit 7    Robert C.P. Keane's Responses to Defendant Accornero's First Set of

13                 Requests For Admission

14   4.    Attached as Exhibit 8 hereto is a true and correct copy of the undersigned's July 31, 2008

15   letter to plaintiffs' counsel requesting resolution of the issue that plaintiffs have not supplied any

16   releases for their medical records.

17   5.    Attached as Exhibit 9 hereto is a true and correct copy of Mr. Heffner's reply to the July

18   31, 2008 letter.

19   6.    In my discussions with counsel for the parties and in correspondence, it has become clear

20   that plaintiffs take the position that they have provided an adequate calculation of damages, that

21   they need not disclose the names of their work supervisors, that they need not disclose any of

22   their tax returns and that they need not sign the releases provided to them.  Although plaintiffs

23   have suggested that they are willing to sign a release for some medical records, defendants have

24   not been able as of the time of this writing to ascertain the scope and proper uses of an acceptable

25   release.  Plaintiffs have represented that they may produce in this litigation an expert to opine

26   that one or both plaintiffs have suffered post-traumatic stress disorder.  Plaintiffs nevertheless are

27   / / /

28   / / /

1    taking the position that no documents related to this diagnosis need be produced yet.

2          I declare under penalty of perjury under the laws of the United States that the above is

3    true and accurate.  Executed this 12th day in August, 2008, in San Francisco, California.

4

5

6                                                    _____/s/_____
                                                     Abraham A. Simmons
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of AUSA Abraham A. Simmons
C 07-4894 SBA                              3