# EXHIBIT 1

Case 4:07-cv-04894-SBA   Document 79-2   Filed 08/12/2008   Page 1 of 7

Michael J. Coffino (SBN 88109)
MCoffino@ReedSmith.com
James E. Heffner (SBN 245406)
JEHeffner@ReedSmith.com
Christopher C. Foster (SBN 253839)
CFoster@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: CV-07-4894 SBA<br><br>**INITIAL DISCLOSURES OF PLAINTIFFS** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Carl Keane and Chieko Strange ("Plaintiffs") provide the following initial disclosures. The disclosures are based on information reasonably available to them at this time. Because their investigation is continuing and discovery is ongoing, Plaintiffs reserve the right to supplement these disclosures.

///

– 1 –

A.  **Identification of Persons**

At this time, in addition to Plaintiffs, the following individuals are likely to have discoverable information that Plaintiffs may use to support its claims.

1. Paul Accornero. Present address and phone number are unknown, but Accornero may be contacted through his counsel of record. Accornero is expected to provide information related to the criminal investigation of Keane, the search of Plaintiffs' home and Keane's arrest.

2. Investigator Archibald. Hall of Justice, 2nd Floor, 600 Administration Dr., Room 212-J, Santa Rosa, CA 95403. (707) 565-2311. Investigator Archibald's full name is not presently known. Archibald is expected to provide information related to the criminal investigation after Keane's arrest.

3. Elizabeth Bolton. 306 N. Ferndale Ave., Mill Valley, CA 94941. (415) 383-5553. Bolton is Plaintiffs' neighbor. Bolton is expected to provide information related to the search of Plaintiffs' home.

4. Dr. John Bolton. 306 N. Ferndale Ave., Mill Valley, CA 94941. (415) 383-5553. Bolton is Plaintiffs' neighbor. Bolton is expected to provide information related to the search of Plaintiffs' home.

5. John F. LemMon. 13750 Arnold Dr., P.O. Box 826, Glen Ellen, CA 95442. LemMon's phone number is not presently known. LemMon was Keane's criminal attorney. LemMon is expected to provide information related to the criminal investigation of Keane, the search of Plaintiffs' home and Keane's arrest.

5. Kit Lofroos. Present address and phone number are unknown. Lafroos is a former employee of the Mail Depot in Petaluma and is expected to provide information

– 2 –

1 | related to the investigation leading to the search of Plaintiffs' home and Keane's arrest.

6. Maureen McGuigan. 40 4th St., Petaluma, CA 94952. (707) 762-8150. McGuigan is the owner of the Mail Depot in Petaluma, CA. McGuigan is expected to provide information related to the investigation leading up to the search of Plaintiffs' home and the arrest of Keane, as well as information regarding the investigation that occurred subsequent to Keane's arrest.

7. Seth M. McMullen. Present address and phone number are unknown, but McMullen may be contacted through his counsel of record. McMullen is expected to provide information related to the criminal investigation of Keane, the search of Plaintiffs' home and Keane's arrest.

8. John Silva. Present address and phone number are unknown, but Silva may be contacted through his counsel of record. Silva is expected to provide information related to the criminal investigation of Keane, the search of Plaintiffs' home and Keane's arrest.

Plaintiffs expressly reserve the right to identify and to call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Plaintiffs learn the identities of additional persons with relevant knowledge.

**B.    Documents, Electronically Stored Information and Tangible Things**

Plaintiffs identify the following categories of documents in the possession, custody, and control of Plaintiffs that they may use to support their claims or defenses:

1. Documents from government agencies related to the investigation of Keane, search of Plaintiffs' home, Keane's arrest and prosecution;

– 3 –

2.  Documents that Keane and Strange created related to the investigation of Keane, the search of Plaintiffs' home and Keane's subsequent arrest and prosecution;

3.  Documents related to Plaintiffs' diminished wages due to the violation of their civil rights;

4.  Documents evidencing damage to Plaintiffs' property;

5.  Documents evidencing other losses to Plaintiffs caused by the violation of their civil rights.

**C.   Computation of Damages**

Plaintiffs seek recovery for: (i) emotional distress, pain and suffering resulting from the illegal and unconstitutional acts of the defendants; (ii) lost wages based both on missed work and on diminished sales performance; (iii) damage to Plaintiffs' property; and (iv) attorneys' fees and other expenses incurred as a result of Keane's arrest and the emotional toll of the ordeal. Plaintiffs also seek attorneys' fees and costs as permitted by 42 U.S.C § 1983 and other law applicable to their claims.

**D.   Insurance Agreements**

Plaintiffs are not aware of any relevant insurance policies at this time.

DATED: May 15, 2008          REED SMITH, LLP

By: _____
James E. Heffner
Attorneys for Plaintiffs Robert Carl Patrick Keane and Chieko Strange

-4-

DOCSSFO-12511827.1

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On May 15, 2008, I served the following document(s) by the method indicated below:

**INITIAL DISCLOSURES OF PLAINTIFFS**

**DOCUMENTS BATES NUMBER KN-00001 TO KN00045:**

- **BAIL BOND**
- **SEARCH WARRANT AND AFFIDAVIT**
- **RETURN TO SEARCH WARRANT**
- **REPORT OF INVESTIGATION**
- **CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IMAGE**
- **DMV RECORD**
- **DOJ REPORT**
- **MORTGAGE RECORD FOR MARIN COUNTY**
- **PACIFIC BELL WIRE LINE**
- **INCIDENT/INVESTIGATION REPORT**
- **REPORT OF DRUG PROPERTY**
- **BRICK TOWNSHIP POLICE REPORT**
- **BRICK TOWNSHIP PD WAIVER OF RIGHTS**
- **COMPLAINT WARRANT**

☐ by transmitting via facsimile on this date from fax number 415.391.8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware

CERTIFICATE OF SERVICE (Case No. C07-4894 SBA)
– 1 –

that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**For Defendant Paul Accornero**:

Kimberly E. Colwell, Esq.
Tricia L. Hynes, Esq.
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: 510-808-2000
Facsimile: 510-444-1108
email: kcolwell@meyersnave.com
email: thynes@meyersnave.com

**For Defendants Seth McMullen and John Silva**:

Abraham A. Simmons, Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: 415-436-7264
Facsimile: 415-436-6748
email: abraham.simmons@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 15, 2008 at San Francisco, California.

_____
Verónica L. Canton

CERTIFICATE OF SERVICE (Case No. C07-4894 SBA)   – 2 –

DOCSSFO-12515366.1-VLCANTON