UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C.P. KEANE

     Plaintiff(s),　　　　　　　　　　　　　　No. 07-04894 SBA  (JL)

  v.　　　　　　　　　　　　　　　　　　　NOTICE OF CONTINUANCE

SETH M. MCMULLEN

     Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to compel discovery noticed for September 16, 2008 has been continued to October 15, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: August 15, 2008

*Wings Hom*
_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not　　　　　　　　　　　　　　1