JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>                Plaintiffs,<br><br>v.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>                Defendants. | No. C 07-4894 SBA<br><br>**DECLARATION OF ABRAHAM A. SIMMONS IN OPPOSITION TO PLAINTIFFS' CONTINGENT RULE 56(f) REQUESTS FOR RELIEF Fed.R.Civ.P. 56**<br><br>Date:     September 16, 2008<br>Time:    1:00 p.m.<br>Place:    Courtroom 3, 3rd Floor<br>Before:  Hon. Saundra B. Armstrong |

    I, Abraham A. Simmons, declare as follows:

1.    I am an Assistant United States Attorney in the Northern District of California and I have been assigned to represent the government in the above-captioned matter. If called to testify I would and could competently testify as to the facts in this declaration.

2.    In May of 2008, as part of my telephonic conversations with attorneys in plaintiffs' attorneys' lawfirm and as part of the federal defendants' formal response to plaintiffs discovery, defendants made plaintiffs aware of the Department of Justice regulations at 28 C.F.R. §§ 16.21-16.26. Plaintiffs have not informed the federal defendants of any efforts they have made to comply with these regulations.

3. Attached electronically hereto as Exhibit 1 is a true and correct copy of defendants' June 12, 2008, correspondence to plaintiffs explaining that DEA documents must be requested from a particular division of the DOJ and offering assistance in locating to appropriate persons to respond to plaintiffs' requests for information.

4. Attached electronically hereto as Exhibit 2 is a true and correct copy of defendants' June 18, 2008, correspondence confirming the address to which plaintiffs should forward their requests for DEA documents.

5. Attached electronically hereto as Exhibit 3 is a true and correct copy of the August 27, 2008, email exchange between plaintiffs and the undersigned. Although defendants provided this information on August 27, 2008, plaintiffs have not informed me of any efforts they have made to comply with such procedures.

6. As noted in the declarations of James Heffner filed in this case, throughout this litigation plaintiffs have attempted on multiple occasions to obtain a copy of the arrest warrant issued for plaintiff Keane. The federal defendants have repeatedly responded that while notations of the warrant appear throughout the Sonoma County records, including the docket sheet, the federal defendants did not have a copy of the warrant in their possession.

7. On July 30, 2008, the Sonoma County District Attorney responded to plaintiffs' July 11, 2008, subpoena. Attached electronically hereto as Exhibit 4 is a true and correct copy of the cover letter stating that the District Attorney was forwarding a partial production with the understanding that some documents "will be sent at a later date due to the files being in storage."

8. Attached electronically hereto as Exhibit 5 are true and correct copies of the cover letter received by this office from the District Attorney and the copy of the arrest warrant issued regarding plaintiff Keane.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 8th day in September, 2008, in San Francisco, California.

/s/
Abraham A. Simmons

Declaration of AUSA Abraham A. Simmons
In Opposition to Rule 56(f) Relief
C 07-4894 SBA           2