Michael J. Coffino (SBN 88109)
Email: mcoffino@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
Christopher C. Foster (SBN 253839)
Email: cfoster@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>　　　　　　　Defendants. | No.: C 07 4894 SBA<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE A RESPONSE TO PLAINTIFFS' CONTINGENT RULE 56(f) REQUESTS**<br><br>Hon. Saundra B. Armstrong |

Defendants' Motion for Administrative Relief is DENIED.

_____　　　　　　　　　　　　　_____
　DATED　　　　　　　　　　　　　　　　　　　HON. SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge