Michael J. Coffino (SBN 88109)
MCoffino@ReedSmith.com
James E. Heffner (SBN 245406)
JEHeffner@ReedSmith.com
Christopher C. Foster (SBN 253839)
CFoster@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and Chieko Strange

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: C-07-04894 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER ADVANCING HEARING ON DEFENDANT'S MOTION TO COMPEL PRODUCTION AND ADOPTING LETTER BRIEF PROCEDURE TO AUGMENT ISSUES TO BE DECIDED**<br><br>Compl. Filed: February 19, 2008<br><br>***Chief Magistrate Judge James Larson*** |

**STIPULATION**

WHEREAS, Federal Defendants Seth McMullen and John Silva filed a motion to compel discovery or, in the alternative, to limit issues for trial ("MTC") on August 12, 2008;

WHEREAS, the Federal Defendants' motion originally was set to be heard on District Judge Saundra Brown Armstrong's September 16, 2008 calendar;

WHEREAS, on August 14, 2008, Judge Armstrong referred this case to a magistrate judge for all discovery and the Federal Defendants' motion thereafter was assigned to Chief Magistrate Judge James Larson;

– 1 –

US_ACTIVE-100174865.1

STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY ISSUES

1  WHEREAS, on August 15, 2008, Federal Defendant's motion was continued and a new date of October 15, 2008 was given for hearing on the motion; and

WHEREAS, after the Federal Defendants' motion to compel was filed, the exchange of additional information between the parties has changed substantially the issues raised in the motion that must be decided; and

WHEREAS, multiple additional discovery disputes remain between the Federal Defendants and Plaintiffs and separate issues remain between Defendant Paul Accornero and Plaintiffs which are not addressed in the pending motion and which the parties wish to address with the Chief Magistrate;

WHEREAS, the Chief Magistrate Judge now is unavailable October 15, 2008 and counsel for Accornero is not available October 8, 2008;

IT IS THEREFORE STIPULATED between Plaintiffs, Federal Defendants John Silva and Seth McMullen and Defendant Paul Accornero, by and through their undersigned attorneys of record, for the convenience of the parties and the Court:

1. Federal Defendant Seth McMullen and John Silva's pending motion to compel shall ADVANCED so as to be heard October 8, 2008 at 9:30 a.m.; the issues to be addressed, however, shall be recast in their entirety in a five page single-spaced joint statement ("Statement"); in addition to the recast issues in Federal Defendant's previously-filed motion, the Statement shall address additional outstanding discovery issues existing between Federal Defendants and Plaintiffs,

2. The Statement shall be filed no later than September, 29, 2008;

3. If additional discovery issues exist between Plaintiffs and Defendant Accornero, such issues shall be addressed in a separate five page single-spaced joint statement to be filed on or before October 29, 2008; if necessary, a hearing on such

///
///
///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

additional issues shall take place on a date to be set by the Court.

**SO STIPULATED**:

DATED: September 24, 2008    REED SMITH LLP

By   /s/ James E. Heffner
   James E. Heffner
   Attorneys for Plaintiffs
   ROBERT CARL PATRICK KEANE and CHIEKO STRANGE

DATED: September 24, 2008    MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

By   /s/ Tricia L. Hynes
   Tricia L. Hynes
   Attorneys for Defendant
   PAUL ACCORNERO and JOHN SILVA

DATED: September 24, 2008    JOSEPH P. RUSSONIELLO, United States Attorney

By   /s/ Abraham A. Simmons
   ABRAHAM A. SIMMONS
   Assistant United States Attorney
   United States Department of Justice
   Attorneys for Defendants SETH MCMULLEN and JOHN SILVA

# [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court orders as follows:

1. Federal Defendant Seth McMullen and John Silva's pending motion to compel shall ADVANCED so as to be heard October 8, 2008 at 9:30 a.m.;

2. On or before September, 29, 2008, the parties shall file a joint statement not to exceed five single-spaced pages addressing outstanding discovery issues existing between Federal Defendants and Plaintiffs,

3. If additional discovery issues exist between Plaintiffs and Defendant Accornero, such issues shall be addressed in a separate five page single-spaced joint statement to be filed on or before October 29, 2008;

4. A hearing on discovery issues existing between Accornero and Plaintiffs, if necessary, shall be scheduled for XXXXXXXXX 2008.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

DATED: September 29, 2008

_____
Chief Magistrate Judge James Larson

– 4 –

STIPULATION AND [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY ISSUES

US_ACTIVE-100174865.1

# CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: September 24, 2008.

REED SMITH LLP

By  /s/ James E. Heffner
    James E. Heffner
    Attorneys for Plaintiffs
    Robert Carl Patrick Keane and Chieko Strange

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware