Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
PAUL ACCORNERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CARL PATRICK KEANE,
individually; and CHIEKO STRANGE,
individually,

                    Plaintiffs,

v.

SETH MCMULLEN, PAUL ACCORNERO
and JOHN SILVA,

                    Defendants.

Case No: C07-4894 SBA (JL)

**PLAINTIFFS CHIEKO STRANGE and
CARL KEANE'S AND DEFENDANT
PAUL ACCORNERO'S STIPULATED
REQUEST FOR A CONTINUANCE OF
JOINT FILING FOR DISCOVERY
DISPUTES and [PROPOSED] ORDER**

---

Def P. Accornero and Plaintiff's Stipulated Continuance of Disputed Discovery Matters [C07-4894 SBA (JL)]

WHEREAS, Plaintiffs Chieko Strange and Carl Keane and Defendant Officer Paul Accornero previously stipulated to filing a Joint Brief outlining each party's discovery issues by no later than Wednesday, October 29, 2008;

WHEREAS, Defendant Officer Accornero's attorney will be out of the office unexpectedly from Tuesday, October 28th, and not returning until Monday, November 3rd;

WHEREAS, after meeting and conferring both defense and plaintiff's counsel hereby agree to submit a Joint Brief outlining each party's discovery issues on or before Wednesday, November 5, 2008,

IT IS HEREBY STIPULATED TO AND AGREED:

The parties shall file their Joint Brief outlining their discovery issues on or before November 5, 2008.

Dated: October 27, 2008    Respectfully submitted,

REED, SMITH


By:_____/S/_____
      James Heffner
      Attorneys for Plaintiffs
      CHIEKO STRANGE and CARL KEANE

Dated: October 27, 2008    Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:_____/S/_____
      Tricia L. Hynes
      Attorneys for Defendant
      PAUL ACCORNERO

IT IS SO ORDERED.

Dated: _October 29_____, 2008

_____
HONORABLE JAMES LARSON,
U.S. District Court Judge, Northern District of CA

1162966.1