UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SETH M. MCMULLEN, et al., <br><br> Defendants. | Case No: C 07-4894 SBA <br><br> **ORDER ADMINISTRATIVELY CLOSING ACTION** |

On February 11, 2009, the Court granted defendant Seth McMullen's motion to stay under the Servicemembers Civil Relief Act, 50 U.S.C.App. §§ 501-596.  In view of the stay in this action,

IT IS HEREBY ORDERED THAT the Clerk of the Court shall administratively close the file pending the stay of this action.  Nothing further will take place in this action unless otherwise ordered by the Court.  The parties are instructed to submit status reports to the Court every six months, apprising the Court of the status of Defendant McMullen's military duty.

IT IS SO ORDERED.

Dated: July 28, 2010

                                             SAUNDRA BROWN ARMSTRONG <br>
                                             United States District Judge