1  James M. Wood (SBN 58679)
   Email: jmwood@reedsmith.com
2  REED SMITH LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105

4  Telephone:   +1 415 543 8700
   Facsimile:    +1 415 391 8269
5
   Attorneys for Plaintiffs
6  Robert Carl Patrick Keane and Chieko Strange

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually, | No.: C 07 4894 SBA |
|---|---|---|
| 13 | | **JOINT STIPULATION REQUESTING LIFT OF STAY AND STATUS CONFERENCE** |
| 14 | Plaintiffs, | |
| 15 | vs. | Before:    Hon. Saundra B. Armstrong |
| 16 | SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA, | |
| 17 | | |
| 18 | Defendants. | |

19

20

21

22

23

24

25

26

27

28

1   WHEREAS, Plaintiffs Robert Carl Patrick Keane and Chieko Strange ("Plaintiffs") filed this
2   civil rights action on September 20, 2007 and filed the operative complaint in this action, the First
3   Amended Complaint, on February 19, 2008;

4   WHEREAS, Defendants Seth McMullen and John Silva filed motions for summary judgment
5   on June 24, 2008 and Defendant Paul Accornero joined in those motions on June 27, 2008;

6   WHEREAS, Plaintiffs opposed those motions on August 5, 2008;

7   WHEREAS, Defendant Paul Accornero filed a motion for summary judgment on December
8   22, 2008;

9   WHEREAS, Defendants Seth McMullen and Paul Accornero each filed an additional motion
10  for summary judgment on January 6, 2009;

11  WHEREAS, Plaintiffs opposed each of the Defendants' motions for summary judgment on
12  January 20, 2009;

13  WHEREAS, on February 3, 2009 Defendants Seth McMullen and John Silva filed a motion
14  to continue the trial date, on the basis of Seth McMullen's deployment with the Army National
15  Guard, and Defendant Paul Accornero joined in that motion on February 6, 2009;

16  WHEREAS, Plaintiffs opposed that motion on February 4, 2009;

17  WHEREAS, the Court, on the basis of Defendant Seth McMullen's deployment, issued an
18  order on February 11, 2009 finding as moot each of the motions for summary judgment pending
19  before the Court, vacated the trial date, and issued a stay pending Defendant Seth McMullen's return
20  from active military service;

21  WHEREAS, that order required Defendant Seth McMullen "notify the Court immediately
22  upon the termination of his activity military status, as to what date will be the 90th day after the
23  termination of his active military status";

24  WHEREAS, on May 21, 2011, Defendant Seth McMullen notified the Court that his "active
25  military duty is terminated . . . ." and that the "90th day after the termination of Mr. McMullen's
26  active duty is July 20, 2011";

27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NOW THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiffs Robert Carl Patrick Keane and Chieko Strange and Defendants Seth McMullen, John Silva, and Paul Accornero, to jointly request that the Court lift the stay on this case and set a status conference for as soon as the Court's calendar will permit.

**IT IS SO STIPULATED:**

DATED:  August 11, 2011.          REED SMITH LLP

                                  By /s/ James M. Wood
                                      James M. Wood
                                      Attorneys for Plaintiffs Robert Carl Patrick Keane
                                      and Chieko Strange

DATED:  August 11, 2011           MELINDA HAAG
                                  United States Attorney

                                  By /s/ Abraham A. Simmons
                                      Abraham A. Simmons
                                      Assistant United States Attorney
                                      Attorneys for Defendants Seth M. McMullen and
                                      John Silva

DATED:  August 11, 2011           MEYERS NAVE
                                  A Professional Law Corporation

                                  By /s/ Tricia Hynes
                                      Tricia Hynes
                                      Attorneys for Defendant Paul Accornero

- 2 -

No.: C 07 4894 SBA  -

JOINT STIPULATION REQUESTING LIFT OF STAY AND STATUS CONFERENCE

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The Clerk shall reopen the file.

2. The parties shall appear for a telephonic Case Management Conference on **November 2, 2011at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call. On the specified date and time, Plaintiff shall call (510) 637-3559 with all parties on the line.

**IT IS SO ORDERED:**

**DATED: 8/17/11**

_____
The Honorable Sandra B. Armstrong
United States District Court Judge

- 3 -

No.: C 07 4894 SBA

JOINT STIPULATION REQUESTING LIFT OF STAY AND STATUS CONFERENCE