UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C.P. KEANE

        Plaintiff(s),                              No. 07-04894 SBA (EDL)

    v.                                        ORDER EXCUSING ATTENDANCE
                                              AT SETTLEMENT CONFERENCE

SETH M. MCMULLEN

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated December 16, 2011, Defendant City of Petaluma police officer Paul Accornero requested to be excused from personally appearing at the settlement conference scheduled for January 12, 2012. Plaintiffs opposed the request on the ground that Officer Accornero is important to the case, but also stated that they are ready to proceed on January 12, 2012 if the conference is not rescheduled.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Officer Accornero be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on January 12, 2012.

If the Court concludes that the absence of Officer Accornero is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Officer Accornero.

SO ORDERED.

Dated: December 20, 2011

                                                             _____
                                                             ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge