1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ROBERT C.P. KEANE,                              No. C -07-04894 SBA (EDL)

9              Plaintiff,                            **ORDER GRANTING REQUEST TO
                                                     EXTEND TIME TO LODGE**
10      v.                                           **SETTLEMENT CONFERENCE
                                                     STATEMENT**
11   SETH M. MCMULLEN,

12             Defendant.

13   _____/

14          On December 20, 2011, Federal Defendants filed a request for a two-day extension of time to

15   lodge their settlement conference statement in this matter.  Good cause appearing, the request is

16   granted.  Federal Defendants shall lodge their settlement conference statement no later than January

17   5, 2012.

18          **IT IS SO ORDERED.**

19

20   Dated: December 20, 2011

21                                                   ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge
22

23

24

25

26

27

28

United States District Court
For the Northern District of California