1  James M. Wood (SBN 58679)
   JMWood@ReedSmith.com
2  James Neudecker (SBN 221657)
   JNeudecker@ReedSmith.com
3  Andrew Amoroso (SBN 274673)
   AAmoroso@ReedSmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105

6  Telephone:     415.543.8700
   Facsimile:     415.391.8269
7
   Attorneys for Plaintiffs
8  Robert Carl Patrick Keane and Chieko Strange

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  ROBERT CARL PATRICK KEANE,            No.: CV-07-4894 SBA
    individually; and CHIEKO STRANGE,
14  individually,                          **STIPULATION AND [PROPOSED]**
                                           **ORDER OF DISMISSAL**
15              Plaintiffs,

16       vs.

17  SETH M. MCMULLEN, PAUL ACCORNERO
    and JOHN SILVA,
18
                Defendants.
19

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiffs Robert Carl Patrick Keane and Chieko Strange ("Plaintiffs") and defendant Paul Accornero ("Defendant Accornero"), and through their respective attorneys of record, that Defendant Accornero be voluntarily dismissed with prejudice from the above entitled action, with each party to bear its own attorneys' fees and costs incurred herein. The Parties further stipulate that the Court will retain jurisdiction to enforce the terms of the Parties' confidential settlement agreement.

DATED: February 13, 2012        REED SMITH, LLP

By:     /s/ James M. Wood
James M. Wood
Attorneys for Plaintiffs Robert Carl Patrick Keane and Chieko Strange

DATED: February 13, 2012        MEYERS, NAVE, RIBACK, SILVER AND WILSON

By:     /s/ Tricia L. Hynes
Tricia L. Hynes
Attorneys for Defendant Paul Accornero

### ORDER

**IT IS SO ORDERED:**

**DATED:** 2/15/12

*Sandra B. Armstrong*
The Honorable Sandra B. Armstrong
United States District Court Judge