**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C.P. KEANE,  No. C -07-04894 SBA (EDL)

    Plaintiff, **ORDER**

v.

SETH M. MCMULLEN,

    Defendant.

    Pursuant to the Federal Defendants' request, Federal Defendants' counsel is to update the Court via telephone or fax (fax number is 415-522-2002) regarding the status of the case no later than Friday, October 12, 2012.

    IT IS SO ORDERED.

Dated: October 2, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge