UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO, and JOHN SILVA,<br><br>Defendants. | Case No:  C 07-4894 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' joint request, Dkt. 187 at 5,

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for August 14, 2013 is CONTINUED to **October 30, 2013 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiffs shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiffs' counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  8/8/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

N:\K…\Civil\07-4894 - Keane - Order Continuing CMC.doc