1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROBERT CARL PATRICK KEANE, et al.,

        Plaintiffs,

     vs.

SETH MCMULLEN, et al.,

        Defendants.

Case No:  C 07-4894 SBA

**ORDER OF CONDITIONAL DISMISSAL**

     The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

     IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates are VACATED.

     IT IS SO ORDERED.

Dated:  January 15, 2014

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge