James Neudecker (SBN 221657)
E-mail: jneudecker@reedsmith.com
Andrew Amoroso (SBN 274673)
E-mail: aamoroso@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiffs
Robert Carl Patrick Keane and
Chieko Strange

MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
ABARAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Tel. (415) 436-7264
Fax (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT CARL PATRICK KEANE, individually; and CHIEKO STRANGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SETH M. MCMULLEN, PAUL ACCORNERO and JOHN SILVA,<br><br>Defendants. | No.: CV-07-4894 SBA<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to the settlement agreement signed on March 5, 2014, the parties hereby Stipulate to dismiss the above-captioned matter.

DATED: July 17, 2014.                REED SMITH LLP

                                      /s/ Andrew Amoroso
                                     James Neudecker
                                     Andrew Amoroso
                                     Attorneys for Plaintiffs

DATED: July 17, 2014.                MELINDA HAAG
                                     United States Attorney

                                      /s/ Abraham A. Simmons
                                     Abraham A. Simmons
                                     Assistant United States Attorney
                                     Attorneys for Federal Defendants

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: July 21, 2014.

                                     *Saundra B Armstrong*
                                     HON. SAUNDRA B. ARMSTRONG
                                     Judge of the United States District Court

US_ACTIVE-116154166.2

Case No.: 4:07cv04894 SBA            - 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

**PROOF OF SERVICE**
Re:  Keane, Robert, et al. v. McMullen, Seth, et al.
United States District Court – Northern District of California – Oakland Division
Case No.:  4:07cv04894 SBA

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA  94105-3659.  On **July 17, 2014,** I served the following document(s) by the method indicated below:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by transmitting via email to the parties at the email addresses listed below:

☒ by electronically filing with the Clerk using the CM/ECF system, which will automatically send email notifications of such filing(s) to the following attorneys of record:

| Abraham A. Simmons<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA  94102-3495 | **Attorneys for Defendants**<br>**Seth McMullen and John Silva**<br><br>Telephone:  415-436-7264<br>Facsimile:  415-436-6748 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed On **July 17, 2014,** at San Francisco, California.

_____
Tina Brennan